| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF WISCONSIN | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Greenpoint Tactical Income Fund LLC** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DBA  Greenpoint** <br> **DBA  Greenpoint Fund** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1968406** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** <br><br> **111 E. Kilbourne Ave., Fl 28** <br> **Milwaukee, WI 53202-6633** <br> Number, Street, City, State & ZIP Code <br><br> **Milwaukee** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

| Debtor | **Greenpoint Tactical Income Fund LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Case 19-29613-gmh    Doc 1    Filed 10/04/19    Page 2 of 9

Debtor **Greenpoint Tactical Income Fund LLC** Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Greenpoint Tactical Income Fund LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____  **Christopher J. Nohl**
Signature of authorized representative of debtor  Printed name

Title  **Authorized Signatory**

**18. Signature of attorney**

X _____  Date _____
Signature of attorney for debtor  MM / DD / YYYY

**Michael P. Richman**
Printed name

**Steinhilber Swanson LLP**
Firm name

**122 West Washington Ave. Suite 850**
**Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone  **608-630-8990**   Email address  **mrichman@steinhilberswanson.com**

**1105569 WI**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Greenpoint Tactical Income Fund LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chrysalis Financial LLC<br>111 E. Kilbourn Ave., FL 28<br>Milwaukee, WI 53202-6633 | | | | | | TBD |
| Duff & Phelps, LLC<br>411 E. Wisconsin Ave., Suite 1900<br>Milwaukee, WI 53202 | | | | | | TBD |
| Erick Hallic<br>7484 Summit Ridge Road<br>Middleton, WI 53562 | | | | | | TBD |
| Greenpoint Asset Management II LLC<br>Lauren Kelley, Registered Agent<br>22 E. Mifflin St., Suite 302<br>Madison, WI 53703-4243 | | | | | | TBD |
| Hurley Burish, S.C.<br>33 E. Main Street, Suite 400<br>Madison, WI 53703 | | | | | | TBD |
| Husch Blackwell<br>555 E. Wells Street, Suite 1900<br>Milwaukee, WI 53202-3819 | | | | | | TBD |
| Jane Ewens<br>P.O. Box 27<br>North Lake, WI 53064 | | | | | | TBD |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kent Loehrke<br>N41W27660 Ishnala Trail<br>Pewaukee, WI 53072** | | | | | | **TBD** |
| **Susan Ewans<br>1335 Union St., Apt 10<br>San Francisco, CA 94109** | | | | | | **TBD** |
| **Tierney Sharif<br>225 N. Columbus Dr., #5904<br>Chicago, IL 60601** | | | | | | **TBD** |

```
Atty Paul R. Jacquart
Hansen Reynolds LLC
301 N. Broadway St., Ste 400
Milwaukee, WI 53202-2660

Chrysalis Financial LLC
111 E. Kilbourn Ave., FL 28
Milwaukee, WI 53202-6633

Duff & Phelps, LLC
411 E. Wisconsin Ave., Suite 1900
Milwaukee, WI 53202

Erick Hallic
7484 Summit Ridge Road
Middleton, WI 53562

Erick J. Hallick
24844 W. Lake Forrest Lane
Shorewood, IL 60404

Greenpoint Asset Management II LLC
Lauren Kelley, Registered Agent
22 E. Mifflin St., Suite 302
Madison, WI 53703-4243

Hurley Burish, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703

Husch Blackwell
555 E. Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Jane Ewens
P.O. Box 27
North Lake, WI 53064

Kent Loehrke
N41W27660 Ishnala Trail
Pewaukee, WI 53072

Kravit, Hovel & Krawczyk, S.C.
825 N. Jefferson Street, 5th Floor
Milwaukee, WI 53202

Murphy Desmond S.C.
Atty. Steve Morgan
33 E. Main Street, Ste 500
Madison, WI 53703

Susan Ewans
1335 Union St., Apt 10
San Francisco, CA 94109
```

```
Tierney Sharif
225 N. Columbus Dr., #5904
Chicago, IL 60601
```

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Greenpoint Tactical Income Fund LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Greenpoint Tactical Income Fund LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chrysalis Financial LLC**
**111 E. Kilbourn Ave., FL 28**
**Milwaukee, WI 53202-6633**

**Greenpoint Asset Management II LLC**
**Lauren Kelley, Registered Agent**
**22 E. Mifflin St., Suite 302**
**Madison, WI 53703-4243**

☐ None [*Check if applicable*]

**October 4, 2019**
Date

**/s/ Michael P. Richman**
**Michael P. Richman**
Signature of Attorney or Litigant
Counsel for **Greenpoint Tactical Income Fund LLC**
**Steinhilber Swanson LLP**
**122 West Washington Ave. Suite 850**
**Madison, WI 53703-2732**
**608-630-8990 Fax:608-630-8991**
**mrichman@steinhilberswanson.com**