## United States Bankruptcy Court
### Eastern District of Wisconsin

In re   **Greenpoint Tactical Income Fund LLC**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Christopher J. Nohl, declare under penalty of perjury that I am the Authorized Signatory of Chrysalis Financial LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, and that the following is a true and correct copy of the resolutions adopted by Greenpoint Tactical Income Fund LLC ("Company") on the 3rd day of October, 2019.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Christopher J. Nohl, as the Authorized Signatory of Chrysalis Financial LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, or Michael Hull, as the Authorized Signatory of Greenpoint Asset Management II LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Christopher J. Nohl, as the Authorized Signatory of Chrysalis Financial LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, or Michael Hull, as the Authorized Signatory of Greenpoint Asset Management II LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Christopher J. Nohl, as the Authorized Signatory of Chrysalis Financial LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, or Michael Hull, as the Authorized Signatory of Greenpoint Asset Management II LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, is authorized and directed to employ **Michael P. Richman**, attorney and the law firm of **Steinhilber Swanson LLP** to represent the company in such bankruptcy case."

GREENPOINT TACTICAL INCOME FUND LLC
By: Chrysalis Financial LLC, a Managing Member

Date  4 October, 2019

Signed

By: Christopher J. Nohl,, Authorized Signatory

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# Resolution of Members
# of
# Greenpoint Tactical Income Fund LLC

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Christopher J. Nohl, as the Authorized Signatory of Chrysalis Financial LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, or Michael Hull, as the Authorized Signatory of Greenpoint Asset Management II LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Christopher J. Nohl, as the Authorized Signatory of Chrysalis Financial LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, or Michael Hull, as the Authorized Signatory of Greenpoint Asset Management II LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Christopher J. Nohl, as the Authorized Signatory of Chrysalis Financial LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, or Michael Hull, as the Authorized Signatory of Greenpoint Asset Management II LLC, a Managing Member of **Greenpoint Tactical Income Fund LLC**, is authorized and directed to employ **Michael P. Richman**, attorney and the law firm of **Steinhilber Swanson LLP** to represent the company in such bankruptcy case.

GREENPOINT TACTICAL INCOME FUND LLC
By: Chrysalis Financial LLC, a Managing Member

Date   4 October, 2019        Signed
                              By: Christopher J Nohl, Authorized Signatory

GREENPOINT TACTICAL INCOME FUND LLC
By: Greenpoint Asset Management II LLC,
a Managing Member

Date   4 October, 2019        Signed
                              By: Michael G. Hull, Authorized Signatory