# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Greenpoint Tactical Income Fund LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Greenpoint Tactical Income Fund LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chrysalis Financial LLC**
**111 E. Kilbourn Ave., FL 28**
**Milwaukee, WI 53202-6633**

**Greenpoint Asset Management II LLC**
**Lauren Kelley, Registered Agent**
**22 E. Mifflin St., Suite 302**
**Madison, WI 53703-4243**

☐ None [*Check if applicable*]

**October  4, 2019**

Date

**/s/ Michael P. Richman**

**Michael P. Richman**

Signature of Attorney or Litigant

Counsel for   **Greenpoint Tactical Income Fund LLC**

**Steinhilber Swanson LLP**

**122 West Washington Ave. Suite 850**
**Madison, WI 53703-2732**
**608-630-8990 Fax:608-630-8991**
**mrichman@steinhilberswanson.com**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy