

A member of the American Institute of Certified Public Accountants and Illinois CPA Society

# ACCOUNTANTS' COMPILATION REPORT

To the Members
Greenpoint Tactical Income Fund LLC
Madison, WI

Management is responsible for the accompanying financial statements of Greenpoint Tactical Income Fund LLC (the "Entity") which is comprised of the balance sheet as of June 30, 2018, and the related statement of operations for the quarter then ended and calendar year to date, and the statement of changes in members' equity (net asset value) for the quarter then ended in accordance with accounting principles generally accepted in the United States of America. We have performed the compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We prepared the financial statements from information provided by management. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures and the statement of cash flows required by accounting principles generally accepted in the United States of America. If the omitted disclosures and the statement of cash flows were included in the financial statements, they might influence the user's conclusions about the Entity's financial position, results of operations, and cash flows. Accordingly, the financial statements are not designed for those who are not informed about such matters.

*Liccar*
---------------------------------------------
Certified Public Accountants

August 22, 2018
Chicago, Illinois

231 South LaSalle Street • Suite 650 • Chicago, Illinois 60604-1438
(312) 922 • 6600   (800) 922 • 6604   Fax (312) 922 • 0315
www.liccar.com

Case 19-29613-gmh    Doc 17-2    Filed 10/11/19    Page 1 of 12

GREENPOINT TACTICAL INCOME FUND LLC
BALANCE SHEET
AS OF JUNE 30, 2018
(PREPARED FROM BOOKS WITHOUT AUDIT)

**ASSETS**

| | |
|---|---:|
| Cash at Bank | $ 6,209.26 |
| Interest Receivable | 11,979.12 |
| Other Receivables | 1,001.13 |
| Investment in Other Entities | 130,871,548.40 |
| Investment in Portfolio Companies | 630,837.27 |
| Intangible Assets | 95,000.00 |
| Physical Assets | 50,000.00 |
| Promissory Notes Receivable | 868,912.18 |
| Total assets | $ 132,535,487.36 |

**LIABILITIES AND MEMBERS' EQUITY**

LIABILITIES:

| | |
|---|---:|
| Accounts Payable | $ 454,350.39 |
| Management Fee Payable | 272,590.87 |
| Due to Related Entities | 1,210,924.56 |
| Professional Fees Payable | 91,217.35 |
| Redemptions Payable | 1,289,872.49 |
| Promissory Notes Payable | 1,265,775.70 |
| H Informatics Fee Payable | 290,285.93 |
| Total liabilities | $ 4,875,017.29 |

MEMBERS' EQUITY (NET ASSET VALUE):

| | |
|---|---:|
| Class A Members: | 101,709,460.27 |
| Class B Members: | 25,951,009.80 |
| | $ 127,660,470.07 |
| Total liabilities and members' equity | $ 132,535,487.36 |

See Accountants' Compilation Report.

**GREENPOINT TACTICAL INCOME FUND LLC**
**STATEMENT OF OPERATIONS**
**FOR THE QUARTER ENDED JUNE 30, 2018**
**(PREPARED FROM BOOKS WITHOUT AUDIT)**

|  | Current Quarter | Calendar Year To Date |
|---|---:|---:|
| **INVESTMENT INCOME** | | |
| Interest Income | $ 25,148.32 | $ 38,722.48 |
| Dividend income | 72.53 | 84.87 |
| Total investment income | 25,220.85 | 38,807.35 |
| **EXPENSES** | | |
| Interest Expense | 37,171.89 | 138,859.20 |
| H Informatics fee | 216,354.62 | 420,285.93 |
| Management fee to Managing Members | 512,771.23 | 996,118.55 |
| Professional Fees | 189,839.36 | 440,486.38 |
| Operating Expense | 3,655.19 | 39,562.54 |
| Total expenses | 959,792.29 | 2,035,312.60 |
| Net investment income (loss) | (934,571.44) | (1,996,505.25) |
| **REALIZED AND UNREALIZED GAIN (LOSS)** | | |
| Net realized gain (loss) from investments | 0.00 | 0.00 |
| Other miscellaneous Income | 61.64 | 60,102.55 |
| Change in unrealized gains (losses) from investments | 8,338,707.23 | 26,864,396.67 |
| Change in unrealized gains (losses) - Others | 0.00 | 0.00 |
| Net income (loss) on investments | 8,338,768.87 | 26,924,499.22 |
| Net income (loss) | $ 7,404,197.43 | $ 24,927,993.97 |

**STATEMENT OF CHANGES IN MEMBERS' EQUITY (NET ASSET VALUE)**
**FOR THE QUARTER ENDED JUNE 30, 2018**
**(PREPARED FROM BOOKS WITHOUT AUDIT)**

|  | Class A Members | Class B Members | Managing Members Deferred Profit Allocation | Total Fund |
|---|---:|---:|---:|---:|
| Beginning Members' Equity | $ 96,660,145.49 | $ 22,431,724.83 | $ 0.00 | $ 119,091,870.32 |
| Additions and Withdrawals During the Quarter | 1,430,652 32 | 0.00 | 0.00 | 1,430,652.32 |
| Net Income (loss) for period | 3,884,912.46 | 3,519,284.97 | 0.00 | 7,404,197.43 |
| Additions and Withdrawals End of the Quarter | (266,250 00) | 0.00 | 0.00 | (266,250.00) |
| Ending Members' Equity | $ 101,709,460.27 | $ 25,951,009.80 | $ 0.00 | $ 127,660,470.07 |

|  | * Gross Trading Rate of Return Before Fees/Expenses | Net Rate Of Return After Fees/Expenses |
|---|---:|---:|
| Class A Members' Average Current Quarter Rate of Return | 4.47% | 3.95% |
| Class A Members' Average Calendar Year to Date Rate of Return | 17.28% | 16.11% |

* Gross Trading Rate of Return Before Fees/Expenses represents the operating gains and losses before mnagement fees

See Accountants' Compilation Report.

