# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Greenpoint Tactical Income Fund LLC | Case No. 19-29613 |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| GP Rare Earth Trading Account LLC | Case No. 19-29617 |
| Debtor. | |

## DECLARATION OF JOHN KUSTUSCH

I, John Kustusch, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct and that, if called upon to do so, I could competently testify as follows:

1. I serve as a Staff Accountant at the United States Securities and Exchange Commission in its Chicago Regional Office, located at 175 West Jackson Blvd., Suite 1450, Chicago, Illinois 60604. I have worked at the SEC since 2000.

2. My official duties with the SEC include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been, are being, or are about to be violated, and assisting in the SEC's litigation of civil enforcement actions.

1

3. Before joining the Commission I was a Senior Director in the Market Regulation Department of the Chicago Mercantile Exchange, where I worked for nineteen years. Before then, I worked for five years as an investigator with the U.S. Commodity Futures Trading Commission. In that capacity, I participated in fact-finding inquiries and investigations of potential violations of the federal commodities laws and assisted in the CFTC's litigation of commodities laws violations.

## Scope of Work

4. As part of my duties with the SEC, I was assigned to participate in the investigation of possible misconduct in the management of the Greenpoint Tactical Income Fund ("GPTIF") and its related entities and funds. Since my assignment to the investigation I have undertaken various tasks to assist the SEC attorneys with the fact-gathering and analysis.

5. During its investigation, the SEC has obtained documents and information from a variety of sources relating to GPTIF including GPTIF itself; its managers, Chrysalis Financial, LLC ("Chrysalis") and Greenpoint Asset Management II, LLC ("GAM II"); Chrysalis' owner, Christopher Nohl ("Nohl") and GAM II's owners, Michael Hull ("Hull") and his brother; as well as GPTIF's auditors, banks, lenders, appraisers, investors, related funds, subsidiaries, and investee companies. The documents obtained include banking records; accounting, loan, and other business records; promotional and subscription materials; and emails, newsletters, and other communications.

6. I have personally reviewed and analyzed financial records relating to this matter. In particular, I have examined and analyzed bank records of GPTIF and several of its subsidiaries, and of GPTIF's managers and the managers' owners. In addition, I have reviewed and analyzed

GPTIF's accounting general ledgers, as well as its financial statements and notes thereto and the audit reports thereon.

## Exhibit A

7. In connection with this filing, I was asked by the SEC attorneys to prepare a table summarizing investor contributions to GPTIF from July 1, 2018 to the present, based on information the SEC has obtained to date. That table is appended as **Exhibit A** to this declaration. I prepared the table from information provided by GPTIF's attorney, which I confirmed from GPTIF's bank records to the extent that such records have been produced to the SEC. To the best of my knowledge the table is a fair, accurate, and complete summary of the documents I personally reviewed.

8. I prepared the table based on the information the SEC has compiled to date. The SEC's fact-gathering continues, and it is possible that the SEC may obtain new information relating to **Exhibit A** in the future.

9. In sum, **Exhibit A** shows that in the thirteen months from July 1, 2018 through at least July 25, 2019, GPTIF has received contributions from new or existing investors totaling $4,133,303.

## Exhibit B

10. In connection with this filing I was also asked by SEC attorneys to prepare a summary schedule showing GPTIF's payments from July 1, 2018 forward to entities owned in whole or in part by Nohl or Hull. Attached as **Exhibit B** is the schedule I prepared in response to that request. The information in **Exhibit B** is limited by the circumstance that the SEC does not at this time have GPTIF's internal accounting records for the entire period noted on the Exhibit, nor does it have GPTIF's bank account statements or transaction records for March 2019 through the

3

Case 19-29613-gmh    Doc 17-3    Filed 10/11/19    Page 3 of 10

present, except for the May 2019 monthly statement. However, to the best of my knowledge the schedule is a fair, accurate, and complete summary of the information presently available to the SEC, which I personally reviewed.

