| | |
|---|---|
| Message | |
| From: | ██████████████████████████████ |
| Sent: | 9/25/2017 3:25:54 PM |
| To: | Michael Hull [█████@bluepointinvest.com]; christopherjnohl@█████ |
| CC: | Lauren Kelly [█████@bluepointinvest.com]; ██████████ |
| Subject: | Funding Update Needed |
| Importance: | High |

Guys,

Can I expect at least $50K from the TIF Charitable account by this Friday? As you recall, I met with you Michael in person on March 16th and notified you that I would like you to liquidate all of the funds from all of the accounts you manage for us and our Foundation as soon as possible and that is still our desire. It has been more than six months.

This Wednesday, I'm currently scheduled to start a process which will be one of the lowest points of my life as I begin to have several discussions with individuals and organizations and break our promises of support. This situation is very unfortunate but is one of the many consequences of by far the worst financial decision I have ever made. Since I haven't heard from you and there is no plan, I feel I must start this process now.

The first discussion will be with ███████████████████████ We currently provide 25% of her support. Her and her husband have two small children and go to church with ███ and me. We have supported her and her family for about eight years.

███████████████████████████████████████████████████

The next one will be with ███████████████ We have supported ███ and his wife ███ for over ten years and we are about 60% of their support. They will most likely need to break their apartment lease and move in with family. This is going to be my toughest discussion as he is a very dear friend.

CONFIDENTIAL TREATMENT REQUESTED BY BLUEPOINT INVESTMENT COUNSEL LLC       BIC_0186263



I will have many more stories like this, as we support 24 different individuals and organizations. Granted, we would not support all of these causes forever, but I always thought there would be a planned and gradual wind down.

You know how giving is my passion and purpose. I cannot express in words how emotional and depressing this is for me.

I would really appreciate a response from both of you on this.



CONFIDENTIAL TREATMENT REQUESTED BY BLUEPOINT INVESTMENT COUNSEL LLC        BIC_0186264

Message

**From:** [redacted]
**Sent:** 4/4/2018 10:54:46 AM
**To:** Michael Hull [[redacted]@bluepointinvest.com]
**Subject:** Re: Yodelay wins big at World Championship Cheese Contest - WISC

What I need is liquidity.  That is why I'm selling my house.  Have a good day.

Sent from my iPhone

> On Apr 4, 2018, at 10:39 AM, Michael Hull <[redacted]@bluepointinvest.com> wrote:
>
> I'm sorry about that.  I thought you were excited about the move, but then again packing is never that much fun.  I always find myself running through all my memories both good and bad when I have to pack things up.
>
> Hang in there!  You know I'm always there for you whatever you need, even if it is just to pack up stuff in boxes.
>
> M-
>
> -----Original Message-----
> From: [redacted]
> Sent: Wednesday, April 4, 2018 10:36 AM
> To: Michael Hull <[redacted]@bluepointinvest.com>
> Subject: Re: Yodelay wins big at World Championship Cheese Contest - WISC
>
> Actually we are busy moving.   Very depressing...
>
> Sent from my iPhone
>
>> On Apr 4, 2018, at 10:08 AM, Michael Hull <[redacted]@bluepointinvest.com> wrote:
>>
>> Thanks for that.  Yodelay has worked really hard for those wins.  They won First, Second, Third, Fourth and Fifth place, which has never happened in this competition before.  I'm very happy about this.
>>
>> Just got word that you [redacted] and your dad are suing us however, so not too happy about that.
>>
>> I hope you are enjoying your time down in Florida.
>>
>> M-
>>
>> -----Original Message-----
>> From: [redacted]
>> Sent: Thursday, March 8, 2018 8:55 PM
>> To: Michael Hull <[redacted]@bluepointinvest.com>
>> Subject: Yodelay wins big at World Championship Cheese Contest - WISC
>>
>> Nice!  Congrats.
>> https://www.channel3000.com/news/yodelay-wins-big-at-world-championship-cheese-contest/713243389
>>
>>
>> Sent from my iPhone