

3/28/2017

Dear Michael,

This letter follows up our conversation of 3/13/2017.

I talked with you that Monday and expressed my discomfort with the high risk that the investment with your firm represents. As I had mentioned, it is all of my savings. Apparently, having 100% of my assets in an "illiquid, high risk" investment strategy at my age (and marital status) is not appropriate.

My request today, 3/27/17 is for a full withdrawal (100%) of my investment.

I have included all of the current account information that I have received from you except for the latest investment of $75K (invested 1/2017).

I have appreciated our relationship thus far but feel that at this point I will be more comfortable and safe with a less aggressive use of my money.

Thank you for your understanding and expediency of this request.

Warm regards,

cc:



Case 19-29613-gmh    Doc 17-5    Filed 10/11/19    Page 1 of 1

CONFIDENTIAL TREATMENT REQUESTED BY GREENPOINT ASSET MANAGEMENT LLC    BIC_0194761