Message

Sent: 11/1/2017 11:10:40 AM
To: ███
Subject: RE: Greenpoint Tactical Income Fund, LLC — Quarterly Investor Statement

███

I know you've spoken with Michael, and he's given you the most up to date information regarding



**bluepoint**
INVESTMENT COUNSEL

**LAUREN KELLY**
chief financial officer • director of operations

22 E Mifflin Street • Suite 302 • Madison WI 53703
P 608.828.6284   F 866.317.4052   www.bluepointinvest.com

---

From: ███
Sent: Monday, October 30, 2017 6:05 PM
To: Lauren Kelly <███@bluepointinvest.com>; ███
Subject: Re: Greenpoint Tactical Income Fund, LLC — Quarterly Investor Statement

Hi Lauren,

I really need cash flow for myself. Michael knew this when he convinced me to sign my money over to him. That I depended on dividends from Quad/Graphics. I feel totally lied to.

I don't know how many times and angles I need to ask to get my money. I feel like absolutely no on is listening. I've been now asking for over a year. Before Michael was investigated. Before ███ and ███ requested to get their money out.

What steps is Michael Hull taking to get people out of Green point who want out? The economy is great. I don't understand why Michael Hull is not selling off assets at top dollar.
Or recruiting new investors in so those who want out - can get out.

My patience is wearing very thin. Can you please help me get my money out???

thank you,

███

---

From: Lauren Kelly <███@bluepointinvest.com>
To: ███
Sent: Tuesday, October 10, 2017 2:50 PM
Subject: RE: Greenpoint Tactical Income Fund, LLC — Quarterly Investor Statement

███

Case 19-29613-gmh   Doc 17-6   Filed 10/11/19   Page 1 of 1
CONFIDENTIAL TREATMENT REQUESTED BY BLUEPOINT INVESTMENT COUNSEL LLC          BIC_0231994