# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| **Greenpoint Tactical Income Fund LLC** | Case No. 19-29613 |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| **GP Rare Earth Trading Account LLC** | Case No. 19-29617 |
| Debtor. | |

**NOTICE OF MOTION OF THE SECURITIES AND EXCHANGE COMMISSION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

PLEASE TAKE NOTICE that the Securities and Exchange Commission ("SEC" or "Commission"), by its undersigned attorney, filed a Motion for the Appointment of a Chapter 11 Trustee (the "Motion"), a copy of which is attached hereto. The grounds for the Motion are, among other things, fraud, dishonesty and gross mismanagement.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then no later than **fourteen (14) days from the date of the service of this notice**, you or your attorney must:

    1.    File with the Court a written objection at:

> Clerk of the U. S. Bankruptcy Court
> Room 126, Federal Courthouse
> 517 E. Wisconsin
> Avenue Milwaukee, WI 53202

1

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. You must also mail a copy to:

Office of the United States Trustee
517 E. Wisconsin Ave., Rm 430
Milwaukee, WI 53202

Angela D. Dodd
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604

Any objection should briefly state the grounds for such objection and request a hearing date upon the Motion. Unless a written request for hearing is filed with the Court and copies mailed as instructed above on or before the date indicated above, an order may be entered granting the relief requested in the Motion

Dated this 11th day of October, 2019.

  /s/ Angela D. Dodd
Angela D. Dodd, IL #6201068
Senior Bankruptcy Counsel

COUNSEL FOR SECURITIES
AND EXCHANGE COMMISSION
Chicago Regional Office
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7400
E-mail: dodda@sec.gov