THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 29, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Greenpoint Tactical Income Fund LLC, and | Case No. 19-29613-gmh |
| GP Rare Earth Trading Account LLC, | Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11 (Jointly Administered Under Case No. 19-29613) |

### ORDER GRANTING APPLICATION FOR EMPLOYMENT OF COUNSEL TO THE DEBTOR

The court having considered the foregoing application of the Greenpoint Tactical Income Fund LLC ("Debtor") to employ the law firm of Steinhilber Swanson LLP to act as counsel to the Debtor, and the declaration of Michael Richman in support thereof, and it appearing that the law firm of Steinhilber Swanson LLP, including the members and staff thereof, is a disinterested person and that the employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY ORDERED:

1. That Greenpoint Tactical Income Fund LLC, the Debtor herein, is authorized to employ the law firm of Steinhilber Swanson LLP to act as attorneys for the Debtor and the estate,

with compensation to be paid in such amounts as may be allowed by the court.

2. The effective date of the representation authorized hereby is October 8, 2019.
3. Attorneys for the Debtor shall receive no compensation from the Debtor until an application is filed requesting the same under Bankruptcy Rule 2016(a), with notice to creditors as required by Bankruptcy Rule 2002, and the court approves the application.

#####