# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

|  |  |
|---|---|
| Greenpoint Tactical Income Fund LLC, and<br>GP Rare Earth Trading Account LLC, | Case No. 19-29613-gmh<br>Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11<br>(Jointly Administered<br>Under Case No. 19-29613) |

## ORDER GRANTING DEBTORS' ORDINARY COURSE SALES – SUPPLEMENT TO MOTION FOR (A) APPROVAL OF GEMSTONE SALE PROCESS AND (B) PROTECTIVE ORDER

This matter came before the Court on GP Rare Earth Trading Account LLC's Ordinary Course Sales – Supplement to Motion for (A) Approval of Gemstone Sale Process and (B) Protective Order [Dkt 86] ("Supplement to Sale Motion") supplementing the Debtors' Motion for (A) Approval of Gemstone Sale Process and (B) Protective Order [Dkt 39] ("Motion"); and the United States Trustee's Objection to Debtor GP Rare Earth Trading Account LLC's Motion for Approval of Ordinary Course Sales [Dkt 97]. The Supplement was filed pursuant to the Court Minutes and Order [Dkt 81] and the only objection filed as to the Supplement to Sale Motion was filed by the U.S. Trustee, and whereas Debtors and the U.S. Trustee have resolved the objection and it has been withdrawn.

The court heard the motion at a November 22, 2019 hearing.

**IT IS HEREBY ORDERED:**

1. Debtor, GP Rare Earth Trading Account LLC ("GPRE"), is authorized to proceed with the sale of gems and minerals that GPRE presents for sale in its gallery and on its website as they are ordinary course of business sales within the provisions of 11 U.S.C. § 363(c)(1).

2. The gallery, doing business as Chrysalis, is located at The Marshall Building, Suite 604, 207 E. Buffalo Street, Milwaukee, Wisconsin ("Gallery"). The gems and minerals are displayed in a boutique store type setting and each contains a price tag. The gems and minerals are to be sold pursuant to payments made by cash, check, credit card (via Square), or PayPal. The gems and minerals currently for sale at the Gallery are listed in Exhibit A attached hereto at the prices indicated thereon.

3. The website, at https://www.chrysaliseboutique.com/minerals.html ("Website") sells Debtor's minerals. The minerals are pictured on the Website and the details and price for each is ascertained by hovering the cursor over the particular mineral. The minerals are sold pursuant to payments made by credit card or PayPal. The minerals currently for sale on the Website are listed in Exhibit B attached hereto at the prices indicated thereon, except Numbers 16 and 130, which are not subject to this order. This order is not applicable to the minerals pictured under the tab Explore and The Vault.

4. Debtor will file a monthly update from the prior inventory filed with the Court, identifying items sold, returned to the vault, or added to the inventory at the Gallery or the inventory listed on the Website along with the monthly operating report to advise the updated Gallery and Website inventory, along with the applicable prices for each. Debtor's Monthly Operating Report will indicate all sales of said gemstones and minerals.

5. GPRE will manually sweep the PayPal account for any all proceeds of sales on a weekly basis, and additionally at any time that $10,000 or more of funds exist in the PayPal

account. Weekly PayPal account statements will be provided to the U.S. Trustee and monthly report included in Debtor's Monthly Operating Report.

6. GPRE will immediately report by email to the U.S. Trustee any and all purchases by an insider of either Debtor, as defined by 11 U.S.C. § 101(31), including the name of the purchaser, the amount of the purchase, the date of the purchase, and the date and amount of all past appraisals for the item purchased. This information shall be treated as "Confidential Information" pursuant to this Court's Order of November 14, 2019 [Dkt 82].

7. All gemstones and minerals will be sold at the prices indicated on Exhibits A and B attached hereto. Debtors confirm that said prices are at or above the highest appraised value of said item, or if there is no appraised value, at or above the acquisition cost. Any additional gemstones and minerals added to the Gallery inventory or the Website inventory (and filed with the Monthly Operating Report) will meet the same criteria.

8. Debtor will pay all applicable taxes and fees (credit card) on the sales in the ordinary course of business. No commission will be incurred or paid on these sales.

November 22, 2019

_____
G. Michael Halfenger
Chief United States Bankruptcy Judge

| SKU | SOLD ($); ADDED (+); REMOVED (*) | GALLERY INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
|---|---|---|---|---|---|
| | | **TOY 1** | | | |
| 201150008 | | Fluorite | $10,500.00 | 1,323.50 | gm |
| 416140120 | | Aquamarine with Mica | $25,000.00 | 2,464.00 | gm |
| 801140014 | | Manganoan Calcite with Quartz and Pyrite | $8,000.00 | 3 | Lbs. |
| 1026170024 | | Quartz (Var. Herkimer Diamond) | $60.00 | 194.5 | gm |
| 1026170002 | | Quartz (Var. Herkimer Diamond) | $150.00 | 176.4 | gm |
| | | **TOY 2** | | | |
| 530140230 | | White Stilbite and Green Apophyllite | $600.00 | >400 | gm |
| 416140697 | | Azurite | $7,500.00 | 444 | gm |
| 602140002 | | Garnet with Epidote | $10,000.00 | 1,258.70 | gm |
| 416140861 | | Herkimer Diamond with Chalchopyrite and Dolomite | $10,000.00 | 993.5 | gm |
| 416140810 | | Aquamarine with Schorl | $15,000.00 | 332 | gm |
| 416140006 | | Fluorite with Calcite | $15,000.00 | 1,016.80 | gm |
| | | **TOY 3** | | | |
| 416140028 | | Fluorite | $7,500.00 | 445.4 | gm |
| 416140477 | | Azurite with Malachite | $5,000.00 | 765.9 | gm |
| 718130005 | | Fluorite with Calcite | $12,000.00 | 2,170.00 | gm |
| 201150005 | | Fluorite | $8,500.00 | 740.7 | gm |
| 416140027 | | Fluorite with Calcite | $8,000.00 | 522.5 | gm |
| 416140001 | | Fluorite | $4,500.00 | 427.9 | gm |
| 416140004 | | Fluorite with Boulangerite Inclusions | $8,000.00 | 483.9 | gm |
| 1221160067 | | Apophyllite | $50.00 | 592.8 | gm |
| | | **TOY 4** | | | |
| 605140390 | | Calcite | $15,000.00 | 726 | gm |
| 416140009 | | Fluorite | $10,000.00 | 1,215.00 | gm |
| 530140150 | | Stilbite - White | $280.00 | 268.14 | gm |
| 416140902 | | Fluorite | $10,000.00 | 890.5 | gm |
| 416140468 | | Vanadinite (Var. Endlichite) | $5,000.00 | 638 | gm |
| 520140115 | | Halite and Gypsum | $2,000.00 | 368.1 | gm |
| 416140077 | | Tourmaline (var. Elbaite) | $10,000.00 | 649.6 | gm |
| | | **CASE 1  S1** | | | |
| 520140112 | | Quartz with Chlorite Inclusions | $1,750.00 | 133.3 | gm |
| 903140044 | | Tourmaline | $1,500.00 | 54.5 | gm |
| 416140915 | | Willemite | $7,500.00 | 207 | gm |
| 520140037 | | Brazilianite on Albite | $5,000.00 | 285 | gm |
| 1221160101 | | Heulandite | $20.00 | 448.6 | gm |
| 416140271 | | Crocoite | $1,000.00 | 340 | gm |
| 520140091 | | Pyrite | $1,500.00 | 1,120.00 | gm |
| 416140762 | | Tourmaline | $2,500.00 | 18.6 | gm |
| 520140080 | | Quartz on Agate | $2,000.00 | 385.6 | gm |
| 416140119 | | Tourmaline (var. Elbaite) | $750.00 | 10.8 | gm |
| 416140214 | | Specularite on Quartz | $1,000.00 | 123.7 | gm |
| 718130026 | | Fluorite with Chalcopyrite, Sphalerite and Baryte | $1,000.00 | 137 | gm |
| 602140024 | | Garnet with Epidote | $1,200.00 | 204.8 | gm |
| 520140058 | | Topaz | $7,000.00 | 353 | gm |
| 1026170006 | | Quartz (Var. Herkimer Diamond) | $40.00 | 57.6 | gm |

| | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 4 | SKU | SOLD ($); ADDED (+); REMOVED (*) | **GALLERY INVENTORY (11/20/2019)** | RETAIL $ | WEIGHT | UNITS |
| 51 | 520140043 | | Azurite and Malachite | $1,250.00 | 133 | gm |
| 52 | | | CASE 1 S 2 | | | |
| 53 | 416140031 | | Fluorite | $3,500.00 | 656.7 | gm |
| 54 | 1221160212 | | Apophyllite | $30.00 | 188.8 | gm |
| 55 | 520140105 | | Fluorapophyllite | $700.00 | 20.8 | gm |
| 56 | 416140740 | | Cavansite with Stilbite | $500.00 | 73 | gm |
| 57 | 711130001 | | Aragonite | $900.00 | 276.9 | gm |
| 58 | 416140017 | | Fluorite | $475.00 | 189 | gm |
| 59 | 605140036 | | Tanzanite | $4,200.00 | 46 | gm |
| 60 | 117140001 | | Grossular Garnet | $5,500.00 | 180 | gm |
| 61 | 320140013 | | Calcite on Fluorite | $3,000.00 | 162.5 | gm |
| 62 | 605140010 | | Uvite on Magnesite | $750.00 | 159.5 | gm |
| 63 | 416140906 | | Sphalerite on Quartz | $450.00 | 161.9 | gm |
| 64 | | | CASE 1 S 3 | | | |
| 65 | 416140233 | | Copper and Silver Slab | $500.00 | 248.2 | gm |
| 66 | 718130062 | | Calcite | $1,750.00 | 863 | gm |
| 67 | 416140317 | | Wulfenite | $1,500.00 | 115 | gm |
| 68 | 520140044 | | Amethyst | $550.00 | 246.5 | gm |
| 69 | 628170007 | | Arsenopyrite | $60.00 | 73.7 | gm |
| 70 | 520140036 | | Quartz | $1,200.00 | 57.3 | gm |
| 71 | 520140050 | | Faden Quartz | $600.00 | 18 | gm |
| 72 | 416140194 | | Baryte | $500.00 | 214.2 | gm |
| 73 | 416140461 | | Aurichalcite | $450.00 | 46 | gm |
| 74 | 530140087 | | Green Stilbite on Tourmaline with cleavelandite and Lepidolite | $350.00 | 51.76 | gm |
| 75 | 1210140068 | | Spessartine | $1,000.00 | 491.7 | gm |
| 76 | 416140458 | | Rhodochrosite | $600.00 | 195.2 | gm |
| 77 | 416140334 | | Sulphur | $2,250.00 | 99 | gm |
| 78 | | | CASE 1 S 4 | | | |
| 79 | 320140001 | | Fluorite | $25,000.00 | 5.6 | Lbs. |
| 80 | 416140744 | | Cavansite with Stilbite | $6,500.00 | 7.2 | Lbs |
| 81 | 1221160127 | | Apophyllite/Stilbite | $80.00 | 638 | gm |
| 82 | 605140666 | | Galena | $650.00 | 449 | gm |
| 83 | 1221160205 | | Apophyllite/Stilbite | $50.00 | 581.9 | gm |
| 84 | | | CASE 2 S 1 | | | |
| 85 | 520140100 | | Fluorite | $3,500.00 | 729 | gm |
| 86 | 520140021 | | Fluorite | $3,000.00 | 957 | gm |
| 87 | 416140907 | | Fluorite | $5,000.00 | 683 | gm |
| 88 | 416140809 | | Strawberry Quartz with Epidote | $7,500.00 | 562 | gm |
| 89 | 520140085 | | Fluorite on Calcite | $7,500.00 | 1,516.00 | gm |
| 90 | | | CASE 2 S 2 | | | |
| 91 | 1026170012 | | Quartz (Var. Herkimer Diamond) | $50.00 | 110.3 | gm |
| 92 | 1221160060 | | Apophyllite | $45.00 | 650.2 | gm |
| 93 | 605140336 | | Fluorite | $500.00 | 138.1 | gm |
| 94 | 130140006 | | Imperial Topaz | $8,500.00 | 33 | gm |
| 95 | 201150008 | | Fluorite | $10,500.00 | 1,323.50 | gm |
| 96 | 225150001 | | Barite | $15,000.00 | 2,396.00 | gm |

| | SKU | SOLD ($); ADDED (+); REMOVED (*) | GALLERY INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
|---|---|---|---|---|---|---|
| 97 | 715130001 | | Benitoite and Neptunite | $17,500.00 | 892 | gm |
| 98 | 416140811 | | Sphene | $12,000.00 | 381 | gm |
| 99 | 718130033 | | Fluorite with Chalcopyrite, Sphalerite and Barite | $700.00 | 159 | gm |
| 100 | 408150153 | | Danburite | $1,250.00 | 9.3 | gm |
| 101 | 416140472 | | Vanadinite on Baryte | $2,000.00 | 122 | gm |
| 102 | 1221160198 | | Apophyllite/Stilbite | $75.00 | 498 | gm |
| 103 | 610140004 | | Tourmaline | $10,000.00 | 100.6 | gm |
| 104 | 416140293 | | Mimetite | $250.00 | 39.3 | gm |
| 105 | | | CASE 2 S 3 | | | |
| 106 | 530140158 | | Stilbite and Stalactitic Quartz | $160.00 | 251.4 | gm |
| 107 | 718130024 | | Fluorite with Sphalerite | $2,500.00 | 282 | gm |
| 108 | 520140023 | | Calcite | $2,500.00 | 1,069.00 | gm |
| 109 | 605140333 | | Cobaltocalcite | $2,500.00 | 234.6 | gm |
| 110 | 605140405 | | Chrysocolla with Malachite and Quartz | $3,000.00 | 434.5 | gm |
| 111 | 416140025 | | Fluorite with Siderite | $3,500.00 | 135.3 | gm |
| 112 | 416140209 | | Galena with Calcite and Chalcopyrite | $3,500.00 | 541 | gm |
| 113 | 1221160199 | | Apophyllite/Stilbite | $45.00 | 238.5 | gm |
| 114 | 416140253 | | Sphalerite | $2,000.00 | 522.1 | gm |
| 115 | 320140003 | | Chalcopyrite on Fluorite | $5,000.00 | 425.8 | gm |
| 116 | 416140219 | | Covellite with Pyrite | $1,000.00 | 500.8 | gm |
| 117 | 1210140013 | | Aquamarine | $300.00 | 29.8 | gm |
| 118 | | | CASE 2 S 4 | | | |
| 119 | 605140395 | | Vesuvianite | $2,500.00 | 524.2 | gm |
| 120 | 520140068a | | Cerussite | $3,500.00 | 392.5 | gm |
| 121 | 520140018 | | Calcite | $2,500.00 | 900 | gm |
| 122 | 605140340 | | Fluorite | $1,000.00 | 230 | gm |
| 123 | 320140014 | | Chalcopyrite on Fluorite | $5,700.00 | 387.8 | gm |
| 124 | 520140102 | | Rhodochrosite | $2,500.00 | 197.9 | gm |
| 125 | 416140332 | | Celestite with Sulphur | $2,000.00 | 189 | gm |
| 126 | 520140096 | | Amethyst | $12,000.00 | 233.7 | gm |
| 127 | 416140176 | | Babingtonite and Quartz on Prehnite | $1,700.00 | 79 | gm |
| 128 | | | CASE 2 S 5 | | | |
| 129 | 416140121 | | Aquamarine with Schorl | $7,000.00 | 1,773.00 | gm |
| 130 | 605140406 | | with Malachite and Quartz | $1,250.00 | 417 | gm |
| 131 | 1221160133 | | Apophyllite/Stilbite | $100.00 | 574 | gm |
| 132 | 1221160163 | | Apophyllite/Stilbite | $140.00 | 358.7 | gm |
| 133 | 1221160179 | | Stilbite | $40.00 | 560.8 | gm |
| 134 | 530140274 | | Stilbite - Tan | $400.00 | >400 | gm |
| 135 | | | CASE 3 S 1 | | | |
| 136 | 520140027 | | Adamite | $6,750.00 | 207.8 | gm |
| 137 | 416140243 | | Epidote with Quartz | $2,500.00 | 428.9 | gm |
| 138 | 520140042 | | Fluorite and Celestine | $2,800.00 | 506.9 | gm |
| 139 | 520140070 | | Dioptase | $20,000.00 | 258.4 | gm |
| 140 | 416140078 | | Tourmaline (var. Elbaite) with Lepidolite | $2,500.00 | 218.5 | gm |
| 141 | 416140838 | | Fluorite with Aquamarine and Schorl Tourmaline | $3,500.00 | 206 | gm |
| 142 | | | CASE 3 S 2 | | | |

