**Prepared in the Matter of:**

*In Re: Greenpoint Tactical Income Fund LLC and GP Rare Earth Trading Account LLC*

United States Bankruptcy Court for the Eastern District of Wisconsin

Chapter 11, Jointly Administered Under Case No. 19-29613

# REPORT OF RENEE MCMAHON


Charles River Associates

1 South Wacker Drive, 34th Floor

Chicago, Illinois 60606


**HIGHLY CONFIDENTIAL**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]