**GREENPOINT TACTICAL INCOME FUND LLC**
**Trial Balance**
As of: 30-Jun-18

| | | Beg. Balance | | Journal Entries | | End. Balance | |
|---|---|---|---|---|---|---|---|
| | | Dr | Cr | Dr | Cr | Dr | Cr |
| **ASSETS** | | | | | | | |
| 100 | Cash at Bank - Summit CU ▮▮▮ Checking | 575 509.97 | 0.00 | 1 966 739.06 | 2 537 125.62 | 5 123.41 | 0.00 |
| 101 | Cash at Bank - Summit CU ▮▮▮ Checking Sub/Red | 0.47 | 0.00 | 459 101.27 | 458 024.77 | 1 076.97 | 0.00 |
| 102 | Cash at Bank - Summit CU ▮▮▮ Savings | 5.14 | 0.00 | 301 132.42 | 301 128.68 | 8.88 | 0.00 |
| 110 | Interest Receivable - ▮▮▮ | 1 159.52 | 0.00 | 165.68 | 0.00 | 1 325.20 | 0.00 |
| 111 | Interest Receivable - Hull Note | 0.00 | 0.00 | 504.35 | 0.00 | 504.35 | 0.00 |
| 112 | Interest Receivable - Other | 427.35 | 0.00 | 22 691.17 | 12 968.95 | 10 149.57 | 0.00 |
| 117 | Other Receivables | 1 755.29 | 0.00 | 0.00 | 754.16 | 1 001.13 | 0.00 |
| 120 | Investment in Other Entities - GP Burlington Rd LLC | 318 364.06 | 0.00 | 0.00 | 1 078.59 | 317 285.47 | 0.00 |
| 121 | Investment in Other Entities - GP Church St LLC | 1 339 244.59 | 0.00 | 0.00 | 46.85 | 1 339 197.74 | 0.00 |
| 122 | Investment in Other Entities - GP Chemical LLC | 38 516 264.81 | 0.00 | 7 676 351.53 | 0.00 | 46 192 616.34 | 0.00 |
| 123 | Investment in Other Entities - GP Device LLC | 6 249 511.47 | 0.00 | 1 091 311.47 | 0.00 | 7 340 822.94 | 0.00 |
| 124 | Investment in Other Entities - GP Informatics LLC | 6 865 703.22 | 0.00 | 212 612.63 | 0.00 | 7 078 315.85 | 0.00 |
| 125 | Investment in Other Entities - GP Rare Earth | 68 550 255.17 | 0.00 | 71 281.00 | 57 118.42 | 68 564 417.75 | 0.00 |
| 126 | Investment in Other Entities - GP South 27th St LLC | 38 918.31 | 0.00 | 0.00 | 26.00 | 38 892.31 | 0.00 |
| 130 | Investment in Portfolio Companies - ▮▮▮ | 630 837.27 | 0.00 | 0.00 | 0.00 | 630 837.27 | 0.00 |
| 140 | Intangible Assets - Algorithm Use-Financial Purpose | 95 000.00 | 0.00 | 0.00 | 0.00 | 95 000.00 | 0.00 |
| 150 | Physical Assets - Steinway Piano Inventory | 50 000.00 | 0.00 | 0.00 | 0.00 | 50 000.00 | 0.00 |
| 160 | Promissory Notes Receivable - ▮▮▮ | 201 518.17 | 0.00 | 16 591.82 | 19 329.49 | 198 780.50 | 0.00 |
| 161 | Promissory Notes Receivable - Hull | 80 836.51 | 0.00 | 2 898.29 | 40 504.35 | 43 230.45 | 0.00 |
| 162 | Promissory Notes Receivable - ▮▮▮ | 9 157.66 | 0.00 | 693.54 | 1 760.00 | 8 091.20 | 0.00 |
| 163 | Promissory Notes Receivable - ▮▮▮ | 35 000.00 | 0.00 | 0.00 | 35 000.00 | 0.00 | 0.00 |
| 164 | Promissory Notes Receivable - ▮▮▮ | 150 000.00 | 0.00 | 120 000.00 | 0.00 | 270 000.00 | 0.00 |
| 165 | Promissory Notes Receivable - ▮▮▮ | 349 528.75 | 0.00 | 0.00 | 718.72 | 348 810.03 | 0.00 |
| 194 | Inter-accounts Transfer | 0.00 | 0.00 | 1 058 028.45 | 1 058 028.45 | 0.00 | 0.00 |
| **LIABILITIES** | | | | | | | |
| 210 | Accounts Payable - General | 0.00 | 433 334.69 | 131 114.33 | 60 687.14 | 0.00 | 362 907.50 |
| 211 | Accounts Payable - Other | 0.00 | 91 399.59 | 0.00 | 43.30 | 0.00 | 91 442.89 |
| 213 | Management Fee Payable - CF | 0.00 | 232 409.81 | 315 000.00 | 256 385.62 | 0.00 | 173 795.43 |
| 214 | Management Fee Payable - GAM | 0.00 | 32 409.83 | 190 000.00 | 256 385.62 | 0.00 | 98 795.45 |
| 220 | H & HFO Informatics Fee Payable | 0.00 | 166 931.31 | 155 451.89 | 278 806.51 | 0.00 | 290 285.93 |
| 221 | Due to/from Related Entities - Chrysalis Financial | 5 750.00 | 0.00 | 0.00 | 0.00 | 5 750.00 | 0.00 |
| 222 | Due to/from Related Entities - GMF | 0.00 | 0.00 | 269.28 | 0.00 | 269.28 | 0.00 |
| 224 | Due to/from Related Entities - GP Church Street LLC | 0.00 | 1 231 338.12 | 0.00 | 0.00 | 0.00 | 1 231 338.12 |
| 226 | Due to/from Related Entities - GP Rare Earth LLC | 9 713.68 | 0.00 | 4 888.13 | 0.00 | 14 601.81 | 0.00 |
| 227 | Due to/from Related Entities - GP South 27th St LLC | 0.00 | 4 500.00 | 0.00 | 0.00 | 0.00 | 4 500.00 |
| 228 | Due to/from Related Entities - Pleroma | 4 292.47 | 0.00 | 0.00 | 0.00 | 4 292.47 | 0.00 |
| 240 | Professional Fees Payable - Accounting | 0.00 | 0.00 | 40 000.00 | 40 000.00 | 0.00 | 0.00 |
| 241 | Professional Fees Payable - Audit | 0.00 | 42 560.00 | 4 423.75 | 14 557.50 | 0.00 | 52 693.75 |
| 242 | Professional Fees Payable - Fund Admin | 0.00 | 10 072.02 | 5 072.02 | 5 000.00 | 0.00 | 10 000.00 |
| 243 | Professional Fees Payable - Legal | 0.00 | 0.00 | 225 580.14 | 225 580.14 | 0.00 | 0.00 |
| 244 | Professional Fees Payable - Tax | 0.00 | 30 000.00 | 7 476.40 | 6 000.00 | 0.00 | 28 523.60 |
| 250 | Redemptions Payable- Class A Shareholders | 0.00 | 758 606.62 | 430 496.95 | 368 045.06 | 0.00 | 696 154.73 |
| 251 | Redemptions Payable- Class B Shareholders | 0.00 | 593 717.76 | 0.00 | 0.00 | 0.00 | 593 717.76 |
| 260 | Promissory Notes Payable - Principal | 0.00 | 1 320 892.60 | 220 419.55 | 130 500.00 | 0.00 | 1 230 973.05 |
| 261 | Promissory Notes Payable - Interest | 0.00 | 38 711.21 | 41 080.45 | 37 171.89 | 0.00 | 34 802.65 |
| **MEMBERS' EQUITY** | | | | | | | |
| 300 | Beg. Equity - Class A Members | 0.00 | 84 778 859.84 | 0.00 | 0.00 | 0.00 | 84 778 859.84 |
| 301 | Additions - Class A Members | 0.00 | 2 233 106.78 | 0.00 | 1 532 447.38 | 0.00 | 3 765 554.16 |
| 302 | Withdrawals - Class A Members | 461 250.00 | 0.00 | 368 045.06 | 0.00 | 829 295.06 | 0.00 |
| 310 | Beg. Equity - Class B Members | 0.00 | 15 017 357.16 | 0.00 | 0.00 | 0.00 | 15 017 357.16 |
| 330 | Income Transfer | 0.00 | 17 523 796.54 | 0.00 | 7 404 197.43 | 0.00 | 24 927 993.97 |
| **INCOME/EXPENSE** | | | | | | | |
| 400 | Interest Income - ▮▮▮ | 0.00 | 8 713.44 | 4 665.10 | 3 993.94 | 0.00 | 8 042.28 |
| 401 | Interest Income - Hull Loan | 0.00 | 2 313.20 | 0.00 | 2 898.29 | 0.00 | 5 211.49 |
| 402 | Interest Income - Other | 0.00 | 2 547.52 | 0.00 | 22 921.19 | 0.00 | 25 468.71 |
| 410 | Dividend Income - Bank | 0.00 | 12.34 | 0.00 | 72.53 | 0.00 | 84.87 |
| 420 | Change in value of investment - GP Burlington Rd LLC | 1 108.59 | 0.00 | 1 078.59 | 0.00 | 2 187.18 | 0.00 |
| 421 | Change in value of investment - GP Church St LLC | 14.85 | 0.00 | 46.85 | 0.00 | 61.70 | 0.00 |
| 422 | Change in value of investment - GP Chemical LLC | 0.00 | 20 082 362.05 | 0.00 | 7 113 433.49 | 0.00 | 27 195 795.54 |
| 423 | Change in value of investment - GP Device LLC | 0.00 | 1 596 765.59 | 0.00 | 1 091 311.47 | 0.00 | 2 688 077.06 |
| 424 | Change in value of investment - GP Informatics LLC | 3 405 927.69 | 0.00 | 0.00 | 192 232.13 | 3 213 695.56 | 0.00 |
| 425 | Change in value of investment - GP Rare Earth | 97 732.45 | 0.00 | 57 118.42 | 0.00 | 154 850.87 | 0.00 |
| 426 | Change in value of investment - GP South 27th St LLC | 41 131.65 | 0.00 | 26.00 | 0.00 | 41 157.65 | 0.00 |
| 430 | Change in value of investment - ▮▮▮ | 0.00 | 392 477.03 | 0.00 | 0.00 | 0.00 | 392 477.03 |
| 471 | Other miscellaneous Income | 0.00 | 60 040.91 | 0.00 | 61.64 | 0.00 | 60 102.55 |
| 500 | Interest Expense - ▮▮▮ | 81 507.70 | 0.00 | 24 984.74 | 0.00 | 106 492.44 | 0.00 |
| 501 | Interest Expense - ▮▮▮ | 2 083.50 | 0.00 | 0.00 | 0.00 | 2 083.50 | 0.00 |
| 502 | Interest Expense - Nohl Loan | 145.43 | 0.00 | 2 646.81 | 0.00 | 2 792.24 | 0.00 |
| 510 | Interest Expense - Chrysalis | 0.00 | 0.00 | 27.95 | 0.00 | 27.95 | 0.00 |
| 511 | Interest Expense - ▮▮▮ | 17 950.68 | 0.00 | 9 512.39 | 0.00 | 27 463.07 | 0.00 |
| 520 | Management Fee to Managing Members | 483 347.32 | 0.00 | 512 771.23 | 0.00 | 996 118.55 | 0.00 |
| 521 | H Informatics Fee | 203 931.31 | 0.00 | 216 354.62 | 0.00 | 420 285.93 | 0.00 |
| 540 | Professional Fees - Accounting | 45 625.00 | 0.00 | 40 000.00 | 0.00 | 85 625.00 | 0.00 |
| 541 | Professional Fees - Audit | 10 133.75 | 0.00 | 10 133.75 | 0.00 | 20 267.50 | 0.00 |
| 542 | Professional Fees - Fund Admin | 5 072.02 | 0.00 | 5 000.00 | 0.00 | 10 072.02 | 0.00 |
| 543 | Professional Fees - Legal | 183 816.25 | 0.00 | 128 705.61 | 0.00 | 312 521.86 | 0.00 |
| 544 | Professional Fees - Tax | 6 000.00 | 0.00 | 6 000.00 | 0.00 | 12 000.00 | 0.00 |
| 550 | Operating Expense - Bank Fee | 556.00 | 0.00 | 668.00 | 0.00 | 1 224.00 | 0.00 |
| 552 | Operating Expense - Other | 35 351.35 | 0.00 | 2 987.19 | 0.00 | 38 338.54 | 0.00 |
| 999 | Income Transfer | 17 523 796.54 | 0.00 | 7 404 197.43 | 0.00 | 24 927 993.97 | 0.00 |
| | **Total** | 146 685 235.96 | 146 685 235.96 | 23 566 345.31 | 23 566 345.31 | 163 764 955.51 | 163 764 955.51 |