11. As reflected in **Exhibit B**, in the eleven months from July 2018 through May 2019 (excluding March and April) GPTIF made at least 25 payments to five different entities partly or wholly owned by Hull or Nohl, identified below with the payment total:

    (a) $628,795 to Chrysalis, wholly owned by Nohl;

    (b) $564,098 to GAM II, co-owned by Hull and his brother;

    (c) $456,818.12 to Bluepoint Investment Counsel, LLC ("BIC"), also co-owned by Hull and his brother;

    (d) $103,251 to Alt Asset Portfolio Services, LLC ("AAPS"), co-owned by Nohl and Hull; and

    (e) $30,000 to H Informatics, LLC ("HIN"), co-owned by Hull.

The total of the above payments to Nohl- or Hull-owned entities was $1,782,962.

**Exhibit C**

12. As shown on **Exhibit A**, one of the more recent investments in GPTIF was a May 29, 2019 investment of $538,500 by an IRA account owned by the person identified as Investor 3.

13. In connection with this filing I was also asked by SEC attorneys to prepare a summary schedule showing the transactions in GPTIF's account after the May 29, 2019 receipt of the $538,500, to provide some visibility into how those funds were used. Attached as **Exhibit C** is the schedule I prepared in response to that request. The information summarized in **Exhibit C** is limited to that shown on the May monthly statement for GPTIF's account, as the underlying

transaction records – issued checks, deposited checks, wire advices, transfer details, etc. – are not in the SEC's possession at this point.  To the best of my knowledge the schedule is a fair, accurate, and complete summary of the monthly statement I personally reviewed.  It should be noted that within GPTIF's account there are three sub-accounts – one savings, two checking – among which intra-bank fund transfers are often made.  The **Exhibit C** schedule summarizes the activity in the three sub-accounts during the period indicated on the schedule, and the daily balances shown are the combined daily balances of the three sub-accounts.  Transfers between sub-accounts have not been recorded on the schedule as no funds entered or left the master account in connection with those transfers.

14. As shown in **Exhibit C**, on May 28, 2019 GPTIF's account had an ending balance of just under $11,000.  On May 29, 2019 Investor 3 had $538,500 wired to GPTIF from an IRA account.  In the two days that followed, May 30 and 31, 2019, GPTIF's managers wired or transferred out a total of $538,000.  As to three of the payouts by wire, which total $150,000, the payees are not indicated on the monthly account statement.  One of those three wires was a $50,000 foreign wire transfer.  The remaining $388,000 was distributed to five entities associated with Nohl, Hull, or their entities, identified below with payment amount:

(a) $20,000 to GP Rare Earth Trading Account, LLC, a subsidiary of GPTIF;

(b) $159,000 to Greenpoint Fine Art Fund, LLC, a fund co-managed by another of Hull's entities;

(c) $159,000 to Greenpoint Global Mittelstand Fund I, LLC, also a fund co-managed by a yet another Hull entity;

(d) $20,000 to Greenpoint Asset Management II, LLC, one of the two co-managers of GPTIF, co-owned and operated by Hull; and

(e) $30,000 to H Informatics, LLC, a company co-owned by Hull.

**Exhibit C** reflects that on May 31, two days after Investor 3 wired to GPTIF $538,500 of his retirement savings, the ending balance in GPTIF's account was approximately $13,300.

## Exhibit D

15. In connection with this filing I was also asked by SEC attorneys to prepare a summary schedule showing GPTIF's payments during the period March 2, 2018 through July 5, 2018 to entities owned in whole or in part by Nohl or Hull. Attached as **Exhibit D** is the schedule I prepared in response to that request. The information summarized in **Exhibit D** was found in GPTIF's bank account and internal accounting records for the March 2 through July 5, 2018 period. To the best of my knowledge the schedule is a fair, accurate, and complete summary of the information in those records, which I personally reviewed.

16. Briefly, Exhibit D shows that during the approximate four-month period from March 2 through July 5, 2018 GPTIF paid to its managers management fees totaling $515,000.

I, John Kustusch, declare under penalty of perjury that the foregoing is true and correct. Executed on this _11_ day of October 2019.