| SKU | SOLD ($); ADDED (+); REMOVED (*) | GALLERY INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
|---|---|---|---|---|---|
| 416140445 | | Grossular Garnet | $1,000.00 | 1,239.00 | gm |
| 520140057 | | Tourmaline | $7,500.00 | 16.3 withmr | gm |
| 112150015 | | Morganite | $6,400.00 | 438.3 | gm |
| 416140834 | | Topaz and Smoky Quartz with Amazonite | $15,000.00 | 738 | gm |
| 520140016 | | Calcite | $2,250.00 | 661 | gm |
| 416140252 | | Kinoite | $1,500.00 | 856.8 | gm |
| 416140812 | | Fluorite | $5,750.00 | 367 | gm |
| 408150061 | | Topaz | $5,000.00 | 61.9 | gm |
| 1026170018 | | Quartz (Var. Herkimer Diamond) | $60.00 | 180.9 | gm |
| | | CASE 3  S 3 | | | |
| 416140020 | | Fluorite with Sphalerite and Chalcopyrite | $3,500.00 | 271.2 | gm |
| 416140846 | | Spessartine | $4,500.00 | 355 | gm |
| 1129130001 | | Tourmaline in Quartz | $7,500.00 | 426 | gm |
| 605140404 | | Quartz with Malachite | $700.00 | 1,911.00 | gm |
| 416140322 | | Wulfenite (Bipyramidal Habit) | $1,500.00 | 232 | gm |
| 416140024 | | Fluorite with Rhodochrosite and Quartz | $2,000.00 | 118.4 | gm |
| 416140273 | | Scheelite | $2,500.00 | 338 | gm |
| 520140032 | | Amethyst | $1,500.00 | 1,469.00 | gm |
| 1221160186 | | Apophyllite/Stilbite | $40.00 | 374.1 | gm |
| 416140333 | | Sulphur with Calcite | $1,500.00 | 347 | gm |
| | | CASE 3  S 4 | | | |
| 416140019 | | Fluorite with Sphalerite, Calcite and Galena | $3,500.00 | 559.9 | gm |
| 520140107 | | Fluorite | $3,500.00 | 438.6 | gm |
| 416140172 | | Calcite | $10,000.00 | 480.1 | gm |
| 520140024 | | Sphalerite | $7,500.00 | 734 | gm |
| 1221160131 | | Apophyllite/Stilbite | $50.00 | 567.8 | gm |
| 520140097 | | Amethyst | $5,000.00 | 236.4 | gm |
| | | CASE 3  S 5 | | | |
| 1221160093 | | Apophyllite/Stilbite | $35.00 | 453.2 | gm |
| 416140843 | | Wulfenite | $7,500.00 | 331 | gm |
| 520140020 | | Fluorite | $10,000.00 | 2366.5 | gm |
| 718130004 | | Fluorite and Chalcopyrite | $25,000.00 | 2,195.00 | gm |
| | | CASE 4  S 1 | | | |
| 416140807 | | Sphalerite with Pyrite | $7,500.00 | 765 | gm |
| 416140793 | | Mimetite | $8,500.00 | 249 | gm |
| 201150004 | | Fluorite | $25,000.00 | 484.6 | gm |
| 116140003 | | Tourmaline (var. Elbaite) with Morganite and Kunzite | $7,500.00 | 1,040.00 | gm |
| 112150005 | | Aquamarine with Schorl Inclusions | $15,000.00 | 127.3 | gm |
| | | CASE 4  S 2 | | | |
| 416140866 | | Fluorite | $25,000.00 | 1,125.00 | gm |
| 226150028 | | Tourmaline (var. Elbaite) | $25,000.00 | 23.4 | gm |
| 416140847 | | Quartz Japan-law Twin | $10,000.00 | 564.4 | gm |
| 117140008 | | Morganite on Quartz | $15,000.00 | 14.8 | Lbs. |
| 117140004 | | Manganoan Vesuvianite | $25,000.00 | 450 | gm |
| 416140908 | | Calcite on Stibnite | $18,000.00 | 140.2 | gm |
| 416140475 | | Azurite | $7,500.00 | 298 | gm |

| | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 | | | EXHIBIT A | | | |
| 4 | SKU | SOLD ($); ADDED (+); REMOVED (*) | **GALLERY INVENTORY (11/20/2019)** | RETAIL $ | WEIGHT | UNITS |
| 189 | | | CASE 4 S 3 | | | |
| 190 | 218140005 | | Tourmaline (var. Elbaite) on Smoky Quartz | $25,000.00 | 613.5 | gm |
| 191 | 416140202 | | Hematite | $4,500.00 | 406.2 | gm |
| 192 | 416140844 | | Epidote | $10,000.00 | 281 | gm |
| 193 | 520140083 | | Prehnite Pseudomorph after Laumontite | $3,500.00 | 964.1 | gm |
| 194 | 304140002 | | Morganite on Matrix | $20,000.00 | 24.2 | Lbs. |
| 195 | 416140890 | | Calcite on Fluorite | $25,000.00 | 2560.3 | gm |
| 196 | | | CASE 4 S 4 | | | |
| 197 | 416140329 | | Willemite | $15,000.00 | 1,869.00 | gm |
| 198 | 416140007 | | Fluorite | $7,000.00 | 1,469.00 | gm |
| 199 | 605140408 | | Selenite | $5,000.00 | 1,288.00 | gm |
| 200 | 416140021 | | Fluorite on Quartz | $6,500.00 | 935.1 | gm |
| 201 | | | CASE 5 S 1 | | | |
| 202 | 416140469 | | Vanadinite | $1,500.00 | 74.3 | gm |
| 203 | 605140152 | | Tourmaline (var. Elbaite) | $60.00 | 2.6 | gm |
| 204 | 605140323 | | Topaz | $50.00 | 3.39 | gm |
| 205 | 605140584 | | Topaz | $80.00 | 3.3 | gm |
| 206 | 605140326 | | Topaz | $50.00 | 3.82 | gm |
| 207 | 416140135 | | Heliodor | $50.00 | 1.6 | gm |
| 208 | 416140474 | | Wulfenite on Fluorite | $1,750.00 | 39 | gm |
| 209 | 605140684 | | Cuprian Adamite | $350.00 | 48.1 | gm |
| 210 | 605140367 | | Datolite with Quartz | $1,500.00 | 73.5 | gm |
| 211 | 1221160195 | | Apophyllite/Stilbite | $45.00 | 775 | gm |
| 212 | 718130030 | | Sphalerite on Fluorite | $1,000.00 | 108 | gm |
| 213 | 408150125 | | Spessartine | $100.00 | 60.5 | gm |
| 214 | 530140057 | | Stilbite - Brown | $60.00 | 50.8 | gm |
| 215 | 1221160216 | | Apophyllite | $25.00 | 202.5 | gm |
| 216 | 903140074 | | Aquamarine with Star Mica | $3,200.00 | 184.3 | gm |
| 217 | 214150013 | | Heliodor | $1,500.00 | 26 | gm |
| 218 | 1210140030 | | Aquamarine | $750.00 | 8.7 | gm |
| 219 | 605140664 | | Galena | $650.00 | 308.5 | gm |
| 220 | 604140194 | | Apophyllite | $20.00 | 39.8 | gm |
| 221 | 605140546 | | Quartz with Tourmaline (var. Elbaite) | $500.00 | 65.1 | gm |
| 222 | 520140060 | | Aquamarine | $3,000.00 | 6 witho mn | gm |
| 223 | 605140311 | | Topaz | $70.00 | 5.25 | gm |
| 224 | 1026170035 | | Quartz (Var. Herkimer Diamond) | $20.00 | 36.2 | gm |
| 225 | | | CASE 5 S 2 | | | |
| 226 | 416140308 | | Cobaltan Calcite and Malachite | $750.00 | 162 | gm |
| 227 | 416140339 | | Vesuvianite | $2,700.00 | 39.7 | gm |
| 228 | 605140150 | | Tourmaline (var. Elbaite) | $250.00 | 0.9 | gm |
| 229 | 605140324 | | Topaz | $60.00 | 5.63 | gm |
| 230 | 605140320 | | Topaz | $60.00 | 3.1 | gm |
| 231 | 605140673 | | Cuprian Adamite | $150.00 | 70.7 | gm |
| 232 | 604140018 | | Green Apophyllite and Stilbite | $30.00 | 67.1 | gm |
| 233 | 605140581 | | Topaz | $100.00 | 13.6 | gm |
| 234 | 628170009 | | Sphalerite over Fluorite and Calcite | $175.00 | 245.1 | gm |

| Row | SKU | Sold/Added/Removed | Item | Retail $ | Weight | Units |
|---|---|---|---|---|---|---|
| 235 | 718130038 | | Fluorite | $220.00 | 62 | gm |
| 236 | 903140018 | | Aquamarine | $35.00 | 3.12 | gm |
| 237 | 1221160108 | | Apophyllite/Stilbite | $90.00 | 435 | gm |
| 238 | 416140090 | | Tourmaline (var. Elbaite) | $200.00 | 71.7 | gm |
| 239 | 416140092 | | Tourmaline (var. Elbaite) | $1,500.00 | 26.5 | gm |
| 240 | 1210140025 | | Aquamarine | $2,500.00 | 22.3 | gm |
| 241 | 1221160098 | | Apophyllite/Stilbite | $50.00 | 442 | gm |
| 242 | 416140466 | | Apatite | $300.00 | 9.6 | gm |
| 243 | 1210140021 | | Aquamarine | $900.00 | 23 | gm |
| 244 | 416140768 | | Tourmaline | $3,000.00 | 34.7 | gm |
| 245 | 628170010 | | Smoky Quartz with Stillbite | $175.00 | 56 | gm |
| 246 | 718130022 | | Chalcopyrite on Sphalerite | $800.00 | 100 | gm |
| 247 | | | CASE 5   S 3 | | | |
| 248 | 718130066 | | Rhodochrosite | $400.00 | 295 | gm |
| 249 | 605140685 | | Cuprian Adamite | $850.00 | 90.2 | gm |
| 250 | 718130056 | | Fluorite | $250.00 | 151 | gm |
| 251 | 602140019 | | Garnet with Epidote | $750.00 | 45.8 | gm |
| 252 | 520140035 | | Galena with Quartz and Pyrite | $600.00 | 119 | gm |
| 253 | 604140201 | | Apophyllite and Stilbite | $15.00 | 41.8 | gm |
| 254 | 1221160196 | | Heulandite | $20.00 | 333 | gm |
| 255 | 520140055 | | Aquamarine with Muscovite | $10,000.00 | 141.5 | gm |
| 256 | 530140144 | | Stilbite - Cream | $350.00 | >400 | gm |
| 257 | 530140217 | | Yellow Stilbite with Pink Chabazite | $250.00 | 328.6 | gm |
| 258 | 530140076 | | Stilbite - Orange and Chabazite | $250.00 | 65.4 | gm |
| 259 | 605140417 | | Quartz | $45.00 | 26.7 | gm |
| 260 | 903140011 | | Aquamarine | $50.00 | 7.23 | gm |
| 261 | 605140554 | | Smoky Quartz with Amazonite | $85.00 | 6.8 | gm |
| 262 | 530140145 | | Stilbite - Cream | $800.00 | >400 | gm |
| 263 | 1210140031 | | Aquamarine | $1,200.00 | 48 | gm |
| 264 | 605140670 | | Cuprian Adamite | $150.00 | 86.7 | gm |
| 265 | 605140307 | | Topaz | $90.00 | 6.46 | gm |
| 266 | 1221160213 | | Heulandite | $25.00 | 263.5 | gm |
| 267 | | | CASE 5  S 4 | | | |
| 268 | 530140102 | | Stilbite - Brown | $25.00 | 22.22 | gm |
| 269 | 128140001 | | Afghanite | $750.00 | 53.2 | gm |
| 270 | 416140177 | | Prehnite | $1,600.00 | 77.5 | gm |
| 271 | 416140005 | | Fluorite | $750.00 | 122.9 | gm |
| 272 | 605140407 | | Chrysocolla with Malachite and Quartz | $1,250.00 | 320.5 | gm |
| 273 | 1221160052 | | Apophyllite | $25.00 | 189.2 | gm |
| 274 | 605140335 | | Fluorite | $500.00 | 163.3 | gm |
| 275 | 605140465b | | Quartz with Clay Inclusions | $200.00 | 29.6 | gm |
| 276 | 903140019 | | Aquamarine | $50.00 | 4.49 | gm |
| 277 | 530140151 | | Tan Stilbite with Pyrite | $100.00 | 321.93 | gm |
| 278 | 530140048 | | Stilbite - White | $425.00 | 332.2 | gm |
| 279 | 604140224 | | Apophyllite | $45.00 | 219.8 | gm |
| 280 | 605140457 | | Citrine in Feldspar | $300.00 | 29.5 | gm |