GREENPOINT TACTICAL INCOME FUND LLC
Member Activity
30-Jun-18

| Member Name | Member No. | Member Class | Beginning Net Equity | Capital Additions During the Quarter | Capital Withdrawals During the Quarter | Pro Rata Income Allocaiton | Management Fee | H Informatics Fee | Investment Advisor Withdrawals End of the Quarter | Capital Withdrawals End of the Quarter | Ending Net Equity | QTD ROR | YTD ROR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Greenpoint Asset Management II LLC | 1 | B | 11,117,918.53 | 0.00 | 0.00 | 1,741,143.56 | 0.00 | 0.00 | 0.00 | 0.00 | 12,859,062.09 | 15.66% | 72.50% |
| Chrysalis Financial LLC | 2 | B | 11,313,806.30 | 0.00 | 0.00 | 1,778,141.41 | 0.00 | 0.00 | 0.00 | 0.00 | 13,091,947.71 | 15.72% | 73.11% |
| | 3 | A | 34,141.76 | 0.00 | 0.00 | 1,600.37 | (178.71) | (75.57) | 0.00 | 0.00 | 35,487.85 | 3.94% | 16.10% |
| | 4 | A | 114,628.07 | 0.00 | 0.00 | 5,373.11 | (600.01) | (253.73) | 0.00 | 0.00 | 119,147.45 | 3.94% | 16.10% |
| | 5 | A | 72,821.90 | 0.00 | 0.00 | 3,413.48 | (381.18) | (161.19) | 0.00 | 0.00 | 75,693.01 | 3.94% | 16.10% |
| | 6 | A | 30,858.64 | 0.00 | 0.00 | 1,446.48 | (161.53) | (68.31) | 0.00 | 0.00 | 32,075.29 | 3.94% | 16.10% |
| | 7 | A | 33,140.82 | 0.00 | 0.00 | 1,553.45 | (173.47) | (73.36) | 0.00 | 0.00 | 34,447.44 | 3.94% | 16.10% |
| | 8 | A | 209,814.61 | 0.00 | 0.00 | 9,834.92 | (1,098.25) | (464.42) | 0.00 | 0.00 | 218,086.86 | 3.94% | 16.10% |
| | 9 | A | 999,309.13 | 0.00 | 0.00 | 46,841.95 | (5,230.76) | (2,211.96) | 0.00 | 0.00 | 1,038,708.37 | 3.94% | 16.10% |
| | 10 | A | 396,401.32 | 0.00 | 0.00 | 18,581.05 | (2,074.91) | (877.43) | 0.00 | 0.00 | 412,030.03 | 3.94% | 16.10% |
| | 11 | A | 82,704.53 | 0.00 | 0.00 | 3,876.72 | (432.91) | (183.07) | 0.00 | 0.00 | 85,965.28 | 3.94% | 16.10% |
| | 12 | A | 324,460.33 | 0.00 | 0.00 | 15,208.86 | (1,698.35) | (718.19) | 0.00 | 0.00 | 337,252.66 | 3.94% | 16.10% |
| | 13 | A | 1,886,901.29 | 0.00 | 0.00 | 101,056.45 | (9,939.79) | (4,203.29) | 0.00 | 0.00 | 1,973,814.66 | 4.61% | 19.11% |
| | 14 | A | 443,910.33 | 0.00 | (50,000.00) | 18,698.66 | (2,088.04) | (882.98) | 0.00 | 0.00 | 409,637.96 | 3.94% | 16.10% |
| | 15 | A | 410,747.32 | 0.00 | 0.00 | 19,253.51 | (2,150.00) | (909.18) | 0.00 | 0.00 | 426,941.64 | 3.94% | 16.10% |
| | 16 | A | 28,977.39 | 0.00 | 0.00 | 1,358.30 | (151.68) | (64.14) | 0.00 | 0.00 | 30,119.87 | 3.94% | 16.10% |
| | 17 | A | 428,192.94 | 0.00 | 0.00 | 20,071.26 | (2,241.32) | (947.80) | 0.00 | 0.00 | 445,075.08 | 3.94% | 16.10% |
| | 18 | A | 186,131.55 | 0.00 | 0.00 | 8,724.79 | (974.28) | (412.00) | 0.00 | 0.00 | 193,470.07 | 3.94% | 16.10% |
| | 19 | A | 610,441.30 | 0.00 | 0.00 | 28,614.03 | (3,195.28) | (1,351.20) | 0.00 | 0.00 | 634,508.85 | 3.94% | 16.10% |
| | 20 | A | 658,316.64 | 0.00 | 0.00 | 30,858.16 | (3,445.87) | (1,457.17) | 0.00 | 0.00 | 684,271.74 | 3.94% | 16.10% |
| | 21 | A | 282,096.63 | 0.00 | 0.00 | 13,223.09 | (1,476.60) | (624.42) | 0.00 | 0.00 | 293,218.71 | 3.94% | 16.10% |
| | 22 | A | 55,639.53 | 0.00 | 0.00 | 2,608.07 | (291.24) | (123.16) | 0.00 | 0.00 | 57,833.21 | 3.94% | 16.10% |
| | 23 | A | 547,014.41 | 0.00 | 0.00 | 25,640.94 | (2,863.28) | (1,210.81) | 0.00 | 0.00 | 568,581.26 | 3.94% | 16.10% |
| | 24 | A | 662,387.50 | 0.00 | 0.00 | 31,048.98 | (3,467.18) | (1,466.18) | 0.00 | 0.00 | 688,503.10 | 3.94% | 16.10% |
| | 25 | A | 195,450.41 | 0.00 | 0.00 | 9,161.61 | (1,023.06) | (432.63) | 0.00 | 0.00 | 203,156.33 | 3.94% | 16.10% |
| | 26 | A | 250,703.39 | 0.00 | 0.00 | 11,751.56 | (1,312.27) | (554.93) | 0.00 | 0.00 | 260,587.74 | 3.94% | 16.10% |
| | 27 | A | 3,475,578.29 | 0.00 | 0.00 | 162,915.43 | (18,192.47) | (7,693.14) | 0.00 | 0.00 | 3,612,608.12 | 3.94% | 16.10% |
| | 30 | A | 671,627.04 | 0.00 | 0.00 | 31,482.07 | (3,515.55) | (1,486.64) | 0.00 | 0.00 | 698,106.93 | 3.94% | 16.10% |
| | 31 | A | 2,125,120.67 | 0.00 | 0.00 | 99,613.62 | (11,123.67) | (4,703.92) | 0.00 | (30,000.00) | 2,178,906.70 | 3.94% | 16.10% |
| | 32 | A | 1,913,555.88 | 0.00 | 0.00 | 89,696.66 | (10,016.26) | (4,235.63) | 0.00 | 0.00 | 1,989,000.66 | 3.94% | 16.10% |
| | 33 | A | 454,177.91 | 0.00 | 0.00 | 21,289.29 | (2,377.34) | (1,005.32) | 0.00 | 0.00 | 472,084.55 | 3.94% | 16.10% |
| | 34 | A | 1,987,992.34 | 0.00 | 0.00 | 93,185.82 | (10,405.89) | (4,400.39) | 0.00 | 0.00 | 2,066,371.88 | 3.94% | 16.10% |
| | 35 | A | 297,392.77 | 0.00 | 0.00 | 13,940.09 | (1,556.66) | (658.27) | 0.00 | 0.00 | 309,117.92 | 3.94% | 16.10% |
| | 36 | A | 18,012,172.78 | 0.00 | 0.00 | 854,855.39 | (94,335.14) | (39,891.97) | 0.00 | 0.00 | 18,732,801.06 | 4.00% | 16.35% |
| | 37 | A | 1,225,352.26 | 0.00 | 0.00 | 57,437.58 | (6,413.95) | (2,712.30) | 0.00 | (40,000.00) | 1,233,663.58 | 3.94% | 16.10% |
| | 38 | A | 1,094,853.01 | 0.00 | 0.00 | 51,320.51 | (5,730.87) | (2,423.44) | 0.00 | 0.00 | 1,138,019.21 | 3.94% | 16.10% |
| | 39 | A | 1,352,051.96 | 0.00 | 0.00 | 63,376.54 | (7,077.14) | (2,992.75) | 0.00 | 0.00 | 1,405,358.61 | 3.94% | 16.10% |
| | 40 | A | 4,785,889.86 | 0.00 | 0.00 | 224,335.42 | (25,051.13) | (10,593.50) | 0.00 | 0.00 | 4,974,580.66 | 3.94% | 16.10% |
| | 41 | A | 188,797.27 | 0.00 | 0.00 | 8,849.75 | (988.24) | (417.90) | 0.00 | 0.00 | 196,240.89 | 3.94% | 16.10% |
| | 42 | A | 354,957.55 | 0.00 | 0.00 | 16,638.40 | (1,857.98) | (785.69) | 0.00 | 0.00 | 368,952.27 | 3.94% | 16.10% |
| | 43 | A | 329,989.16 | 0.00 | 0.00 | 15,468.02 | (1,727.29) | (730.43) | 0.00 | 0.00 | 342,999.47 | 3.94% | 16.10% |
| | 44 | A | 5,205,058.63 | 0.00 | 0.00 | 243,983.68 | (27,245.21) | (11,521.32) | 0.00 | 0.00 | 5,410,275.77 | 3.94% | 16.10% |
| | 45 | A | 980,867.57 | 100,000.00 | 0.00 | 50,612.87 | (5,651.85) | (2,390.02) | 0.00 | 0.00 | 1,123,438.57 | 3.94% | 16.10% |
| | 46 | A | 330,312.92 | 0.00 | 0.00 | 15,483.20 | (1,728.98) | (731.14) | 0.00 | 0.00 | 343,336.00 | 3.94% | 16.10% |
| | 47 | A | 281,394.19 | 0.00 | 0.00 | 13,190.17 | (1,472.92) | (622.86) | 0.00 | (1,250.00) | 291,238.57 | 3.94% | 16.10% |
| | 48 | A | 509,885.58 | 0.00 | 0.00 | 23,900.55 | (2,668.93) | (1,128.62) | 0.00 | 0.00 | 529,988.58 | 3.94% | 16.10% |
| | 49 | A | 61,342.13 | 0.00 | 0.00 | 2,875.37 | (321.09) | (135.78) | 0.00 | 0.00 | 63,760.63 | 3.94% | 16.10% |
| | 50 | A | 3,666,415.78 | 0.00 | 0.00 | 171,860.81 | (19,191.38) | (8,115.56) | 0.00 | (50,000.00) | 3,760,969.65 | 3.94% | 16.10% |
| | 51 | A | 130,104.73 | 0.00 | 0.00 | 6,098.57 | (681.02) | (287.98) | 0.00 | 0.00 | 135,234.31 | 3.94% | 16.10% |
| | 52 | A | 19,884.63 | 0.00 | 0.00 | 932.08 | (104.08) | (44.01) | 0.00 | 0.00 | 20,668.61 | 3.94% | 16.10% |
| | 53 | A | 108,974.96 | 0.00 | 0.00 | 5,108.13 | (570.42) | 0.00 | 0.00 | 0.00 | 113,512.68 | 4.16% | 16.60% |
| | 54 | A | 126,714.77 | 0.00 | 0.00 | 5,939.67 | (663.27) | (280.48) | 0.00 | 0.00 | 131,710.69 | 3.94% | 16.10% |
| | 55 | A | 521,812.17 | 0.00 | 0.00 | 24,459.60 | (2,731.36) | (1,155.02) | 0.00 | 0.00 | 542,385.39 | 3.94% | 16.10% |
| | 56 | A | 223,875.68 | 0.00 | 0.00 | 10,494.02 | (1,171.85) | (495.55) | 0.00 | 0.00 | 232,702.31 | 3.94% | 16.10% |
| | 57 | A | 915,935.76 | 0.00 | 0.00 | 42,933.88 | (4,794.35) | (2,027.41) | 0.00 | 0.00 | 952,047.88 | 3.94% | 16.10% |