_____
John Kustusch

**EXHIBIT A**

## Investor Contributions to Greenpoint Tactical Income Fund (GPTIF)
July 1, 2018 through July 25, 2019

| Date or Period | Investor | Amount | Method | Receiving GPTIF Account |
|---|---|---:|---|---|
| 3-Aug-18 | Investor 7, IRA | 161,500.00 | wire | Summit CU, x4900 |
| 10-Aug-18 | Investor 8, Roth | 100,000.00 | wire | Summit CU, x4900 |
| 10-Aug-18 | Investor 9, IRA | 500,000.00 | transfer | Summit CU, x4900 |
| 7-Sep-18 | Investor 3 | 500,000.00 | check | Summit CU, x4900 |
| 26-Sep-18 | Investor 10, IRA | 250,000.00 | wire | Summit CU, x4900 |
| 3Q 2018 | Investor 11, 401k | 33,549.37 | checks | Summit CU, x4900 |
| 12-Oct-18 | Investor 12, IRA | 227,500.00 | wire | Summit CU, x4900 |
| 12-Oct-18 | Investor 12, Roth | 59,000.00 | wire | Summit CU, x4900 |
| 1-Nov-18 | Investor 13, Roth | 17,000.00 | wire | Summit CU, x4900 |
| 8-Nov-18 | Investor 14, IRA | 54,000.00 | wire | Summit CU, x4900 |
| 9-Nov-18 | Investor 15, SEP | 11,600.00 | wire | Summit CU, x4900 |
| 17-Dec-18 | Investor 16 | 1,000,000.00 | wire | Summit CU, x4900 |
| 31-Dec-18 | Investor 15, Roth | 500,000.00 | | Summit CU, x4900 |
| 4Q 2018 | Investor 11, 401k | 5,506.48 | checks | Summit CU, x4900 |
| 25-Feb-19 | Investor 16, IRA | 131,700.00 | wire | Summit CU, x4900 |
| Q1 2019 | Investor 11, 401k | 36,665.81 | checks | Summit CU, x4900 |
| 29-May-19 | Investor 3, IRA | 538,500.00 | wire | Summit CU, x4900 |
| Q2 2019 | Investor 11, 401k | 6,781.56 | checks | |
| | **Total:** | **4,133,303.22** | | |

*Sources:* Summit Credit Union records for GPTIF account x4900 through February 2019, and the Summit CU May 2019 statement for that account and other information provided by GPTIF's attorney on July 25, 2019

# EXHIBIT B

## GPTIF Payments from Summit CU account x4900 to Entities Owned in Whole or Part by Christopher Nohl or Michael Hull
July 1, 2018 to May 31, 2019

| Date | Method | Payee: Chrysalis | GAM II | BIC | AAPS | HIN |
|---|---|---|---|---|---|---|
| 2-Aug-18 | transfer | | 40,000.00 | | | |
| 2-Aug-18 | wire | | | 60,000.00 | | |
| 6-Aug-18 | transfer | | 40,000.00 | | | |
| 6-Aug-18 | wire | 40,000.00 | | | | |
| 10-Aug-18 | transfer | | 38,930.47 | | | |
| 14-Aug-18 | check | 7,000.00 | | | | |
| 14-Aug-18 | check | | | | 12,000.00 | |
| 14-Sep-18 | transfer | | | 116,818.12 | | |
| 17-Sep-18 | wire | 220,000.00 | | | | |
| 28-Sep-18 | check | | | | 15,000.00 | |
| 8-Oct-18 | transfer | | 60,000.00 | | | |
| 8-Oct-18 | transfer | | | 50,000.00 | | |
| 24-Oct-18 | check | 131,795.44 | | | | |
| 25-Oct-18 | transfer | | 88,478.80 | | | |
| 25-Oct-18 | transfer | | | 90,000.00 | | |
| 14-Nov-18 | check | | | | 76,251.00 | |
| 30-Nov-18 | transfer | | 16,124.66 | | | |
| 1-Jan-19 | check | 230,000.00 | | | | |
| 2-Jan-19 | transfer | | 200,000.00 | | | |
| 2-Jan-19 | wire | | | 140,000.00 | | |
| 1-Feb-19 | transfer | | 30,563.83 | | | |
| 6-Mar-19 | transfer | | 10,000.00 | | | |
| 12-Mar-19 | transfer | | 20,000.00 | | | |
| 31-May-19 | transfer | | 20,000.00 | | | |
| 31-May-19 | transfer | | | | | 30,000.00 |
| | | **628,795.44** | **564,097.76** | **456,818.12** | **103,251.00** | **30,000.00** |