| SKU | SOLD ($); ADDED (+); REMOVED (*) | GALLERY INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
|---|---|---|---|---|---|
| 1221160214 | | Stilbite | $35.00 | 85.4 | gm |
| 520140078 | | Apophyllite | $1,000.00 | 174.2 | gm |
| 801140001 | | Quartz (Var. Herkimer Diamond) | $150.00 | 56.3 | gm |
| 1221160167 | | Apophyllite/Stilbite | $40.00 | 248 | gm |
| 1221160015 | | Heulandite | $20.00 | 328.9 | gm |
| 530140098 | | Peach Stilbite on Stalactite Quartz | $100.00 | 34.31 | gm |
| 1221160174 | | Apophyllite | $30.00 | 242.1 | gm |
| | | **WHITE CABINET BOXES** | | | |
| | | **S1 BOX 1** | | | |
| 718130054 | | Fluorite with Sphalerite and Chalcopyrite | $200.00 | 109 | gm |
| 520140066 | | Erythrite | $1,800.00 | 87.9 | gm |
| 605140465a | | Quartz with Clay Inclusions | $65.00 | 47.7 | gm |
| 628170005 | | Vivianite | $400.00 | 49.6 | gm |
| | | **S1 BOX 2** | | | |
| 604140083 | | Stilbite - Pink | $20.00 | 35.7 | gm |
| 530140135 | | Stilbite - Orange | $40.00 | 80.17 | gm |
| 903140009 | | Aquamarine | $150.00 | 5.69 | gm |
| 605140008 | | Topaz | $110.00 | 4.9 | gm |
| 1221160184 | | Apophyllite/Stilbite | $35.00 | 394.8 | gm |
| | | **S1 BOX 3** | | | |
| 605140439 | | Polished Quartz | $50.00 | 29.7 | gm |
| 416140465 | | Apatite | $120.00 | 5.8 | gm |
| 605140017 | | Fluorite | $120.00 | 23.9 | gm |
| 1210140044 | | Aquamarine | $60.00 | 18.8 | gm |
| 604140003 | | Apophyllite | $20.00 | 110.1 | gm |
| | | **S1 BOX 4** | | | |
| 718130070 | | Rhodochrosite | $50.00 | 24 | gm |
| 416140318 | | Wulfenite | $50.00 | 10.3 | gm |
| 605140681 | | Cuprian Adamite | $150.00 | 62.3 | gm |
| 605140473 | | Amethyst | $75.00 | 24.4 | gm |
| 1026170056 | | Quartz (Var. Herkimer Diamond) | $15.00 | 49.8 | gm |
| 1210140036 | | Aquamarine | $200.00 | 13.4 | gm |
| 530140152 | | Tan Stilbite with Pyrite | $150.00 | 138.84 | gm |
| | | **S1 BOX 5** | | | |
| 1210140049 | | Aquamarine | $400.00 | 26.5 | gm |
| 718131104 | | Opal | $200.00 | 292.4 | cts |
| 530140265 | | White Stilbite and Chabazite | $1,200.00 | >400 | gm |
| 530140208 | | Brown Stilbite on Amethyst | $600.00 | 214.4 | gm |
| | | **S2 BOX 1** | | | |
| 530140095 | | Grey Stilbite with Galena | $200.00 | 64.58 | gm |
| 530140232 | | Stilbite with Mixed Minerals | $60.00 | >400 | gm |
| 1026170004 | | Quartz (Var. Herkimer Diamond) | $50.00 | 42.4 | gm |
| 1210140046 | | Aquamarine | $75.00 | 7 | gm |
| 604140121 | | Apophyllite | $20.00 | 93 | gm |
| | | **S2 BOX 2** | | | |
| 605140378 | | Fluorite | $150.00 | 48.5 | gm |

| | SKU | SOLD ($); ADDED (+); REMOVED (*) | GALLERY INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
|---|---|---|---|---|---|---|
| | | | EXHIBIT A | | | |
| 327 | 718130069 | | Rhodochrosite | $120.00 | 55 | gm |
| 328 | 604140002 | | Apophyllite on Stalactitic Quartz | $25.00 | 109.4 | gm |
| 329 | 604140197 | | Apophyllite | $20.00 | 70 | gm |
| 330 | 530140141 | | Yellow Stilbite on Hornblende | $250.00 | 361 | gm |
| 331 | 416140794 | | Olmiite | $750.00 | 80 | gm |
| 332 | | | S2 BOX 3 | | | |
| 333 | 604140091 | | Heulandite - Pink | $18.00 | 62.5 | gm |
| 334 | 530140085 | | Stilbite - Orange and Chabazite | $60.00 | 138.05 | gm |
| 335 | 604140191 | | Apophyllite | $10.00 | 34.6 | gm |
| 336 | 530140140 | | Orange Stilbite on Hornblende | $450.00 | 382.96 | gm |
| 337 | 416140471 | | Vanadinite | $200.00 | 101 | gm |
| 338 | 530140069 | | Stilbite - White | $30.00 | 133.8 | gm |
| 339 | | | S2 BOX 4 | | | |
| 340 | 530140234 | | Yellow Stilbite on Laumontite | $800.00 | 183.8 | gm |
| 341 | 718130047 | | Calcite on Fluorite | $100.00 | 24 | gm |
| 342 | 416140282 | | Scapolite (var. Marialite) | $60.00 | 7.9 | gm |
| 343 | 416140157 | | Aquamarine | $650.00 | 74.3 | gm |
| 344 | 605140366 | | Fluorapatite and Quartz | $1,000.00 | 141.3 | gm |
| 345 | | | S 2 BOX 5 | | | |
| 346 | 605140545 | | Fuschite Quartz | $150.00 | 46.7 | gm |
| 347 | 416140071 | | Tourmaline (var. Elbaite) | $100.00 | 40.38 | gm |
| 348 | 530140257 | | Stilbite - White | $150.00 | >400 | gm |
| 349 | 903140023 | | Aquamarine | $100.00 | 4.21 | gm |
| 350 | 605140658 | | Galena | $600.00 | 295.9 | gm |
| 351 | | | S 3 BOX 1 | | | |
| 352 | 628170008 | | Quartz with Chlorite Inclusions | $100.00 | 17.7 | gm |
| 353 | 605140377 | | Fluorite | $125.00 | 71.1 | gm |
| 354 | 604140183 | | Apophyllite and Stilbite | $30.00 | 208.2 | gm |
| 355 | 605140557 | | Amethyst | $100.00 | 17.7 | gm |
| 356 | | | S 3 BOX 2 | | | |
| 357 | 1026170014 | | Quartz (Var. Herkimer Diamond) | $45.00 | 52.3 | gm |
| 358 | 416140709 | | Cavansite with Stilbite | $350.00 | 240.2 | gm |
| 359 | 605140656 | | Galena | $600.00 | 364 | gm |
| 360 | 416140755 | | Schorl on Microcline | $150.00 | 79.2 | gm |
| 361 | 605140566 | | Quartz and Chlorite | $200.00 | 99.3 | gm |
| 362 | | | S 3 BOX 3 | | | |
| 363 | 1210140051 | | Aquamarine | $250.00 | 6.1 | gm |
| 364 | 604140050 | | Apophyllite | $20.00 | 342.6 | gm |
| 365 | 604140150 | | Apophyllite | $25.00 | 210.2 | gm |
| 366 | 604140070 | | Apophyllite and Stilbite | $20.00 | 78.6 | gm |
| 367 | 530140024 | | Stilbite - Orange | $75.00 | 42.8 | gm |
| 368 | | | S 3 BOX 4 | | | |
| 369 | 530140203 | | Stellerite and Natrolite on Prehnite and Magnetite | $200.00 | >400 | gm |
| 370 | 605140056 | | Topaz | $400.00 | 46 | gm |
| 371 | 605140376 | | Fluorite | $100.00 | 55.1 | gm |
| 372 | 530140168 | | Yellow Stilbite with Smoky Quartz | $45.00 | 400.6 | gm |

| | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 4 | SKU | SOLD ($); ADDED (+); REMOVED (*) | **GALLERY INVENTORY (11/20/2019)** | **RETAIL $** | **WEIGHT** | **UNITS** |
| 373 | 530140055 | | Stilbite - Brown | $45.00 | 36.2 | gm |
| 374 | | | S 3 BOX 5 | | | |
| 375 | 604140132 | | Apophyllite, Stilbite, and Calcite | $20.00 | 72.3 | gm |
| 376 | 605140560 | | Smoky Quartz | $30.00 | 4.8 | gm |
| 377 | 530140162 | | Goosecreekite | $400.00 | >400 | gm |
| 378 | 530140056 | | Stilbite - Brown | $60.00 | 61.7 | gm |
| 379 | 416140286 | | Spodumene | $250.00 | 76.4 | gm |
| 380 | | | S 4 BOX 1 | | | |
| 381 | 530140260 | | Stilbite - White | $150.00 | >400 | gm |
| 382 | 416140012 | | Fluorite | $750.00 | 33.1 | gm |
| 383 | 530140236 | | Stilbite - White | $40.00 | 200 | gm |
| 384 | | | S 4 BOX 2 | | | |
| 385 | 530140270 | | Red Stilbite with Calcite | $300.00 | >400 | gm |
| 386 | 604140154 | | Apophyllite | $30.00 | 216.4 | gm |
| 387 | 530140062 | | Stilbite with Pyrite | $40.00 | 32.4 | gm |
| 388 | | | S 4 BOX 3 | | | |
| 389 | 530140268 | | Stilbite - White | $250.00 | >400 | gm |
| 390 | 1221160103 | | Calcite | $20.00 | 772 | gm |
| 391 | | | S 4 BOX 4 | | | |
| 392 | 530140061 | | Stilbite, Molybdenite, Chlorite, and Quartz | $30.00 | 64.8 | gm |
| 393 | 416140706 | | Cavansite with Stilbite | $250.00 | 125.1 | gm |
| 394 | 1221160005 | | Apophyllite/Stilbite | $30.00 | 257.3 | gm |
| 395 | | | S 4 BOX 5 | | | |
| 396 | 530140166 | | Stilbite - Brown | $300.00 | >400 | gm |
| 397 | 1221160112 | | Apophyllite | $35.00 | 391.5 | gm |
| 398 | 530140020 | | Stilbite - White | $150.00 | 34 | gm |
| 399 | | | | | | |
| 400 | | | TABLE / DESK | | | |
| 401 | 605140469 | | Smoky Quartz | $75.00 | 128.5 | gm |
| 402 | 718130067 | | Rhodochrosite | $100.00 | 50 | gm |
| 403 | 605140304 | | Topaz | $40.00 | 5.45 | gm |
| 404 | 605140316 | | Topaz | $60.00 | 0.28 | gm |
| 405 | 605140582 | | Topaz | $80.00 | 3.5 | gm |
| 406 | 605140328 | | Topaz | $40.00 | 3.89 | gm |
| 407 | 604140220 | | Pink Heulandite | $20.00 | 154.6 | gm |
| 408 | 604140035 | | Heulandite - Pink | $30.00 | 137.4 | gm |
| 409 | 1210140045 | | Aquamarine | $320.00 | 16.5 | gm |
| 410 | 1210140040 | | Aquamarine | $65.00 | 5.4 | gm |
| 411 | 1210140051 | | Aquamarine | $250.00 | 6.1 | gm |
| 412 | 1210140052 | | Aquamarine | $120.00 | 3.8 | gm |
| 413 | 408150068 | | Topaz with Herderite Inclusion | $1,200.00 | 59.8 | gm |
| 414 | 618180031 | | Danburite | $50.00 | 22.6 | gm |
| 415 | 1210140041 | | Aquamarine | $100.00 | 6.5 | gm |
| 416 | 605140379 | | Fluorite | $75.00 | 19.2 | gm |
| 417 | 604140080 | | Apophyllite, Stilbite, and Calcite | $35.00 | 55.8 | gm |
| 418 | 605140682 | | Cuprian Adamite | $150.00 | 30.4 | gm |

| | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 | | | EXHIBIT A | | | |
| 4 | SKU | SOLD ($); ADDED (+); REMOVED (*) | **GALLERY INVENTORY (11/20/2019)** | **RETAIL $** | WEIGHT | UNITS |
| 419 | 530140090 | | Stilbite - Yellow | $45.00 | 49.98 | gm |
| 420 | 1210140050 | | Aquamarine | $125.00 | 11.5 | gm |
| 421 | 416140284 | | Spodumene | $65.00 | 82 | gm |
| 422 | 515180082 | | Stilbite with Pryite | $25.00 | | gm |
| 423 | 1210140048 | | Aquamarine | $75.00 | 9 | gm |
| 424 | 530140059 | | Stilbite - Brown | $20.00 | 9.2 | gm |
| 425 | 1210140039 | | Aquamarine | $75.00 | 5.9 | gm |
| 426 | 515180083 | | Stilbite with Pryite | $25.00 | | gm |
| 427 | 604140086 | | Prehnite Cast | $50.00 | 21.5 | gm |
| 428 | 605140325 | | Topaz | $50.00 | 6.33 | gm |
| 429 | 530140110 | | Pink Apophyllite and White Stilbite | $45.00 | 125.7 | gm |
| 430 | 605140680 | | Cuprian Adamite | $150.00 | 65.7 | gm |
| 431 | 605140384 | | Fluorite | $100.00 | 30.9 | gm |
| 432 | 416140304 | | Tanzanite | $150.00 | 12.7 | gm |
| 433 | 605140504 | | Quartz with Petroleum Inclusion | $70.00 | 13.5 | gm |
| 434 | 718130041 | | Baryte on Fluorite | $60.00 | 31.6 | gm |
| 435 | 604140152 | | Apophyllite | $35.00 | 126.1 | gm |
| 436 | 1221160171 | | Stilbite | $20.00 | 108.6 | gm |
| 437 | 604140068 | | Apophyllite | $25.00 | 49.6 | gm |
| 438 | 604140121 | | Apophyllite | $40.00 | 93 | gm |
| 439 | 604140072 | | Apophyllite | $25.00 | 53 | gm |
| 440 | 515180078 | | Cavansite | $50.00 | 0.5 | gm |
| 441 | 515180069 | | Cavansite | $120.00 | 3.1 | gm |
| 442 | 515180075 | | Cavansite | $175.00 | 3.2 | gm |
| 443 | 515180074 | | Cavansite | $160.00 | 6.1 | gm |
| 444 | 515180072 | | Cavansite with Calcite | $100.00 | 2.6 | gm |
| 445 | 605140181 | | Tourmaline (var. Elbaite) and Quartz | $50.00 | 5.3 | gm |
| 446 | 530140122 | | Stilbite - Yellow | $125.00 | 181.55 | gm |
| 447 | 530140088 | | Smoky Quartz, Orthoclase, and Stilbite | $50.00 | 141.95 | gm |
| 448 | 604140059 | | Apophyllite | $40.00 | 132.3 | gm |
| 449 | 604140196 | | Apophyllite | $15.00 | 40 | gm |
| 450 | 605140277 | | Topaz | $80.00 | 5.17 | gm |
| 451 | 530140108 | | Stellerite - Salmon | $100.00 | 46.62 | gm |
| 452 | | | **LIGHTED DISPLAY LIDDICOATITE** | | | |
| 453 | 1020150030 | | Color Nodule Liddicoatite Slice | $3,500.00 | 69 | gm |
| 454 | 1020150037 | | Green and Pink Liddicoatite Slice | $20,000.00 | 200 | gm |
| 455 | 1020150022 | | Yellow, Black, and Green Liddicoatite Slice | $10,000.00 | 104.5 | gm |
| 456 | 1020150044 | | Green and Pink Liddicoatite Slice | $15,000.00 | 57 | gm |
| 457 | 1020150039 | | Black, Green, and Blue Liddicoatite Slice | $7,500.00 | 89 | gm |
| 458 | 215150024 | | Green triangles with Orange Blossoms | $12,500.00 | 30 | gm |