| # | Type | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | A | 467,819.83 | 0.00 | (50,000.00) | 19,819.40 | (2,213.20) | (935.91) | 0.00 | 0.00 | 434,490.13 | 3.94% | 16.10% |
| 59 | A | 1,224,699.43 | 0.00 | 0.00 | 57,406.97 | (6,410.53) | (2,710.85) | 0.00 | 0.00 | 1,272,985.02 | 3.94% | 16.10% |
| 60 | A | 2,043,191.15 | 0.00 | 0.00 | 95,773.23 | (10,694.82) | (4,522.57) | 0.00 | 0.00 | 2,123,746.99 | 3.94% | 16.10% |
| 61 | A | 2,397,622.74 | 0.00 | 0.00 | 112,386.98 | (12,550.05) | (5,307.10) | 0.00 | 0.00 | 2,492,152.57 | 3.94% | 16.10% |
| 62 | A | 136,134.83 | 7,697.38 | (1,795.06) | 6,499.79 | (725.82) | (306.93) | 0.00 | 0.00 | 147,504.19 | 3.94% | 16.10% |
| 63 | A | 218,897.09 | 0.00 | 0.00 | 10,260.66 | (1,145.79) | (484.53) | 0.00 | 0.00 | 227,527.43 | 3.94% | 16.10% |
| 64 | A | 223,776.10 | 0.00 | 0.00 | 10,489.36 | (1,171.33) | (495.33) | 0.00 | 0.00 | 232,598.80 | 3.94% | 16.10% |
| 65 | A | 5,147,764.97 | 0.00 | 0.00 | 241,298.07 | (26,945.32) | (11,394.50) | 0.00 | (62,500.00) | 5,288,223.23 | 3.94% | 16.10% |
| 66 | A | 4,731,895.71 | 0.00 | 0.00 | 221,804.48 | (24,768.50) | (10,473.98) | 0.00 | 0.00 | 4,918,457.71 | 3.94% | 16.10% |
| 67 | A | 702,803.56 | 0.00 | 0.00 | 32,943.45 | (3,678.74) | (1,555.65) | 0.00 | 0.00 | 730,512.63 | 3.94% | 16.10% |
| 68 | A | 910,879.21 | 0.00 | 0.00 | 42,696.86 | (4,767.88) | (2,016.22) | 0.00 | 0.00 | 946,791.97 | 3.94% | 16.10% |
| 69 | A | 506,115.19 | 0.00 | 0.00 | 23,723.81 | (2,649.20) | (1,120.28) | 0.00 | 0.00 | 526,069.53 | 3.94% | 16.10% |
| 70 | A | 435,317.47 | 0.00 | 0.00 | 20,405.22 | (2,278.61) | (963.57) | 0.00 | 0.00 | 452,480.51 | 3.94% | 16.10% |
| 71 | A | 41,656.41 | 0.00 | 0.00 | 1,952.62 | (218.05) | (92.21) | 0.00 | 0.00 | 43,298.78 | 3.94% | 16.10% |
| 72 | A | 36,147.01 | 0.00 | 0.00 | 1,694.37 | (189.21) | (80.01) | 0.00 | 0.00 | 37,572.16 | 3.94% | 16.10% |
| 73 | A | 1,402,361.22 | 0.00 | 0.00 | 65,734.75 | (7,340.48) | (3,104.11) | 0.00 | 0.00 | 1,457,651.38 | 3.94% | 16.10% |
| 74 | A | 633,914.49 | 0.00 | 0.00 | 29,714.32 | (3,318.14) | (1,403.16) | 0.00 | (7,500.00) | 651,407.51 | 3.94% | 16.10% |
| 75 | A | 115,397.98 | 0.00 | 0.00 | 5,409.20 | (604.04) | (255.43) | 0.00 | 0.00 | 119,947.72 | 3.94% | 16.10% |
| 76 | A | 242,202.00 | 0.00 | 0.00 | 11,353.06 | (1,267.78) | (536.11) | 0.00 | 0.00 | 251,751.17 | 3.94% | 16.10% |
| 77 | A | 1,463,605.40 | 0.00 | 0.00 | 68,605.53 | (7,661.05) | (3,239.67) | 0.00 | (50,000.00) | 1,471,310.21 | 3.94% | 16.10% |
| 78 | A | 67,595.90 | 0.00 | 0.00 | 3,168.51 | (353.82) | (149.62) | 0.00 | 0.00 | 70,260.97 | 3.94% | 16.10% |
| 79 | A | 19,274.54 | 0.00 | 0.00 | 903.48 | (100.89) | (42.66) | 0.00 | 0.00 | 20,034.47 | 3.94% | 16.10% |
| 80 | A | 299,875.61 | 0.00 | 0.00 | 14,056.47 | (1,569.66) | (663.77) | 0.00 | 0.00 | 311,698.65 | 3.94% | 16.10% |
| 81 | A | 157,721.73 | 0.00 | 0.00 | 7,393.10 | (825.57) | (349.11) | 0.00 | 0.00 | 163,940.14 | 3.94% | 16.10% |
| 82 | A | 1,309,137.75 | 0.00 | 0.00 | 61,364.96 | (6,852.51) | (2,897.76) | 0.00 | 0.00 | 1,360,752.44 | 3.94% | 16.10% |
| 83 | A | 262,309.09 | 0.00 | 0.00 | 12,295.57 | (1,373.02) | (580.62) | 0.00 | 0.00 | 272,651.02 | 3.94% | 16.10% |
| 84 | A | 46,601.05 | 0.00 | 0.00 | 2,184.39 | (243.93) | (103.15) | 0.00 | 0.00 | 48,438.36 | 3.94% | 16.10% |
| 85 | A | 752,734.62 | 0.00 | 0.00 | 35,283.94 | (3,940.09) | (1,666.17) | 0.00 | 0.00 | 782,412.29 | 3.94% | 16.10% |
| 86 | A | 140,204.17 | 0.00 | 0.00 | 6,571.98 | (733.88) | (310.34) | 0.00 | 0.00 | 145,731.93 | 3.94% | 16.10% |
| 87 | A | 302,285.45 | 0.00 | 0.00 | 14,169.43 | (1,582.27) | (669.10) | 0.00 | 0.00 | 314,203.50 | 3.94% | 16.10% |
| 88 | A | 9,869.35 | 0.00 | 0.00 | 462.62 | (51.66) | (21.85) | 0.00 | 0.00 | 10,258.46 | 3.94% | 16.10% |
| 89 | A | 120,518.70 | 0.00 | 0.00 | 5,649.23 | (630.84) | (266.77) | 0.00 | 0.00 | 125,270.32 | 3.94% | 16.10% |
| 90 | A | 391,495.80 | 0.00 | 0.00 | 18,351.15 | (2,049.23) | (866.57) | 0.00 | 0.00 | 406,931.10 | 3.94% | 16.10% |
| 91 | A | 52,108.23 | 0.00 | 0.00 | 2,442.54 | (272.75) | (115.34) | 0.00 | 0.00 | 54,162.68 | 3.94% | 16.10% |
| 92 | A | 398,274.00 | 0.00 | 0.00 | 18,668.83 | (2,084.71) | (881.57) | 0.00 | 0.00 | 413,976.54 | 3.94% | 16.10% |
| 93 | A | 379,790.72 | 0.00 | 0.00 | 17,802.44 | (1,987.97) | (840.66) | 0.00 | 0.00 | 394,764.53 | 3.94% | 16.10% |
| 94 | A | 471,721.85 | 0.00 | 0.00 | 22,111.65 | (2,469.17) | (1,044.15) | 0.00 | 0.00 | 490,320.19 | 3.94% | 16.10% |
| 95 | A | 601,131.98 | 0.00 | 0.00 | 28,177.66 | (3,146.55) | (1,330.60) | 0.00 | 0.00 | 624,832.49 | 3.94% | 16.10% |