**Total:** 1,782,962.32

*Source: Summit CU statements (excluding March and April 2019) and transaction records (excluding March-May 2019) for GPTIF account x4900*

**EXHIBIT C**

**Activity in GPTIF's account x4900 with Summit Credit Union**
May 28 - 31, 2019

| Date | Deposit / Credit | Withdrawal / Debit | Balance | Transaction Type | Counterparty |
|---|---|---|---|---|---|
| 27-May-19 | | | 7,842.00 | | |
| 28-May-19 | 3,067.00 | | 10,909.00 | check dep | |
| 29-May-19 | | 3,000.00 | 7,909.00 | check pmt | [not available] |
| 29-May-19 | 538,500.00 | | 546,409.00 | wire | [entity carrying Investor 3's IRA account] |
| 29-May-19 | | 10.00 | 546,399.00 | wire fee | Summit Credit Union |
| 30-May-19 | | 20,000.00 | 526,399.00 | transfer | GP Rare Earth Trading Account |
| 30-May-19 | 5,000.00 | | 531,399.00 | transfer | GP Rare Earth Trading Account |
| 31-May-19 | | 159,000.00 | 372,399.00 | transfer | Greenpoint Fine Art Fund |
| 31-May-19 | | 159,000.00 | 213,399.00 | transfer | Greenpoint Global Mittelstand Fund |
| 31-May-19 | | 20,000.00 | 193,399.00 | transfer | Greenpoint Asset Management II |
| 31-May-19 | | 30,000.00 | 163,399.00 | transfer | H Informatics |
| 31-May-19 | | 20,000.00 | 143,399.00 | wire | [not available] |
| 31-May-19 | | 80,000.00 | 63,399.00 | wire | [not available] |
| 31-May-19 | | 50,000.00 | 13,399.00 | foreign wire | [not available] |
| 31-May-19 | | 80.00 | 13,319.00 | wire fee | Summit Credit Union |
| 31-May-19 | | 18.00 | 13,301.00 | wire fee | Summit Credit Union |
| 31-May-19 | | 18.00 | 13,283.00 | wire fee | Summit Credit Union |
| 31-May-19 | 1.15 | | 13,284.15 | dividend | Summit Credit Union |
| 31-May-19 | 0.75 | | 13,284.90 | dividend | Summit Credit Union |

*Sources: May 2019 monthly statement for GPTIF account x4900 with Summit Credit Union and other information provided by GPTIF's attorney on July 25, 2019*

# EXHIBIT D

**GPTIF Management Fee Payments to Its Managers Chrysalis Financial, LLC
and Greenpoint Asset Management II, LLC
from Its Summit CU account x4900**
March 2 through July 5, 2018

| Date | GPTIF General Ledger Entry | Method | Payee: Chrysalis | Payee: GAM II |
|---|---|---|---:|---:|
| 30-Mar-18 | Management Fee Payable-GAM | wire | | 50,000.00 |
| 10-Apr-18 | Management Fee Payable-CF | check | 150,000.00 | |
| 16-Apr-18 | 2 wires/Management Fee Payable-GAM | wires | | 150,000.00 |
| 16-Apr-18 | Management Fee Payable-CF | check | 25,000.00 | |
| 16-Apr-18 | Management Fee Payable-CF | check | 40,000.00 | |
| 15-Jun-18 | Management Fee Payable-CF | check | 100,000.00 | |
| | | | **315,000.00** | **200,000.00** |

| | | |
|---|---:|---:|
| | **Total:** | **515,000.00** |

*Sources:* Summit CU statements and transaction records for GPTIF account x4900 and the GPTIF general ledger for the period indicated