|   | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 |   |   | EXHIBIT B |   |   |   |
| 2 | SKU | SOLD ($); ADDED (+); REMOVED (*) | WEBSITE INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
| 5 | 711130001 |   | Aragonite | $ 900.00 | 276.90 | gm |
| 6 | 718130002 |   | Fluorite | $ 2,800.00 | 259.00 | gm |
| 7 | 718130004 |   | Fluorite and Chalcopyrite | $ 25,000.00 | 2,195.00 | gm |
| 8 | 718130006 |   | Fluorite with Barite | $ 4,500.00 | 621.7 | gm |
| 9 | 718130035 |   | Fluorite | $ 500.00 | 83 | gm |
| 10 | 718130038 |   | Fluorite | $ 220.00 | 62 | gm |
| 11 | 718130056 |   | Fluorite | $ 250.00 | 151 | gm |
| 12 | 718130058 |   | Fluorite | $ 1,200.00 | 79 | gm |
| 13 | 718130059 |   | Fluorite | $ 1,750.00 | 175 | gm |
| 15 | 730130002 |   | Imperial Topaz | $ 10,000.00 | 24 | gm |
| 16 | 1227130002 |   | Fluorite on Quartz | $ 24,000.00 | 106 | gm |
| 17 | 1231130012 |   | Amethyst Crystal with Enhydro Inclusions | $ 35,000.00 | 920.4 | gm |
| 19 | 1231130019 |   | Tourmaline (var. Elbaite) with Topaz | $ 55,000.00 | 139.00 | gm |
| 20 | 1231130022 |   | Tourmaline (var. Elbaite) | $ 45,000.00 | 67.00 | gm |
| 22 | 117140001 |   | Grossular Garnet | $ 5,500.00 | 180.00 | gm |
| 23 | 130140006 |   | Imperial Topaz | $ 8,500.00 | 33.00 | gm |
| 25 | 416140004 |   | Fluorite with Boulangerite Inclusions | $ 8,000.00 | 483.90 | gm |
| 26 | 416140005 |   | Fluorite | $ 750.00 | 122.90 | gm |
| 27 | 416140015 |   | Fluorite and Quartz | $ 1,250.00 | 79.80 | gm |
| 28 | 416140027 |   | Fluorite with Calcite | $ 8,000.00 | 522.50 | gm |
| 29 | 416140030 |   | Fluorite | $ 15,000.00 | 120.90 | gm |
| 30 | 416140068 |   | Tourmaline (var. Elbaite) on Quartz Plate | $ 36,000.00 | 6.20 | lbs |
| 31 | 416140080 |   | Tourmaline (var. Elbaite) | $ 4,000.00 | 41.20 | gm |
| 32 | 416140109 |   | Tourmaline (var. Elbaite) | $ 4,200.00 | 34.20 | gm |
| 33 | 416140118 |   | Tourmaline (var. Elbaite) | $ 2,500.00 | 3.20 | gm |
| 34 | 416140153 |   | Aquamarine | $ 300.00 | 17.50 | gm |
| 35 | 416140173 |   | Prehnite | $ 750.00 | 27.20 | gm |
| 36 | 416140178 |   | Prehnite | $ 1,750.00 | 43.90 | gm |
| 37 | 416140188 |   | Barite | $ 3,250.00 | 209.50 | gm |
| 38 | 416140189 |   | Barite with Dolomite | $ 2,750.00 | 195.90 | gm |
| 39 | 416140192 |   | Barite with Calcite | $ 6,000.00 | 510.50 | gm |
| 40 | 416140201 |   | Dyscrasite | $ 2,000.00 | 95.10 | gm |
| 41 | 416140207 |   | Chalcocite | $ 2,500.00 | 45.90 | gm |
| 42 | 416140208 |   | Arsenopyrite | $ 500.00 | 286.10 | gm |
| 43 | 416140214 |   | Specularite on Quartz | $ 1,000.00 | 123.70 | gm |
| 44 | 416140216 |   | Silver | $ 2,000.00 | 51.50 | gm |
| 45 | 416140224 |   | Rutile | $ 1,500.00 | 40.40 | gm |
| 46 | 416140230 |   | Cuprite with Silver | $ 1,500.00 | 100.70 | gm |
| 47 | 416140237 |   | Enargite | $ 1,500.00 | 133.80 | gm |
| 48 | 416140241 |   | Smithsonite | $ 1,500.00 | 75.70 | gm |
| 49 | 416140242 |   | Cuprian Smithsonite | $ 4,000.00 | 144.80 | gm |
| 50 | 416140246 |   | Rose Quartz | $ 350.00 | 11.00 | gm |

|   | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 |   |   | EXHIBIT B |   |   |   |
| 2 | SKU | SOLD ($); ADDED (+); REMOVED (*) | WEBSITE INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
| 51 | 416140250 |   | Amethyst | $ 1,500.00 | 46.80 | gm |
| 52 | 416140258 |   | Opal | $ 1,200.00 | 26.40 | gm |
| 53 | 416140259 |   | Boulder Opal | $ 800.00 | 52.10 | gm |
| 54 | 416140266 |   | Clinohumite | $ 1,000.00 | 37.40 | gm |
| 55 | 416140267 |   | Clinohumite | $ 750.00 | 13.20 | gm |
| 56 | 416140272 |   | Cinnabar on Barite | $ 500.00 | 59.90 | gm |
| 57 | 416140284 |   | Spodumene | $ 65.00 | 82.00 | gm |
| 58 | 416140286 |   | Kunzite | $ 250.00 | 76.40 | gm |
| 59 | 416140293 |   | Mimetite | $ 250.00 | 39.30 | gm |
| 60 | 416140294 |   | Aragonite with Pyrite | $ 2,250.00 | 86.50 | gm |
| 61 | 416140296 |   | Mimetite (var. Campylite) | $ 2,000.00 | 314.50 | gm |
| 62 | 416140297 |   | Dioptase | $ 8,000.00 | 92.70 | gm |
| 63 | 416140300 |   | Phenakite | $ 275.00 | 2.40 | gm |
| 64 | 416140302 |   | Scapolite | $ 300.00 | 4.00 | gm |
| 65 | 416140311 |   | Cerussite | $ 750.00 | 121.00 | gm |
| 66 | 416140312 |   | Fire Agate | $ 550.00 | 2.80 | gm |
| 67 | 416140442 |   | Natrolite | $ 650.00 | 6.90 | gm |
| 68 | 416140457 |   | Rhodochrosite | $ 2,500.00 | 266.00 | gm |
| 69 | 416140467 |   | Selenite | $ 1,000.00 | 200.00 | gm |
| 70 | 416140689 |   | Azurite with Malachite | $ 7,000.00 | 38.80 | gm |
| 72 | 416140768 |   | Tourmaline | $ 3,000.00 | 34.70 | gm |
| 74 | 416140793 |   | Mimetite | $ 8,500.00 | 249.00 | gm |
| 75 | 416140796 |   | Calcite with Mottramite | $ 150.00 | 21.00 | gm |
| 76 | 416140800 |   | Barite | $ 55,000.00 | 1,091.00 | gm |
| 77 | 416140811 |   | Sphene | $ 12,000.00 | 381.00 | gm |
| 78 | 416140812 |   | Fluorite | $ 5,750.00 | 367.00 | gm |
| 79 | 416140813 |   | Azurite with Malachite | $ 7,500.00 | 579.90 | gm |
| 80 | 416140814 |   | Datolite | $ 3,500.00 | 54.00 | gm |
| 81 | 416140816 |   | Mimetite with Calcite | $ 2,500.00 | 54.00 | gm |
| 82 | 416140819 |   | Ilvaite with Quartz Paramorph Beta-Quartz | $ 325.00 | 16.00 | gm |
| 83 | 416140823 |   | Aquamarine on Smoky Quartz | $ 15,500.00 | 226.70 | gm |
| 84 | 416140826 |   | Heliodor | $ 12,500.00 | 64.00 | gm |
| 85 | 416140829 |   | Cerussite on Barite with Galena | $ 12,500.00 | 617.40 | gm |
| 86 | 416140837 |   | Morganite with Schorl Tourmaline | $ 16,000.00 | 173.00 | gm |
| 87 | 416140841 |   | Calcite with Apophyllite | $ 30,000.00 | 313.00 | gm |
| 88 | 416140844 |   | Epidote | $ 10,000.00 | 281.00 | gm |
| 89 | 416140846 |   | Spessartine | $ 4,500.00 | 355.00 | gm |
| 90 | 416140877 |   | Morganite with Achroite and Black Bicolor Tourmali | $ 32,000.00 | 348.00 | gm |
| 91 | 416140894 |   | Arsenopyrite with Arsenopyrite Pseudomorph Hedenbergite | $ 14,000.00 | 535.60 | gm |
| 93 | 416140908 |   | Calcite on Stibnite | $ 18,000.00 | 140.20 | gm |
| 94 | 520140001 |   | Fluorite | $ 6,500.00 | 294.00 | gm |
| 95 | 520140002 |   | Topaz | $ 3,200.00 | 130.40 | gm |

| | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 | | | EXHIBIT B | | | |
| 2 | SKU | SOLD ($); ADDED (+); REMOVED (*) | WEBSITE INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
| 96 | 520140003 | | Aquamarine with Albite | $ 2,200.00 | 79.90 | gm |
| 97 | 520140006 | | Scolecite with Chalcedony | $ 1,800.00 | 128.00 | gm |
| 98 | 520140014 | | Tourmaline | $ 36,000.00 | 751.00 | gm |
| 99 | 520140024 | | Sphalerite | $ 7,500.00 | 734.00 | gm |
| 100 | 520140027 | | Adamite | $ 6,750.00 | 207.80 | gm |
| 101 | 520140037 | | Brazilianite on Albite | $ 5,000.00 | 285.00 | gm |
| 102 | 520140038 | | Topaz with Quartz and Albite | $ 5,000.00 | 308.20 | gm |
| 103 | 520140041 | | Epidote | $ 1,400.00 | 26.20 | gm |
| 104 | 520140042 | | Fluorite and Celestine | $ 2,800.00 | 506.90 | gm |
| 105 | 520140044 | | Amethyst | $ 550.00 | 246.50 | gm |
| 106 | 520140056 | | Tourmaline | $ 3,200.00 | 15.00 | gm |
| 107 | 520140066 | | Erythrite | $ 1,800.00 | 87.90 | gm |
| 108 | 520140069 | | Azurite | $ 2,500.00 | 58.70 | gm |
| 109 | 520140074 | | Lazurite | $ 3,750.00 | 721.30 | gm |
| 110 | 520140076 | | Berthierite | $ 6,500.00 | 226.70 | gm |
| 111 | 520140082 | | Hemimorphite | $ 3,200.00 | 306.40 | gm |
| 112 | 520140088 | | Okenite | $ 1,000.00 | 1,075.00 | gm |
| 113 | 520140093 | | Aquamarine | $ 3,000.00 | 49.70 | gm |
| 114 | 520140101 | | Brazilianite on Albite | $ 2,700.00 | 89.30 | gm |
| 115 | 520140105 | | Fluorapophyllite | $ 750.00 | 20.80 | gm |
| 116 | 530140087 | | Green Stilbite on Tourmaline | $ 350.00 | 51.76 | gm |
| 117 | 530140146 | | Stilbite - Cream | $ 250.00 | 252.07 | gm |
| 118 | 530140243 | | Rhodochrosite and Stilbite | $ 1,800.00 | 130.20 | gm |
| 119 | 605140009 | | Apatite and Aquamarine with Muscovite Mica | $ 2,000.00 | 40.80 | gm |
| 120 | 605140044 | | Barite | $ 275.00 | 22.00 | gm |
| 121 | 605140047 | | Hematite Pseudomorph Magnetite | $ 750.00 | 45.40 | gm |
| 122 | 605140084 | | Tourmaline (var. Elbaite) | $ 850.00 | 2.54 | gm |
| 123 | 605140332 | | Fluorite and Quartz with Tourmaline | $ 750.00 | 69.00 | gm |
| 124 | 605140342 | | Fluorite | $ 1,200.00 | 179.30 | gm |
| 125 | 605140368 | | Apatite | $ 7,500.00 | 59.00 | gm |
| 126 | 605140376 | | Fluorite | $ 100.00 | 55.10 | gm |
| 127 | 605140399 | | Apatite | $ 6,500.00 | 194.80 | gm |
| 128 | 610140002 | | Fluorite | $ 20,000.00 | 52.10 | gm |
| 130 | 717140001 | | Aquamarine | $ 85,000.00 | 348.00 | gm |
| 131 | 801140003 | | Prehnite and Epidote | $ 6,000.00 | 193.30 | gm |
| 132 | 801140009 | | Cinnabar with Rhodochrosite | $ 5,500.00 | 276.20 | gm |
| 136 | 903140074 | | Aquamarine with Star Mica | $ 3,200.00 | 184.30 | gm |
| 140 | 214150023 | | Heliodor | $ 7,500.00 | 81.80 | gm |
| 141 | 214150024 | | Heliodor | $ 10,500.00 | 88.70 | gm |
| 142 | 214150027 | | Heliodor | $ 6,000.00 | 30.00 | gm |
| 143 | 201150008 | | Fluorite | $ 10,500.00 | 1,323.50 | gm |
| 144 | 201150009 | | Fluorite | $ 24,000.00 | 690.50 | gm |

|   | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 |   |   | EXHIBIT B |   |   |   |
| 2 | SKU | SOLD ($); ADDED (+); REMOVED (*) | WEBSITE INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
| 145 | 201150010 |   | Fluorite | $ 9,500.00 | 606.00 | gm |
| 148 | 226150017 |   | Tourmaline (var. Elbaite) | $ 30,000.00 | 24.10 | gm |
| 149 | 226150022 |   | Tourmaline (var. Elbaite) | $ 10,500.00 | 13.50 | gm |
| 150 | 226150028 |   | Tourmaline (var. Elbaite) | $ 25,000.00 | 23.40 | gm |
| 153 | 228150026 |   | Tourmaline (var. Elbaite) | $ 5,000.00 | 4.50 | gm |
| 154 | 228150028 |   | Quartz on Tourmaline (var. Elbaite) | $ 5,000.00 | 10.60 | gm |
| 155 | 228150029 |   | Tourmaline (var. Elbaite) | $ 36,000.00 | 33.10 | gm |
| 156 | 228150043 |   | Tourmaline (var. Elbaite) | $ 21,000.00 | 71.60 | gm |
| 157 | 228150051 |   | Tourmaline (var. Elbaite) | $ 4,100.00 | 8.76 | gm |
| 158 | 228150052 |   | Tourmaline (var. Elbaite) | $ 1,400.00 | 3.86 | gm |
| 159 | 228150054 |   | Tourmaline (var. Elbaite) | $ 1,000.00 | 4.00 | gm |
| 160 | 228150059 |   | Tourmaline (var. Elbaite) | $ 800.00 | 2.01 | gm |
| 162 | 408150029 |   | Hiddenite on Quartz Matrix | $ 12,000.00 | 103.70 | gm |
| 163 | 408150030 |   | Grossular (2) | $ 4,000.00 | 88.90 | gm |
| 164 | 408150035 |   | Heliodor | $ 5,000.00 | 58.10 | gm |
| 165 | 408150037 |   | Heliodor | $ 2,100.00 | 43.80 | gm |
| 166 | 408150039 |   | Topaz | $ 5,000.00 | 136.70 | gm |
| 167 | 408150042 |   | Kunzite | $ 1,500.00 | 99.60 | gm |
| 168 | 408150043 |   | Kunzite | $ 1,000.00 | 50.40 | gm |
| 169 | 408150049 |   | Diopside | $ 1,000.00 | 16.00 | gm |
| 170 | 408150057 |   | Diopside | $ 4,200.00 | 29.30 | gm |
| 171 | 408150058 |   | Aquamarine | $ 3,500.00 | 23.60 | gm |
| 172 | 408150060 |   | Topaz | $ 7,000.00 | 46.70 | gm |
| 173 | 408150061 |   | Topaz | $ 5,000.00 | 61.90 | gm |
| 174 | 408150081 |   | Topaz with Fluorite Inclusion | $ 3,200.00 | 20.10 | gm |
| 176 | 408150165 |   | Sapphire | $ 3,200.00 | 15.80 | gm |
| 177 | 628170007 |   | Arsenopyrite with Chalcopyrite | $ 60.00 | 73.70 | gm |
| 178 | 628170008 |   | Quartz with Chlorite Inclusions | $ 100.00 | 17.70 | gm |
| 179 | 628170010 |   | Smoky Quartz with Stillbite | $ 175.00 | 56.00 | gm |
| 180 | 718130062 |   | Calcite | $ 1,750.00 | 863.00 | gm |
| 181 | 520140086 |   | Manganoan Calcite | $ 18,500.00 | 2,268.00 | gm |
| 182 | 605140351 |   | Apophyllite | $ 145.00 | 55.00 | gm |
| 183 | 605140352 |   | Apophyllite | $ 220.00 | 50.40 | gm |
| 184 | 605140353 |   | Apophyllite and Stilbite | $ 275.00 | 69.00 | gm |
| 185 | 605140354 |   | Apophyllite | $ 180.00 | 102.60 | gm |
| 186 | 605140357 |   | Apophyllite | $ 325.00 | 71.00 | gm |
| 187 | 605140542 |   | Amethyst | $ 825.00 | 87.70 | gm |
| 188 | 605140557 |   | Amethyst | $ 100.00 | 17.70 | gm |
| 189 | 605140685 |   | Cuprian Adamite | $ 850.00 | 90.20 | gm |
| 190 | 416140017 |   | Fluorite with Dolomite | $ 475.00 | 189.00 | gm |
| 191 | 416140119 |   | Tourmaline (var. Elbaite) | $ 750.00 | 10.80 | gm |
| 192 | 416140165 |   | Calcite | $ 1,600.00 | 135.50 | gm |