| 96 | A | 139,777.13 | 0.00 | 0.00 | 6,551.96 | (731.65) | (309.39) | 0.00 | 0.00 | 145,288.05 | 3.94% | 16.10% |
| 98 | A | 1,551,108.99 | 0.00 | 0.00 | 72,707.21 | (8,119.08) | (3,433.36) | 0.00 | (25,000.00) | 1,587,263.75 | 3.94% | 16.10% |
| 99 | A | 198,159.70 | 0.00 | 0.00 | 9,288.60 | (1,037.24) | (438.62) | 0.00 | 0.00 | 205,972.44 | 3.94% | 16.10% |
| 100 | A | 36,554.62 | 0.00 | 0.00 | 1,713.47 | (191.34) | (80.91) | 0.00 | 0.00 | 37,995.84 | 3.94% | 16.10% |
| 101 | A | 43,866.16 | 0.00 | 0.00 | 2,056.20 | (229.61) | (97.10) | 0.00 | 0.00 | 45,595.65 | 3.94% | 16.10% |
| 102 | A | 92,787.45 | 0.00 | 0.00 | 4,349.35 | (485.68) | (205.38) | 0.00 | 0.00 | 96,445.73 | 3.94% | 16.10% |
| 103 | A | 124,288.16 | 0.00 | 0.00 | 5,825.93 | (650.57) | (275.11) | 0.00 | 0.00 | 129,188.41 | 3.94% | 16.10% |
| 104 | A | 88,961.23 | 0.00 | 0.00 | 4,170.00 | (465.66) | (196.91) | 0.00 | 0.00 | 92,468.66 | 3.94% | 16.10% |
| 105 | A | 166,642.60 | 0.00 | 0.00 | 7,811.26 | (872.27) | (368.86) | 0.00 | 0.00 | 173,212.73 | 3.94% | 16.10% |
| 106 | A | 222,025.50 | 0.00 | 0.00 | 10,407.30 | (1,162.16) | (491.45) | 0.00 | 0.00 | 230,779.18 | 3.94% | 16.10% |
| 107 | A | 115,382.12 | 0.00 | 0.00 | 5,408.46 | (603.95) | (255.40) | 0.00 | 0.00 | 119,931.23 | 3.94% | 16.10% |
| 108 | A | 1,109,380.58 | 0.00 | 0.00 | 52,001.48 | (5,806.91) | (2,455.60) | 0.00 | 0.00 | 1,153,119.55 | 3.94% | 16.10% |
| 109 | A | 107,552.44 | 0.00 | 0.00 | 5,041.45 | (562.97) | (238.07) | 0.00 | 0.00 | 111,792.85 | 3.94% | 16.10% |
| 110 | A | 106,341.81 | 0.00 | 0.00 | 4,984.70 | (556.63) | (235.39) | 0.00 | 0.00 | 110,534.50 | 3.94% | 16.10% |
| 111 | A | 71,128.08 | 0.00 | 0.00 | 3,334.08 | (372.31) | (157.44) | 0.00 | 0.00 | 73,932.41 | 3.94% | 16.10% |
| 112 | A | 109,465.36 | 0.00 | 0.00 | 5,131.12 | (572.98) | 0.00 | 0.00 | 0.00 | 114,023.50 | 4.16% | 16.60% |
| 113 | A | 212,253.43 | 0.00 | 0.00 | 9,949.24 | (1,111.01) | (469.82) | 0.00 | 0.00 | 220,621.84 | 3.94% | 16.10% |
| 114 | A | 93,096.14 | 0.00 | 0.00 | 4,363.82 | (487.30) | (206.07) | 0.00 | 0.00 | 96,766.60 | 3.94% | 16.10% |
| 115 | A | 74,476.91 | 0.00 | 0.00 | 3,491.06 | (389.84) | (164.85) | 0.00 | 0.00 | 77,413.27 | 3.94% | 16.10% |
| 116 | A | 306,342.17 | 0.00 | 0.00 | 14,359.59 | (1,603.51) | (678.08) | 0.00 | 0.00 | 318,420.17 | 3.94% | 16.10% |
| 117 | A | 154,972.93 | 0.00 | 0.00 | 7,264.25 | (811.19) | (343.03) | 0.00 | 0.00 | 161,082.97 | 3.94% | 16.10% |
| 118 | A | 335,151.41 | 0.00 | 0.00 | 15,710.00 | (1,754.31) | (741.85) | 0.00 | 0.00 | 348,365.25 | 3.94% | 16.10% |
| 119 | A | 209,067.25 | 0.00 | 0.00 | 9,799.89 | (1,094.34) | (462.77) | 0.00 | 0.00 | 217,310.03 | 3.94% | 16.10% |
| 120 | A | 17,790.75 | 0.00 | 0.00 | 833.93 | (93.12) | (39.38) | 0.00 | 0.00 | 18,492.17 | 3.94% | 16.10% |
| 121 | A | 96,164.73 | 0.00 | 0.00 | 4,507.66 | (503.36) | (212.86) | 0.00 | 0.00 | 99,956.17 | 3.94% | 16.10% |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| t | 122 | A | 102,546.89 | 0.00 | 0.00 | 4,806.82 | (536.77) | (226.99) | 0.00 | 0.00 | 106,589.96 | 3.94% | 16.10% |
| | 123 | A | 54,217.44 | 0.00 | 0.00 | 2,541.41 | (283.79) | (120.01) | 0.00 | 0.00 | 56,355.04 | 3.94% | 16.10% |
| | 124 | A | 547,732.20 | 0.00 | 0.00 | 25,674.58 | (2,867.03) | (1,212.40) | 0.00 | 0.00 | 569,327.36 | 3.94% | 16.10% |
| | 125 | A | 55,675.14 | 0.00 | 0.00 | 2,609.74 | (291.42) | (123.24) | 0.00 | 0.00 | 57,870.22 | 3.94% | 16.10% |
| | 126 | A | 812,738.16 | 0.00 | 0.00 | 38,096.56 | (4,254.17) | (1,798.98) | 0.00 | 0.00 | 844,781.57 | 3.94% | 16.10% |
| | 127 | A | 6,182.86 | 0.00 | 0.00 | 289.82 | (32.36) | (13.69) | 0.00 | 0.00 | 6,426.63 | 3.94% | 16.10% |
| | 128 | A | 14,503.07 | 0.00 | 0.00 | 679.82 | (75.91) | (32.10) | 0.00 | 0.00 | 15,074.87 | 3.94% | 16.10% |
| | 129 | A | 32,423.50 | 0.00 | 0.00 | 1,519.83 | (169.72) | (71.77) | 0.00 | 0.00 | 33,701.84 | 3.94% | 16.10% |
| | 130 | A | 37,921.66 | 0.00 | 0.00 | 1,777.55 | (198.50) | (83.94) | 0.00 | 0.00 | 39,416.78 | 3.94% | 16.10% |
| | 131 | A | 51,334.59 | 0.00 | 0.00 | 2,406.27 | (268.70) | (113.63) | 0.00 | 0.00 | 53,358.53 | 3.94% | 16.10% |
| | 132 | A | 0.00 | 24,750.00 | 0.00 | 1,134.36 | (126.67) | (53.57) | 0.00 | 0.00 | 25,704.12 | 3.94% | 3.94% |
| | 133 | A | 0.00 | 1,400,000.00 | 0.00 | 58,332.51 | (6,513.88) | (2,754.56) | 0.00 | 0.00 | 1,449,064.07 | 3.94% | 3.94% |
| | | | 119,091,870.32 | 1,532,447.38 | (101,795.06) | 8,133,323.28 | (512,771.23) | (216,354.62) | 0.00 | (266,250.00) | 127,660,470.07 | | |