|   | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 |   |   | EXHIBIT B |   |   |   |
| 2 | SKU | SOLD ($); ADDED (+); REMOVED (*) | WEBSITE INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
| 193 | 416140176 |   | Babingtonite and Quartz on Prehnite | $ 1,700.00 | 79.00 | gm |
| 194 | 416140204 |   | Semseyite with Sphalerite and Galena | $ 750.00 | 133.90 | gm |
| 195 | 416140247 |   | Rose Quartz | $ 2,250.00 | 85.50 | gm |
| 196 | 416140334 |   | Sulfur | $ 2,250.00 | 99.00 | gm |
| 197 | 416140461 |   | Aurichalcite | $ 450.00 | 46.00 | gm |
| 198 | 416140474 |   | Wulfenite on Fluorite | $ 1,750.00 | 39.00 | gm |
| 199 | 416140688 |   | Azurite with Malachite | $ 6,500.00 | 52.40 | gm |
| 200 | 416140708 |   | Azurite with Malachite | $ 7,500.00 | 142.00 | gm |
| 201 | 416140817 |   | Dioptase | $ 7,500.00 | 41.70 | gm |
| 202 | 416140820 |   | Fluorite with Celestite | $ 7,000.00 | 240.00 | gm |
| 203 | 520140091 |   | Pyrite | $ 1,500.00 | 1,120.00 | gm |
| 204 | 520140096 |   | Amethyst | $ 12,000.00 | 233.70 | gm |
| 205 | 520140113 |   | Quartz with Hematite Inclusions on Fluorite | $ 750.00 | 359.60 | gm |
| 206 | 605140036 |   | Tanzanite | $ 4,200.00 | 46.00 | gm |
| 207 | 605140406 |   | Chrysocolla and Quartz with Minor Malachite | $ 1,250.00 | 417.00 | gm |
| 208 | 416140743 |   | Cavansite on Stilbite | $ 650.00 | 145.20 | gm |
| 209 | 416140873 |   | Emerald on Calcite | $ 18,500.00 | 143.50 | gm |
| 210 | 520140075 |   | Dioptase on Calcite with minor Duftite | $ 3,600.00 | 246.70 | gm |
| 211 | 605140462 |   | Quartz with Various Inclusions | $ 750.00 | 109.70 | gm |
| 212 | 408150063 |   | Brazilianite with Apatite | $ 5,750.00 | 60.90 | gm |
| 213 | 408150121 |   | Spessartite Garnet | $ 1,500.00 | 90.60 | gm |
| 214 | 408150132 |   | Vesuvianite var Chromium | $ 2,200.00 | 7.80 | gm |
| 215 | 408150133 |   | Scheelite | $ 750.00 | 16.20 | gm |
| 216 | 408150164 |   | Sapphire | $ 5,000.00 | 8.90 | gm |
| 217 | 408150169 |   | Pezzottaite | $ 2,500.00 | 1.70 | gm |
| 218 | 1031130001 |   | Tourmaline | $ 15,500.00 | 262.90 | cts |
| 219 | 416140232 |   | Stibnite | $ 1,200.00 | 18.00 | gm |
| 220 | 416140480 |   | Plancheite with Malachite | $ 2,250.00 | 78.00 | gm |
| 221 | 520140072 |   | Smithsonite | $ 5,000.00 | 338.40 | gm |
| 222 | 605140205 |   | Tourmaline (var. Elbaite) | $ 375.00 | 11.60 | gm |
| 223 | 605140563 |   | Tessin Habit Quartz with Chlorite Inclusions | $ 375.00 | 21.70 | gm |
| 224 | 408150064 |   | Topaz | $ 5,000.00 | 42.40 | gm |
| 225 | 408150065 |   | Rutile | $ 5,000.00 | 52.00 | gm |
| 226 | 408150073 |   | Morganite | $ 3,500.00 | 99.70 | gm |
| 227 | 416140143 |   | Emerald on Adularia | $ 2,500.00 | 53.00 | gm |
| 228 | 416140262 |   | Cerussite | $ 3,750.00 | 86.10 | gm |
| 229 | 520140097 |   | Amethyst | $ 5,000.00 | 236.40 | gm |
| 230 | 520140102 |   | Rhodochrosite | $ 2,500.00 | 197.90 | gm |
| 231 | 610140001 |   | Rhodochrosite | $ 20,000.00 | 73.80 | gm |
| 232 | 903140069 |   | Aquamarine | $ 7,500.00 | 23.50 | gm |
| 233 | 408150179 |   | Anglesite | $ 1,500.00 | 34.60 | gm |
| 234 | 408150182 |   | Diopside | $ 2,000.00 | 13.60 | gm |

|     | G | I | AB | AD | AF | AG |
|-----|---|---|---|---|---|---|
| 1   |   |   | EXHIBIT B |   |   |   |
| 2   | SKU | SOLD ($); ADDED (+); REMOVED (*) | WEBSITE INVENTORY (11/20/2019) | RETAIL $ | WEIGHT | UNITS |
| 235 | 1231130004 |   | Liddicoatite in Citrine | $ 55,000.00 | 286.00 | gm |
| 236 | 416140025 |   | Fluorite on Siderite | $ 3,500.00 | 135.30 | gm |
| 237 | 416140218 |   | Tetrahedrite with Fluorite Twin in Quartz | $ 7,500.00 | 262.00 | gm |
| 238 | 416140308 |   | Cobaltoan Calcite and Malachite | $ 750.00 | 162.00 | gm |
| 239 | 520140080 |   | Quartz after Calcite | $ 2,000.00 | 385.60 | gm |
| 240 | 520140100 |   | Fluorite | $ 3,500.00 | 729.00 | gm |
| 241 | 530140288 |   | Stellerite - Gray | $ 750.00 | 323.80 | gm |
| 242 | 605140686 |   | Cuprian Adamite with Calcite | $ 1,100.00 | 61.30 | gm |
| 243 | 408150119 |   | Euclase | $ 1,000.00 | 14.10 | gm |
| 244 | 628170001 |   | Silver | $ 800.00 | 9.70 | gm |
| 245 | 416140019 |   | Fluorite with Sphalerite, Calcite and Galena | $ 3,500.00 | 559.90 | gm |
| 246 | 416140168 |   | Calcite with Apophyllite and Stilbite | $ 425.00 | 107.40 | gm |
| 247 | 416140289 |   | Witherite on Alstonite | $ 2,000.00 | 70.00 | gm |
| 248 | 416140321 |   | Wulfenite with Endlichite (Arsenian Vanadinite) | $ 325.00 | 9.20 | gm |
| 249 | 416140456 |   | Rhodochrosite | $ 2,500.00 | 114.80 | gm |
| 251 | 416140734 |   | Cavansite with Stilbite | $ 500.00 | 99.80 | gm |
| 252 | 416140737 |   | Cavansite | $ 500.00 | 78.60 | gm |
| 253 | 416140792 |   | Adamite | $ 6,500.00 | 185.00 | gm |
| 254 | 416140887 |   | Smithsonite | $ 25,000.00 | 540.80 | gm |
| 255 | 416140282 |   | Scapolite (var. Marialite) | $ 60.00 | 7.90 | gm |
| 256 | 416140451 |   | Stilpnomelane over Quartz | $ 1,500.00 | 220.00 | gm |
| 257 | 416140764 |   | Tourmaline | $ 2,000.00 | 18.00 | gm |
| 258 | 520140031 |   | Lazurite with Pyrite | $ 2,500.00 | 275.00 | gm |
| 259 | 605140333 |   | Cobaltoan Dolomite | $ 3,000.00 | 234.60 | gm |
| 260 | 408150033 |   | Goshenite | $ 3,000.00 | 57.60 | gm |
| 261 | 408150131 |   | Apatite | $ 3,000.00 | 61.90 | gm |
| 262 | 1231130003 |   | Tourmaline var. Liddicoatite | $ 40,000.00 | 117.00 | gm |
| 263 | 416140177 |   | Prehnite | $ 1,600.00 | 77.50 | gm |
| 264 | 416140316 |   | Wulfenite with Mimetite | $ 5,000.00 | 320.00 | gm |
| 265 | 416140322 |   | Wulfenite (Bipyramidal Habit) | $ 1,750.00 | 232.00 | gm |
| 266 | 416140469 |   | Vanadinite | $ 1,500.00 | 74.30 | gm |
| 267 | 416140766 |   | Tourmaline | $ 2,500.00 | 9.10 | gm |
| 268 | 602140019 |   | Garnet with Epidote | $ 750.00 | 45.80 | gm |
| 269 | 605140038 |   | Fluorite | $ 850.00 | 138.30 | gm |
| 270 | 408150032 |   | Goshenite | $ 2,000.00 | 27.20 | gm |
| 271 | 408150040 |   | Topaz | $ 3,000.00 | 94.70 | gm |
| 272 | 718130013 |   | Fluorite | $ 325.00 | 32.70 | gm |
| 273 | 718130023 |   | Fluorite | $ 1,250.00 | 97.00 | gm |
| 274 | 718130025 |   | Fluorite and Chalcopyrite on Sphalerite | $ 4,000.00 | 161.00 | gm |
| 275 | 718131090 |   | Euclase | $ 34,000.00 | 22.00 | gm |
| 276 | 416140037 |   | Tourmalines on Smoky Quartz | $ 16,000.00 | 661.50 | gm |
| 277 | 416140225 |   | Hematite | $ 5,000.00 | 407.40 | gm |

|   | G | I | AB | AD | AF | AG |
|---|---|---|---|---|---|---|
| 1 |   |   | **EXHIBIT B** |   |   |   |
| 2 | **SKU** | **SOLD ($); ADDED (+); REMOVED (*)** | **WEBSITE INVENTORY (11/20/2019)** | **RETAIL $** | **WEIGHT** | **UNITS** |
| 278 | 416140228 |   | Cuprite with Silver | $ 3,500.00 | 83.70 | gm |
| 279 | 416140450 |   | Apatite | $ 4,500.00 | 30.90 | gm |
| 280 | 416140726 |   | Cavansite with Stilbite | $ 600.00 | 98.20 | gm |
| 281 | 605140484 |   | Quartz | $ 600.00 | 59.40 | gm |
| 282 | 416140059 |   | Tourmaline (var. Elbaite) on Quartz | $ 2,750.00 | 63.90 | gm |
| 283 | 416140473 |   | Vanadinite and Calcite | $ 5,000.00 | 390.00 | gm |
| 284 | 618180029 |   | Danburite | $ 125.00 | 5.40 | gm |
| 285 | 416140006 |   | Fluorite with Calcite | $ 15,000.00 | 1,016.80 | gm |
| 286 | 416140206 |   | Chalcopyrite | $ 650.00 | 174.10 | gm |
| 287 | 416140479 |   | Malachite Pseudomorph Azurite | $ 1,500.00 | 153.00 | gm |
| 288 | 416140481 |   | Szenicsite and Cuprian Powellite | $ 5,500.00 | 96.30 | gm |
| 289 | 416140862 |   | Topaz and Smoky Quartz with Amazonite | $ 5,000.00 | 218.10 | gm |
| 290 | 605140211 |   | Aquamarine | $ 225.00 | 6.40 | gm |
| 291 | 605140667 |   | Galena | $ 650.00 | 247.60 | gm |
| 292 | 605140388 |   | Barite | $ 1,000.00 | 52.70 | gm |
| 293 | 416140017 |   | Fluorite with Dolomite | $ 475.00 | 189.00 | gm |
| 294 | 520140076 |   | Berthierite | $ 6,500.00 | 226.70 | gm |
| 295 | 903140062 |   | Fluorite with Muscovite | $ 1,750.00 | 186.10 | gm |