GREENPOINT TACTICAL INCOME FUND LLC
Quarterly H Informatics Fee in Arrear
Jun-18
0.85% annually of class A members' ending NAV after profit(loss) allocations and management fee but before redemptions

| Member Name | Member No. | Mgt Fee Capital Base | Mgt Fee Rate | Gross Total | Adjustments | Net Total |
|---|---|---|---|---|---|---|
| Greenpoint Asset Management II LLC | 1 | 12,859,062.09 | 0.00% | 0.00 | 0.00 | 0.00 |
| Chrysalis Financial LLC | 2 | 13,091,947.71 | 0.00% | 0.00 | 0.00 | 0.00 |
| ▓▓▓ | 3 | 35,563.42 | 0.85% | 75.57 | 0.00 | 75.57 |
| ▓▓▓ | 4 | 119,401.18 | 0.85% | 253.73 | 0.00 | 253.73 |
| ▓▓▓ | 5 | 75,854.20 | 0.85% | 161.19 | 0.00 | 161.19 |
| ▓▓▓ | 6 | 32,143.60 | 0.85% | 68.31 | 0.00 | 68.31 |
| ▓▓▓ | 7 | 34,520.80 | 0.85% | 73.36 | 0.00 | 73.36 |
| ▓▓▓ | 8 | 218,551.28 | 0.85% | 464.42 | 0.00 | 464.42 |
| ▓▓▓ | 9 | 1,040,920.32 | 0.85% | 2,211.96 | 0.00 | 2,211.96 |
| ▓▓▓ | 10 | 412,907.46 | 0.85% | 877.43 | 0.00 | 877.43 |
| ▓▓▓ | 11 | 86,148.34 | 0.85% | 183.07 | 0.00 | 183.07 |
| ▓▓▓ | 12 | 337,970.85 | 0.85% | 718.19 | 0.00 | 718.19 |
| ▓▓▓ | 13 | 1,978,017.95 | 0.85% | 4,203.29 | 0.00 | 4,203.29 |
| ▓▓▓ | 14 | 415,520.94 | 0.85% | 882.98 | 0.00 | 882.98 |
| ▓▓▓ | 15 | 427,850.82 | 0.85% | 909.18 | 0.00 | 909.18 |
| ▓▓▓ | 16 | 30,184.01 | 0.85% | 64.14 | 0.00 | 64.14 |
| ▓▓▓ | 17 | 446,022.87 | 0.85% | 947.80 | 0.00 | 947.80 |
| ▓▓▓ | 18 | 193,882.07 | 0.85% | 412.00 | 0.00 | 412.00 |
| ▓▓▓ | 19 | 635,860.05 | 0.85% | 1,351.20 | 0.00 | 1,351.20 |
| ▓▓▓ | 20 | 685,728.92 | 0.85% | 1,457.17 | 0.00 | 1,457.17 |
| ▓▓▓ | 21 | 293,843.12 | 0.85% | 624.42 | 0.00 | 624.42 |
| ▓▓▓ | 22 | 57,956.36 | 0.85% | 123.16 | 0.00 | 123.16 |
| ▓▓▓ | 23 | 569,792.07 | 0.85% | 1,210.81 | 0.00 | 1,210.81 |
| ▓▓▓ | 24 | 689,969.29 | 0.85% | 1,466.18 | 0.00 | 1,466.18 |
| ▓▓▓ | 25 | 203,588.96 | 0.85% | 432.63 | 0.00 | 432.63 |
| ▓▓▓ | 26 | 261,142.67 | 0.85% | 554.93 | 0.00 | 554.93 |
| ▓▓▓ | 27 | 3,620,301.26 | 0.85% | 7,693.14 | 0.00 | 7,693.14 |
| ▓▓▓ | 30 | 699,593.57 | 0.85% | 1,486.64 | 0.00 | 1,486.64 |
| ▓▓▓ | 31 | 2,213,610.63 | 0.85% | 4,703.92 | 0.00 | 4,703.92 |
| ▓▓▓ | 32 | 1,993,236.29 | 0.85% | 4,235.63 | 0.00 | 4,235.63 |
| ▓▓▓ | 33 | 473,089.86 | 0.85% | 1,005.32 | 0.00 | 1,005.32 |
| ▓▓▓ | 34 | 2,070,772.27 | 0.85% | 4,400.39 | 0.00 | 4,400.39 |
| ▓▓▓ | 35 | 309,776.19 | 0.85% | 658.27 | 0.00 | 658.27 |
| ▓▓▓ | 36 | 18,772,693.03 | 0.85% | 39,891.97 | 0.00 | 39,891.97 |
| ▓▓▓ | 37 | 1,276,375.88 | 0.85% | 2,712.30 | 0.00 | 2,712.30 |
| ▓▓▓ | 38 | 1,140,442.65 | 0.85% | 2,423.44 | 0.00 | 2,423.44 |
| ▓▓▓ | 39 | 1,408,351.36 | 0.85% | 2,992.75 | 0.00 | 2,992.75 |
| ▓▓▓ | 40 | 4,985,174.15 | 0.85% | 10,593.50 | 0.00 | 10,593.50 |
| ▓▓▓ | 41 | 196,658.78 | 0.85% | 417.90 | 0.00 | 417.90 |
| ▓▓▓ | 42 | 369,737.97 | 0.85% | 785.69 | 0.00 | 785.69 |
| ▓▓▓ | 43 | 343,729.90 | 0.85% | 730.43 | 0.00 | 730.43 |
| ▓▓▓ | 44 | 5,421,797.09 | 0.85% | 11,521.32 | 0.00 | 11,521.32 |
| ▓▓▓ | 45 | 1,124,717.48 | 0.85% | 2,390.02 | 0.00 | 2,390.02 |
| ▓▓▓ | 46 | 344,067.14 | 0.85% | 731.14 | 0.00 | 731.14 |
| ▓▓▓ | 47 | 293,111.43 | 0.85% | 622.86 | 0.00 | 622.86 |
| ▓▓▓ | 48 | 531,117.20 | 0.85% | 1,128.62 | 0.00 | 1,128.62 |
| ▓▓▓ | 49 | 63,896.41 | 0.85% | 135.78 | 0.00 | 135.78 |
| ▓▓▓ | 50 | 3,819,085.21 | 0.85% | 8,115.56 | 0.00 | 8,115.56 |
| ▓▓▓ | 51 | 135,522.29 | 0.85% | 287.98 | 0.00 | 287.98 |
| ▓▓▓ | 52 | 20,712.62 | 0.85% | 44.01 | 0.00 | 44.01 |
| ▓▓▓ | 53 | 113,512.68 | 0.00% | 0.00 | 0.00 | 0.00 |

| # | Amount | Rate | Value1 | Value2 | Value3 |
|---|---|---|---|---|---|
| 54 | 131,991.17 | 0.85% | 280.48 | 0.00 | 280.48 |
| 55 | 543,540.41 | 0.85% | 1,155.02 | 0.00 | 1,155.02 |
| 56 | 233,197.86 | 0.85% | 495.55 | 0.00 | 495.55 |
| 57 | 954,075.29 | 0.85% | 2,027.41 | 0.00 | 2,027.41 |
| 58 | 440,426.04 | 0.85% | 935.91 | 0.00 | 935.91 |
| 59 | 1,275,695.88 | 0.85% | 2,710.85 | 0.00 | 2,710.85 |
| 60 | 2,128,269.56 | 0.85% | 4,522.57 | 0.00 | 4,522.57 |
| 61 | 2,497,459.67 | 0.85% | 5,307.10 | 0.00 | 5,307.10 |
| 62 | 144,438.07 | 0.85% | 306.93 | 0.00 | 306.93 |
| 63 | 228,011.96 | 0.85% | 484.53 | 0.00 | 484.53 |
| 64 | 233,094.13 | 0.85% | 495.33 | 0.00 | 495.33 |
| 65 | 5,362,117.73 | 0.85% | 11,394.50 | 0.00 | 11,394.50 |
| 66 | 4,928,931.69 | 0.85% | 10,473.98 | 0.00 | 10,473.98 |
| 67 | 732,068.27 | 0.85% | 1,555.65 | 0.00 | 1,555.65 |
| 68 | 948,808.19 | 0.85% | 2,016.22 | 0.00 | 2,016.22 |
| 69 | 527,189.81 | 0.85% | 1,120.28 | 0.00 | 1,120.28 |
| 70 | 453,444.08 | 0.85% | 963.57 | 0.00 | 963.57 |
| 71 | 43,390.98 | 0.85% | 92.21 | 0.00 | 92.21 |
| 72 | 37,652.17 | 0.85% | 80.01 | 0.00 | 80.01 |
| 73 | 1,460,755.49 | 0.85% | 3,104.11 | 0.00 | 3,104.11 |
| 74 | 660,310.67 | 0.85% | 1,403.16 | 0.00 | 1,403.16 |
| 75 | 120,203.15 | 0.85% | 255.43 | 0.00 | 255.43 |
| 76 | 252,287.28 | 0.85% | 536.11 | 0.00 | 536.11 |
| 77 | 1,524,549.88 | 0.85% | 3,239.67 | 0.00 | 3,239.67 |
| 78 | 70,410.59 | 0.85% | 149.62 | 0.00 | 149.62 |
| 79 | 20,077.13 | 0.85% | 42.66 | 0.00 | 42.66 |
| 80 | 312,362.42 | 0.85% | 663.77 | 0.00 | 663.77 |
| 81 | 164,289.25 | 0.85% | 349.11 | 0.00 | 349.11 |
| 82 | 1,363,650.20 | 0.85% | 2,897.76 | 0.00 | 2,897.76 |
| 83 | 273,231.64 | 0.85% | 580.62 | 0.00 | 580.62 |
| 84 | 48,541.51 | 0.85% | 103.15 | 0.00 | 103.15 |
| 85 | 784,078.46 | 0.85% | 1,666.17 | 0.00 | 1,666.17 |
| 86 | 146,042.27 | 0.85% | 310.34 | 0.00 | 310.34 |
| 87 | 314,872.61 | 0.85% | 669.10 | 0.00 | 669.10 |
| 88 | 10,280.31 | 0.85% | 21.85 | 0.00 | 21.85 |
| 89 | 125,537.09 | 0.85% | 266.77 | 0.00 | 266.77 |
| 90 | 407,797.67 | 0.85% | 866.57 | 0.00 | 866.57 |
| 91 | 54,278.02 | 0.85% | 115.34 | 0.00 | 115.34 |
| 92 | 414,858.11 | 0.85% | 881.57 | 0.00 | 881.57 |
| 93 | 395,605.19 | 0.85% | 840.66 | 0.00 | 840.66 |
| 94 | 491,364.34 | 0.85% | 1,044.15 | 0.00 | 1,044.15 |
| 95 | 626,163.09 | 0.85% | 1,330.60 | 0.00 | 1,330.60 |
| 96 | 145,597.45 | 0.85% | 309.39 | 0.00 | 309.39 |
| 98 | 1,615,697.11 | 0.85% | 3,433.36 | 0.00 | 3,433.36 |
| 99 | 206,411.06 | 0.85% | 438.62 | 0.00 | 438.62 |
| 100 | 38,076.76 | 0.85% | 80.91 | 0.00 | 80.91 |
| 101 | 45,692.74 | 0.85% | 97.10 | 0.00 | 97.10 |
| 102 | 96,651.11 | 0.85% | 205.38 | 0.00 | 205.38 |
| 103 | 129,463.52 | 0.85% | 275.11 | 0.00 | 275.11 |
| 104 | 92,665.57 | 0.85% | 196.91 | 0.00 | 196.91 |
| 105 | 173,581.59 | 0.85% | 368.86 | 0.00 | 368.86 |
| 106 | 231,270.63 | 0.85% | 491.45 | 0.00 | 491.45 |
| 107 | 120,186.63 | 0.85% | 255.40 | 0.00 | 255.40 |
| 108 | 1,155,575.15 | 0.85% | 2,455.60 | 0.00 | 2,455.60 |
| 109 | 112,030.91 | 0.85% | 238.07 | 0.00 | 238.07 |
| 110 | 110,769.88 | 0.85% | 235.39 | 0.00 | 235.39 |
| 111 | 74,089.85 | 0.85% | 157.44 | 0.00 | 157.44 |
| 112 | 114,023.50 | 0.00% | 0.00 | 0.00 | 0.00 |
| 113 | 221,091.66 | 0.85% | 469.82 | 0.00 | 469.82 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| 114 | 96,972.66 | 0.85% | 206.07 | 0.00 | 206.07 |
| 115 | 77,578.13 | 0.85% | 164.85 | 0.00 | 164.85 |
| 116 | 319,098.25 | 0.85% | 678.08 | 0.00 | 678.08 |
| 117 | 161,426.00 | 0.85% | 343.03 | 0.00 | 343.03 |
| 118 | 349,107.10 | 0.85% | 741.85 | 0.00 | 741.85 |
| 119 | 217,772.80 | 0.85% | 462.77 | 0.00 | 462.77 |
| 120 | 18,531.55 | 0.85% | 39.38 | 0.00 | 39.38 |
| 121 | 100,169.03 | 0.85% | 212.86 | 0.00 | 212.86 |
| 122 | 106,816.94 | 0.85% | 226.99 | 0.00 | 226.99 |
| 123 | 56,475.05 | 0.85% | 120.01 | 0.00 | 120.01 |
| 124 | 570,539.75 | 0.85% | 1,212.40 | 0.00 | 1,212.40 |
| 125 | 57,993.45 | 0.85% | 123.24 | 0.00 | 123.24 |
| 126 | 846,580.55 | 0.85% | 1,798.98 | 0.00 | 1,798.98 |
| 127 | 6,440.32 | 0.85% | 13.69 | 0.00 | 13.69 |
| 128 | 15,106.97 | 0.85% | 32.10 | 0.00 | 32.10 |
| 129 | 33,773.61 | 0.85% | 71.77 | 0.00 | 71.77 |
| 130 | 39,500.72 | 0.85% | 83.94 | 0.00 | 83.94 |
| 131 | 53,472.16 | 0.85% | 113.63 | 0.00 | 113.63 |
| 132 | 25,207.69 | 0.85% | 53.57 | 0.00 | 53.57 |
| 133 | 1,296,263.07 | 0.85% | 2,754.56 | 0.00 | 2,754.56 |
| | 127,992,484.98 | | 216,354.62 | 0.00 | 216,354.62 |

GREENPOINT TACTICAL INCOME FUND LLC
Quarterly Management Fee in Arrear
Jun-18
2% annually of class A members' ending NAV after profit(loss) allocations but before redemptions

| Member Name | Member No. | Mgt Fee Capital Base | Mgt Fee Rate | Gross Total | Adjustments | Net Total |
|---|---|---|---|---|---|---|
| Greenpoint Asset Management II LLC | 1 | 12,859,062.09 | 0.00% | 0.00 | 0.00 | 0.00 |
| Chrysalis Financial LLC | 2 | 13,091,947.71 | 0.00% | 0.00 | 0.00 | 0.00 |
|  | 3 | 35,742.13 | 2.00% | 178.71 | 0.00 | 178.71 |
|  | 4 | 120,001.19 | 2.00% | 600.01 | 0.00 | 600.01 |
|  | 5 | 76,235.38 | 2.00% | 381.18 | 0.00 | 381.18 |
|  | 6 | 32,305.12 | 2.00% | 161.53 | 0.00 | 161.53 |
|  | 7 | 34,694.27 | 2.00% | 173.47 | 0.00 | 173.47 |
|  | 8 | 219,649.53 | 2.00% | 1,098.25 | 0.00 | 1,098.25 |
|  | 9 | 1,046,151.08 | 2.00% | 5,230.76 | 0.00 | 5,230.76 |
|  | 10 | 414,982.37 | 2.00% | 2,074.91 | 0.00 | 2,074.91 |
|  | 11 | 86,581.25 | 2.00% | 432.91 | 0.00 | 432.91 |
|  | 12 | 339,669.19 | 2.00% | 1,698.35 | 0.00 | 1,698.35 |
|  | 13 | 1,987,957.73 | 2.00% | 9,939.79 | 0.00 | 9,939.79 |
|  | 14 | 417,608.99 | 2.00% | 2,088.04 | 0.00 | 2,088.04 |
|  | 15 | 430,000.83 | 2.00% | 2,150.00 | 0.00 | 2,150.00 |
|  | 16 | 30,335.69 | 2.00% | 151.68 | 0.00 | 151.68 |
|  | 17 | 448,264.20 | 2.00% | 2,241.32 | 0.00 | 2,241.32 |
|  | 18 | 194,856.35 | 2.00% | 974.28 | 0.00 | 974.28 |
|  | 19 | 639,055.33 | 2.00% | 3,195.28 | 0.00 | 3,195.28 |
|  | 20 | 689,174.79 | 2.00% | 3,445.87 | 0.00 | 3,445.87 |
|  | 21 | 295,319.72 | 2.00% | 1,476.60 | 0.00 | 1,476.60 |
|  | 22 | 58,247.60 | 2.00% | 291.24 | 0.00 | 291.24 |
|  | 23 | 572,655.35 | 2.00% | 2,863.28 | 0.00 | 2,863.28 |
|  | 24 | 693,436.47 | 2.00% | 3,467.18 | 0.00 | 3,467.18 |
|  | 25 | 204,612.02 | 2.00% | 1,023.06 | 0.00 | 1,023.06 |
|  | 26 | 262,454.95 | 2.00% | 1,312.27 | 0.00 | 1,312.27 |
|  | 27 | 3,638,493.72 | 2.00% | 18,192.47 | 0.00 | 18,192.47 |
|  | 30 | 703,109.11 | 2.00% | 3,515.55 | 0.00 | 3,515.55 |
|  | 31 | 2,224,734.30 | 2.00% | 11,123.67 | 0.00 | 11,123.67 |
|  | 32 | 2,003,252.55 | 2.00% | 10,016.26 | 0.00 | 10,016.26 |
|  | 33 | 475,467.20 | 2.00% | 2,377.34 | 0.00 | 2,377.34 |
|  | 34 | 2,081,178.17 | 2.00% | 10,405.89 | 0.00 | 10,405.89 |
|  | 35 | 311,332.86 | 2.00% | 1,556.66 | 0.00 | 1,556.66 |
|  | 36 | 18,867,028.17 | 2.00% | 94,335.14 | 0.00 | 94,335.14 |
|  | 37 | 1,282,789.83 | 2.00% | 6,413.95 | 0.00 | 6,413.95 |
|  | 38 | 1,146,173.52 | 2.00% | 5,730.87 | 0.00 | 5,730.87 |
|  | 39 | 1,415,428.50 | 2.00% | 7,077.14 | 0.00 | 7,077.14 |
|  | 40 | 5,010,225.28 | 2.00% | 25,051.13 | 0.00 | 25,051.13 |
|  | 41 | 197,647.02 | 2.00% | 988.24 | 0.00 | 988.24 |
|  | 42 | 371,595.95 | 2.00% | 1,857.98 | 0.00 | 1,857.98 |
|  | 43 | 345,457.18 | 2.00% | 1,727.29 | 0.00 | 1,727.29 |
|  | 44 | 5,449,042.30 | 2.00% | 27,245.21 | 0.00 | 27,245.21 |
|  | 45 | 1,130,369.33 | 2.00% | 5,651.85 | 0.00 | 5,651.85 |
|  | 46 | 345,796.12 | 2.00% | 1,728.98 | 0.00 | 1,728.98 |
|  | 47 | 294,584.35 | 2.00% | 1,472.92 | 0.00 | 1,472.92 |
|  | 48 | 533,786.13 | 2.00% | 2,668.93 | 0.00 | 2,668.93 |
|  | 49 | 64,217.50 | 2.00% | 321.09 | 0.00 | 321.09 |
|  | 50 | 3,838,276.59 | 2.00% | 19,191.38 | 0.00 | 19,191.38 |
|  | 51 | 136,203.31 | 2.00% | 681.02 | 0.00 | 681.02 |
|  | 52 | 20,816.71 | 2.00% | 104.08 | 0.00 | 104.08 |
|  | 53 | 114,083.09 | 2.00% | 570.42 | 0.00 | 570.42 |
|  | 54 | 132,654.44 | 2.00% | 663.27 | 0.00 | 663.27 |
|  | 55 | 546,271.77 | 2.00% | 2,731.36 | 0.00 | 2,731.36 |
|  | 56 | 234,369.71 | 2.00% | 1,171.85 | 0.00 | 1,171.85 |
|  | 57 | 958,869.64 | 2.00% | 4,794.35 | 0.00 | 4,794.35 |
|  | 58 | 442,639.23 | 2.00% | 2,213.20 | 0.00 | 2,213.20 |
|  | 59 | 1,282,106.41 | 2.00% | 6,410.53 | 0.00 | 6,410.53 |
|  | 60 | 2,138,964.38 | 2.00% | 10,694.82 | 0.00 | 10,694.82 |
|  | 61 | 2,510,009.72 | 2.00% | 12,550.05 | 0.00 | 12,550.05 |
|  | 62 | 145,163.89 | 2.00% | 725.82 | 0.00 | 725.82 |
|  | 63 | 229,157.75 | 2.00% | 1,145.79 | 0.00 | 1,145.79 |
|  | 64 | 234,265.45 | 2.00% | 1,171.33 | 0.00 | 1,171.33 |

| # | Amount | Rate | Value | | Total |
|---|---|---|---|---|---|
| 65 | 5,389,063.05 | 2.00% | 26,945.32 | 0.00 | 26,945.32 |
| 66 | 4,953,700.19 | 2.00% | 24,768.50 | 0.00 | 24,768.50 |
| 67 | 735,747.01 | 2.00% | 3,678.74 | 0.00 | 3,678.74 |
| 68 | 953,576.07 | 2.00% | 4,767.88 | 0.00 | 4,767.88 |
| 69 | 529,839.01 | 2.00% | 2,649.20 | 0.00 | 2,649.20 |
| 70 | 455,722.69 | 2.00% | 2,278.61 | 0.00 | 2,278.61 |
| 71 | 43,609.03 | 2.00% | 218.05 | 0.00 | 218.05 |
| 72 | 37,841.38 | 2.00% | 189.21 | 0.00 | 189.21 |
| 73 | 1,468,095.97 | 2.00% | 7,340.48 | 0.00 | 7,340.48 |
| 74 | 663,628.81 | 2.00% | 3,318.14 | 0.00 | 3,318.14 |
| 75 | 120,807.19 | 2.00% | 604.04 | 0.00 | 604.04 |
| 76 | 253,555.06 | 2.00% | 1,267.78 | 0.00 | 1,267.78 |
| 77 | 1,532,210.93 | 2.00% | 7,661.05 | 0.00 | 7,661.05 |
| 78 | 70,764.42 | 2.00% | 353.82 | 0.00 | 353.82 |
| 79 | 20,178.02 | 2.00% | 100.89 | 0.00 | 100.89 |
| 80 | 313,932.08 | 2.00% | 1,569.66 | 0.00 | 1,569.66 |
| 81 | 165,114.83 | 2.00% | 825.57 | 0.00 | 825.57 |
| 82 | 1,370,502.71 | 2.00% | 6,852.51 | 0.00 | 6,852.51 |
| 83 | 274,604.66 | 2.00% | 1,373.02 | 0.00 | 1,373.02 |
| 84 | 48,785.44 | 2.00% | 243.93 | 0.00 | 243.93 |
| 85 | 788,018.55 | 2.00% | 3,940.09 | 0.00 | 3,940.09 |
| 86 | 146,776.15 | 2.00% | 733.88 | 0.00 | 733.88 |
| 87 | 316,454.88 | 2.00% | 1,582.27 | 0.00 | 1,582.27 |
| 88 | 10,331.97 | 2.00% | 51.66 | 0.00 | 51.66 |
| 89 | 126,167.93 | 2.00% | 630.84 | 0.00 | 630.84 |
| 90 | 409,846.91 | 2.00% | 2,049.23 | 0.00 | 2,049.23 |
| 91 | 54,550.77 | 2.00% | 272.75 | 0.00 | 272.75 |
| 92 | 416,942.83 | 2.00% | 2,084.71 | 0.00 | 2,084.71 |
| 93 | 397,593.15 | 2.00% | 1,987.97 | 0.00 | 1,987.97 |
| 94 | 493,833.50 | 2.00% | 2,469.17 | 0.00 | 2,469.17 |
| 95 | 629,309.64 | 2.00% | 3,146.55 | 0.00 | 3,146.55 |
| 96 | 146,329.09 | 2.00% | 731.65 | 0.00 | 731.65 |
| 98 | 1,623,816.19 | 2.00% | 8,119.08 | 0.00 | 8,119.08 |
| 99 | 207,448.30 | 2.00% | 1,037.24 | 0.00 | 1,037.24 |
| 100 | 38,268.10 | 2.00% | 191.34 | 0.00 | 191.34 |
| 101 | 45,922.35 | 2.00% | 229.61 | 0.00 | 229.61 |
| 102 | 97,136.80 | 2.00% | 485.68 | 0.00 | 485.68 |
| 103 | 130,114.09 | 2.00% | 650.57 | 0.00 | 650.57 |
| 104 | 93,131.23 | 2.00% | 465.66 | 0.00 | 465.66 |
| 105 | 174,453.86 | 2.00% | 872.27 | 0.00 | 872.27 |
| 106 | 232,432.80 | 2.00% | 1,162.16 | 0.00 | 1,162.16 |
| 107 | 120,790.58 | 2.00% | 603.95 | 0.00 | 603.95 |
| 108 | 1,161,382.06 | 2.00% | 5,806.91 | 0.00 | 5,806.91 |
| 109 | 112,593.88 | 2.00% | 562.97 | 0.00 | 562.97 |
| 110 | 111,326.51 | 2.00% | 556.63 | 0.00 | 556.63 |
| 111 | 74,462.16 | 2.00% | 372.31 | 0.00 | 372.31 |
| 112 | 114,596.48 | 2.00% | 572.98 | 0.00 | 572.98 |
| 113 | 222,202.67 | 2.00% | 1,111.01 | 0.00 | 1,111.01 |
| 114 | 97,459.96 | 2.00% | 487.30 | 0.00 | 487.30 |
| 115 | 77,967.97 | 2.00% | 389.84 | 0.00 | 389.84 |
| 116 | 320,701.76 | 2.00% | 1,603.51 | 0.00 | 1,603.51 |
| 117 | 162,237.18 | 2.00% | 811.19 | 0.00 | 811.19 |
| 118 | 350,861.41 | 2.00% | 1,754.31 | 0.00 | 1,754.31 |
| 119 | 218,867.13 | 2.00% | 1,094.34 | 0.00 | 1,094.34 |
| 120 | 18,624.68 | 2.00% | 93.12 | 0.00 | 93.12 |
| 121 | 100,672.39 | 2.00% | 503.36 | 0.00 | 503.36 |
| 122 | 107,353.71 | 2.00% | 536.77 | 0.00 | 536.77 |
| 123 | 56,758.85 | 2.00% | 283.79 | 0.00 | 283.79 |
| 124 | 573,406.79 | 2.00% | 2,867.03 | 0.00 | 2,867.03 |
| 125 | 58,284.88 | 2.00% | 291.42 | 0.00 | 291.42 |
| 126 | 850,834.73 | 2.00% | 4,254.17 | 0.00 | 4,254.17 |
| 127 | 6,472.68 | 2.00% | 32.36 | 0.00 | 32.36 |
| 128 | 15,182.89 | 2.00% | 75.91 | 0.00 | 75.91 |
| 129 | 33,943.32 | 2.00% | 169.72 | 0.00 | 169.72 |
| 130 | 39,699.22 | 2.00% | 198.50 | 0.00 | 198.50 |
| 131 | 53,740.86 | 2.00% | 268.70 | 0.00 | 268.70 |
| 132 | 25,334.36 | 2.00% | 126.67 | 0.00 | 126.67 |
| 133 | 1,302,776.95 | 2.00% | 6,513.88 | 0.00 | 6,513.88 |
| | 128,505,256.21 | | 512,771.23 | 0.00 | 512,771.23 |