UNITED STATES BANKRUPTCY COURT
__Eastern__ DISTRICT OF __Wisconsin__

In re: § Case No. __19-29613__
__Greenpoint Tactical Income Fund LLC__ §
 §
 Debtor(s) §

# Monthly Operating Report
Chapter 11

Reporting Period Ended: __4/30/20__  Petition Date: __10/4/19__  Months Pending: __7__

Industry Classification: __6799 - Investors__

Reporting Method: Accrual Basis ☒   Cash Basis ☐

Amounts reported in: Dollars ☒   Thousands ☐   Millions ☐

Debtor's Full-Time Employees (current): __0__

Debtor's Full-Time Employees (as of date of order for relief): __0__

**Supporting Documentation** (check all that apply):
(For jointly administered debtors, any required schedules must be provided for each debtor)

- ☒ Statement of cash receipts and disbursements per debtor
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit per debtor
- ☒ Statement of operations (profit or loss statement) per debtor
- ☐ Accounts receivable aging per debtor
- ☐ Postpetition liabilities aging per debtor
- ☐ Statement of capital assets per debtor
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

_Claire Ann Richman_
Claire Ann Richman (May 15, 2020)

Signature of Attorney or Pro Se Individual

May 15, 2020
Date

Claire Ann Richman
Type or Print Name

122 W. Washington Ave., Ste 850
Address

Madison, WI 53703

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# GREENPOINT TACTICAL INCOME FUND LLC
## Case No: 19-29613
111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202
Monthly Operating Report
**TIF**

|  | | |
|---|---|---|
| Prior Month End | 31-Mar | 3-Oct |
| Ending Date | 30-Apr | 30-Apr |

| Part 1: Cash Receipts and Disbursements Current Month Cumulative | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $37.75 | |
| b. Total receipts (net of transfers between accounts) | $0.00 | $25,244.60 |
| c. Total disbursements (net of transfers between accounts) | $0.00 | $21,376.00 |
| d. Cash balance end of month (a+b-c) | $37.75 | |
| e. Disbursements made by third party for the benefit of the estate | $0.00 | $24,687.50 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0.00 | $46,063.50 |

| Part 2: Asset and Liability Status Current Month | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0.00 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0.00 |
| c. Inventory | $0.00 |
| d Total current assets | $50,555.75 |
| e. Total assets | $93,156,354.68 |
| f. Postpetition payables (excluding taxes) | $622,688.49 |
| g. Postpetition payables past due (excluding taxes) | $622,688.49 |
| h. Postpetition taxes payable | $0.00 |
| i. Postpetition taxes past due | $0.00 |
| j. Total postpetition debt | $24,884.80 |
| k. Prepetition secured debt | $0.00 |
| l. Prepetition priority debt | $0.00 |
| m. Prepetition unsecured debt | $0.00 |
| n. Total liabilities (debt) | $4,706,149.28 |
| o. Ending equity/net worth | $88,450,205.40 |

| Part 3: Assets Sold or Transferred Current Month Cumulative | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business | $0.00 | $0.00 |

| Part 4: Income Statement (Statement of Operations) Current Month Cumulative | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net returns and allowances) | ($30,181.67) | ($233,163.96) |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0.00 | $0.00 |
| c. Gross profit (a-b) | ($30,181.67) | ($233,163.96) |
| d. Selling expenses | $0.00 | $0.00 |
| e. General and administrative expenses | $242,925.91 | $1,691,824.37 |
| f. Other expenses | $0.00 | $0.00 |
| g. Depreciation and/or amortization (not included in 4b) | $0.00 | $0.00 |
| h. Interest | $91.06 | $197.30 |
| i. Taxes (local, state, and federal) | $0.00 | $0.00 |
| j. Reorganization items | $197,534.45 | $851,745.72 |
| k. Profit (loss) | ($470,733.09) | ($2,776,931.35) |

# GREENPOINT TACTICAL INCOME FUND LLC
## Case No: 19-29613

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202
Monthly Operating Report

|  | Approved | | Paid | |
| --- | --- | --- | --- | --- |
| Part 5: Professional Fees and Expenses | Current Month | Cumulative | Current Month | Cumulative |
| a. Debtor's professional fees & expenses (bankruptcy) | $0.00 | $56,742.92 | $0.00 | $0.00 |
| b. Debtor's professional fees & expenses (non-bankruptcy) | $0.00 | $0.00 | $0.00 | $0.00 |
| c. All professional fees and expenses (debtor & committees) | $36,333.07 | $165,354.23 | $0.00 | $0.00 |
| Part 6: Taxes Current Month Cumulative | | Current Month | | Cumulative |
| a. Postpetition income taxes accrued (local, state, and federal) | | $0.00 | | $0.00 |
| b. Postpetition income taxes paid (local, state, and federal) | | $0.00 | | $0.00 |
| c. Postpetition employer payroll taxes accrued | | $0.00 | | $0.00 |
| d. Postpetition employer payroll taxes paid | | $0.00 | | $0.00 |
| e. Postpetition other taxes accrued (local, state, and federal) | | $0.00 | | $0.00 |
| f. Postpetition other taxes paid (local, state, and federal) | | $0.00 | | $0.00 |
| Part 7: Questionnaire - During this reporting period: | | | | |
| a. Were any payments made on pre-petition debt (other than in the normal course, to secured creditors or lessors)? (if yes, see instructions) | | No | | |
| b. Were any payments made outside the ordinary course of business without court approval? (if yes, see instructions) | | No | | |
| c. Were any payments made to or on behalf of insiders? | | No | | |
| d. Are you current on postpetition tax return filings? | | Yes | | |
| e. Are you current on postpetition estimated tax payments? | | Yes | | |
| f. Were all trust fund taxes remitted on a current basis? | | Yes | | |
| g. Was there any postpetition borrowing, other than trade credit? (if yes, see instructions) | | No | | |
| h. Were all payments made to or on behalf of professionals approved by the court? | | NA | | |
| i. Do you have: Worker's compensation insurance? | | Yes | | |
| If yes, are your premiums current? (if no, see instructions) | | Yes | | |
| Casualty/property insurance? | | Yes | | |
| If yes, are your premiums current? (if no, see instructions) | | Yes | | |
| General liability insurance? | | Yes | | |
| If yes, are your premiums current? (if no, see instructions) | | Yes | | |
| j. Has a plan of reorganization been filed with the court? | | No | | |
| k. Has a disclosure statement been filed with the court? | | No | | |
| l. Are you current with quarterly US Trustee fees? | | Yes | | |

Notes:
[1]

| Debtor's Name | Greenpoint Tactical Income Fund LLC | Case No. 19-29613 |

**Part 8: Individual Chapter 11 Debtors (Only)**

a. Gross income (receipts) from salary and wages $ _____
b. Gross income (receipts) from self-employment $ _____
c. Gross income from all other sources $ _____
d. Total income in the reporting period (a+b+c) $ _____
e. Self-employment related and personal expenses* $ _____
f. Unusual or significant unanticipated expenses $ _____
g. Total expenses in the reporting period (e+f) $ _____
h. Difference between total income and total expenses (d-g) $ _____
i. List the amount of all postpetition debts that are past due $ _____
j. Are you required to pay any Domestic Support Obligations in 11 U.S.C section 1129(a)(14)?   Yes ☐   No ☐
k. If yes, have all Domestic Support Obligation payments required under 11 U.S.C section 1129(a)(14) been made?   Yes ☐   No ☐

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report by the debtor.**

_Christopher Nohl (May 15, 2020)_
Signature of Debtor or Authorized Individual

Christopher J Nohl
Type or Print Name of Signer

Manager
Title

May 15, 2020
Date

* If there are both self-employment related and personal expenses, additional information must be provided showing the composition of each.

# GREENPOINT TACTICAL INCOME FUND LLC

**Case No:** 19-29613

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

STATEMENT UNAUDITED DRAFT

## Receipts and Disbursements

| Type | Posted Date | Serial Number | Counterparty | Notes | Receipt | Disbursement |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| Excluding Transfers | | | | | 0.00 | 0.00 |

Case 19-29613-gmh    Doc 451    Filed 05/18/20    Page 5 of 10

Prepared by MorrisAnderson & Associates, Ltd.
Confidential

5/12/2020

# GREENPOINT TACTICAL INCOME FUND LLC
## Case No: 19-29613

STATEMENT UNAUDITED DRAFT

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

### Monthly Balance Sheet
TIF

| | Oct 31, 19 | Nov 30, 19 | Dec 31, 19 | Jan 31, 20 | Feb 29, 20 | Mar 31, 20 | Apr 30, 20 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| **Checking/Savings** | | | | | | | |
| **Cash at Bank** | | | | | | | |
| Metropolitan Comm Bk 3910097529 | 24,854.60 | 2,854.60 | 5,963.75 | 6,613.75 | 5,937.75 | 37.75 | 37.75 |
| **Total Cash at Bank** | 24,854.60 | 2,854.60 | 5,963.75 | 6,613.75 | 5,937.75 | 37.75 | 37.75 |
| **Total Checking/Savings** | 24,854.60 | 2,854.60 | 5,963.75 | 6,613.75 | 5,937.75 | 37.75 | 37.75 |
| **Other Current Assets** | | | | | | | |
| Professional Retainers | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 |
| **Total Other Current Assets** | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 | 50,518.00 |
| **Total Current Assets** | 75,372.60 | 53,372.60 | 56,481.75 | 57,131.75 | 56,455.75 | 50,555.75 | 50,555.75 |
| **Other Assets** | | | | | | | |
| **Intangible Assets** | | | | | | | |
| Algorithm Use-Financial Purpose | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 |
| **Total Intangible Assets** | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 |
| **Invest in Portfolio Companies** | | | | | | | |
| Invest in WellBe Inc-Cost | 131,197.56 | 131,197.56 | 131,197.56 | 131,197.56 | 131,197.56 | 131,197.56 | 131,197.56 |
| Invest in WellBe Inc-MTM | 98,901.12 | 98,901.12 | 98,901.12 | 98,901.12 | 98,901.12 | 98,901.12 | 98,901.12 |
| **Total Invest in Portfolio Companies** | 230,098.68 | 230,098.68 | 230,098.68 | 230,098.68 | 230,098.68 | 230,098.68 | 230,098.68 |
| **Invest in Subsidiaries** | | | | | | | |
| **Invest in GP Burlington Rd LLC** | | | | | | | |
| Invest in GP Burlington Rd-MTM | 11,811.91 | 11,811.91 | 11,811.91 | 11,811.91 | 11,811.91 | 11,811.91 | 11,811.91 |
| Invest in GP Burlington Rd-PIC | -11,811.91 | -11,811.91 | -11,811.91 | -11,811.91 | -11,811.91 | -11,811.91 | -11,811.91 |
| **Total Invest in GP Burlington Rd LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Invest in GP Church St LLC** | | | | | | | |
| Invest in GP Church St-MTM | -622,763.71 | -622,763.71 | -622,763.71 | -622,763.71 | -622,763.71 | -622,763.71 | -622,763.71 |
| Invest in GP Church St-PIC | 622,763.71 | 622,763.71 | 622,763.71 | 622,763.71 | 622,763.71 | 622,763.71 | 622,763.71 |
| **Total Invest in GP Church St LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Invest in GP Device LLC** | | | | | | | |
| Invest in GP Device LLC-MTM | 6,680,549.68 | 6,680,549.68 | 6,680,549.68 | 6,680,549.68 | 6,680,549.68 | 6,680,549.68 | 6,680,549.68 |
| Invest in GP Device LLC-PIC | 749,031.23 | 749,031.23 | 727,422.08 | 727,422.08 | 727,422.08 | 727,422.08 | 727,422.08 |
| **Total Invest in GP Device LLC** | 7,429,580.91 | 7,429,580.91 | 7,407,971.76 | 7,407,971.76 | 7,407,971.76 | 7,407,971.76 | 7,407,971.76 |
| **Invest in GP Informatics LLC** | | | | | | | |
| **Total Invest in GP Informatics LLC** | 2,798,696.97 | 2,798,696.97 | 2,798,696.97 | 2,798,696.97 | 2,798,696.97 | 2,798,696.97 | 2,798,696.97 |
| **Invest in GP Rare Earth** | | | | | | | |
| Invest in GP Rare Earth-MTM | 48,925,930.22 | 48,891,348.45 | 48,858,765.40 | 48,830,528.08 | 48,778,761.27 | 48,746,135.60 | 48,715,953.93 |
| Invest in GP Rare Earth-PIC | 22,349,231.71 | 22,371,231.71 | 22,371,231.71 | 22,371,231.71 | 22,395,919.21 | 22,401,819.21 | 22,401,819.21 |
| **Total Invest in GP Rare Earth** | 71,275,161.93 | 71,262,580.16 | 71,229,997.11 | 71,201,759.79 | 71,174,680.48 | 71,147,954.81 | 71,117,773.14 |
| **Invest in GP South 27th St LLC** | | | | | | | |
| Invest in GP South 27th St-MTM | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| Invest in GP South 27th St-PIC | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| **Total Invest in GP South 27th St LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Paladin Sustainable Infra Corp** | | | | | | | |
| **AmTrust Biochemical** | | | | | | | |
| AmTrust Biochemical - MTM | -127,840.14 | -127,840.14 | -127,840.14 | -127,840.14 | -127,840.14 | -127,840.14 | -127,840.14 |
| AmTrust Biochemical - Other | 9,459,780.00 | 9,459,780.00 | 9,459,780.00 | 9,459,780.00 | 9,459,780.00 | 9,459,780.00 | 9,459,780.00 |
| **Total AmTrust Biochemical** | 9,331,939.86 | 9,331,939.86 | 9,331,939.86 | 9,331,939.86 | 9,331,939.86 | 9,331,939.86 | 9,331,939.86 |
| **US Particle** | | | | | | | |
| **USP - US Particle** | | | | | | | |
| US Particle - USP MTM | 435,017.24 | 435,017.24 | 435,017.24 | 435,017.24 | 435,017.24 | 435,017.24 | 435,017.24 |
| USP - US Particle - Other | -49,800.00 | -49,800.00 | -49,800.00 | -49,800.00 | -49,800.00 | -49,800.00 | -49,800.00 |
| **Total USP - US Particle** | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 |
| **Total US Particle** | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 | 385,217.24 |
| **Total Paladin Sustainable Infra Corp** | 9,717,157.10 | 9,717,157.10 | 9,717,157.10 | 9,717,157.10 | 9,717,157.10 | 9,717,157.10 | 9,717,157.10 |
| **Total Invest in Subsidiaries** | 91,220,596.91 | 91,208,015.14 | 91,153,822.94 | 91,125,585.62 | 91,098,506.31 | 91,071,780.64 | 91,041,598.97 |
| **Physical Assets Inventory** | | | | | | | |
| **Steinway Piano Inventory** | | | | | | | |
| Steinway Piano 235512 | 25,770.14 | 25,770.14 | 25,770.14 | 25,770.14 | 25,770.14 | 25,770.14 | 25,770.14 |
| Steinway Piano 337415 | 27,270.14 | 27,270.14 | 27,270.14 | 27,270.14 | 27,270.14 | 27,270.14 | 27,270.14 |
| Steinway Piano 362126 | 32,270.14 | 32,270.14 | 32,270.14 | 32,270.14 | 32,270.14 | 32,270.14 | 32,270.14 |
| Steinway Piano F | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 |
| Steinway Piano G | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 |
| Steinway Piano H | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 |

# GREENPOINT TACTICAL INCOME FUND LLC
## Case No: 19-29613

STATEMENT UNAUDITED DRAFT

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

Monthly Balance Sheet
TIF

| | Oct 31, 19 | Nov 30, 19 | Dec 31, 19 | Jan 31, 20 | Feb 29, 20 | Mar 31, 20 | Apr 30, 20 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Steinway Piano I | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 |
| Steinway Piano J | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 | 33,815.59 |
| Steinway Piano K | 33,815.64 | 33,815.64 | 33,815.64 | 33,815.64 | 33,815.64 | 33,815.64 | 33,815.64 |
| **Total Steinway Piano Inventory** | 288,204.01 | 288,204.01 | 288,204.01 | 288,204.01 | 288,204.01 | 288,204.01 | 288,204.01 |
| Steinway Piano Inventory-MTM | -238,204.01 | -238,204.01 | -238,204.01 | -238,204.01 | -238,204.01 | -238,204.01 | -238,204.01 |
| **Total Physical Assets Inventory** | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| Promissory Notes Receivable | | | | | | | |
| Promissory Notes Rec-AT | 578,000.00 | 578,000.00 | 578,000.00 | 578,000.00 | 578,000.00 | 578,000.00 | 578,000.00 |
| Promissory Notes Rec-B&K 27-2 | 54,472.96 | 54,472.96 | 54,472.96 | 54,472.96 | 54,472.96 | 54,472.96 | 54,472.96 |
| Promissory Notes Rec-B&K 27th | 127,149.74 | 127,149.74 | 125,949.74 | 125,949.74 | 125,949.74 | 125,949.74 | 125,949.74 |
| Promissory Notes Rec-B&K Allent | 327,702.97 | 327,702.97 | 327,702.97 | 327,052.97 | 327,052.97 | 327,052.97 | 327,052.97 |
| Promissory Notes Rec-Hoffman | 48,715.50 | 43,715.50 | 43,715.50 | 43,715.50 | 43,715.50 | 43,715.50 | 43,715.50 |
| Promissory Notes Rec-Root | 24,735.65 | 24,735.65 | 24,735.65 | 24,735.65 | 24,735.65 | 24,735.65 | 24,735.65 |
| Promissory Notes Rec-USP | 535,174.46 | 535,174.46 | 535,174.46 | 535,174.46 | 535,174.46 | 535,174.46 | 535,174.46 |
| **Total Promissory Notes Receivable** | 1,695,951.28 | 1,690,951.28 | 1,689,751.28 | 1,689,101.28 | 1,689,101.28 | 1,689,101.28 | 1,689,101.28 |
| **Total Other Assets** | 93,291,646.87 | 93,274,065.10 | 93,218,672.90 | 93,189,785.58 | 93,162,706.27 | 93,135,980.60 | 93,105,798.93 |
| **TOTAL ASSETS** | 93,367,019.47 | 93,327,437.70 | 93,275,154.65 | 93,246,917.33 | 93,219,162.02 | 93,186,536.35 | 93,156,354.68 |
| **LIABILITIES & EQUITY** | | | | | | | |
| Liabilities | | | | | | | |
| Current Liabilities | | | | | | | |
| Accounts Payable | | | | | | | |
| Accounts Payable | 2,640.79 | 122,203.94 | 193,125.44 | 280,100.44 | 387,501.11 | 508,473.58 | 622,688.49 |
| **Total Accounts Payable** | 2,640.79 | 122,203.94 | 193,125.44 | 280,100.44 | 387,501.11 | 508,473.58 | 622,688.49 |
| Other Current Liabilities | | | | | | | |
| Due to/from Related Entities | | | | | | | |
| Due to/from GMF | -269.28 | -269.28 | -269.28 | -269.28 | -269.28 | -269.28 | -269.28 |
| Due to/from GP Rare Earth | 0.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| **Total Due to/from Related Entities** | -269.28 | -5,269.28 | -5,269.28 | -5,269.28 | -5,269.28 | -5,269.28 | -5,269.28 |
| H Informatics Fee Payable | 34,888.29 | 69,776.58 | 104,664.87 | 139,553.16 | 174,441.45 | 209,329.74 | 236,640.74 |
| HFO Informatics Fee Payable | 13,000.00 | 26,000.00 | 39,000.00 | 52,000.00 | 65,000.00 | 78,000.00 | 89,000.00 |
| Management Fee Payable | | | | | | | |
| Management Fee Payable-CF | 56,500.00 | 113,000.00 | 169,500.00 | 226,000.00 | 282,500.00 | 339,000.00 | 384,200.00 |
| Management Fee Payable-GAM | 56,500.00 | 113,000.00 | 169,500.00 | 226,000.00 | 282,500.00 | 339,000.00 | 384,200.00 |
| **Total Management Fee Payable** | 113,000.00 | 226,000.00 | 339,000.00 | 452,000.00 | 565,000.00 | 678,000.00 | 768,400.00 |
| Other Accrued Liabilities | 100,209.06 | 88,130.56 | 60,209.06 | 60,209.06 | 60,209.06 | 60,209.06 | 425.73 |
| Postpetition Note Payable | 0.00 | 0.00 | 0.00 | 0.00 | 24,687.50 | 24,793.74 | 24,884.80 |
| Prepetition Liabilities STC | 1,548,856.23 | 1,533,856.23 | 1,533,856.23 | 1,533,856.23 | 1,533,856.23 | 1,533,856.23 | 1,533,856.23 |
| Prof Fees Liability | | | | | | | |
| Prof Fees Liability-Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,000.00 |
| Prof Fees Liability-Restructuri | 80,853.82 | 184,304.02 | 253,442.13 | 318,210.55 | 482,684.52 | 568,630.41 | 765,948.19 |
| Prof Fees Liability-Tax | 18,000.00 | 63,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 |
| **Total Prof Fees Liability** | 98,853.82 | 247,304.02 | 271,442.13 | 336,210.55 | 500,684.52 | 586,630.41 | 843,948.19 |
| Redemptions Payable | | | | | | | |
| Redemptions Payable- Unit A | -2,143.38 | -2,143.38 | -2,143.38 | -2,143.38 | -2,143.38 | -2,143.38 | -2,143.38 |
| Redemptions Payable- Unit B | 593,717.76 | 593,717.76 | 593,717.76 | 593,717.76 | 593,717.76 | 593,717.76 | 593,717.76 |
| **Total Redemptions Payable** | 591,574.38 | 591,574.38 | 591,574.38 | 591,574.38 | 591,574.38 | 591,574.38 | 591,574.38 |
| **Total Other Current Liabilities** | 2,500,112.50 | 2,777,372.49 | 2,934,477.39 | 3,160,134.10 | 3,510,183.86 | 3,757,124.28 | 4,083,460.79 |
| **Total Current Liabilities** | 2,502,753.29 | 2,899,576.43 | 3,127,602.83 | 3,440,234.54 | 3,897,684.97 | 4,265,597.86 | 4,706,149.28 |
| **Total Liabilities** | 2,502,753.29 | 2,899,576.43 | 3,127,602.83 | 3,440,234.54 | 3,897,684.97 | 4,265,597.86 | 4,706,149.28 |
| Equity | | | | | | | |
| Retained Earnings | 38,919,948.15 | 38,919,948.15 | 38,919,948.15 | 42,952,395.66 | 42,952,395.66 | 42,952,395.66 | 42,952,395.66 |
| Retained Earnings-Income Alloc | -38,919,779.49 | -38,919,779.49 | -38,919,779.49 | -38,919,779.49 | -38,919,779.49 | -38,919,779.49 | -38,919,779.49 |
| Total Unit A Shareholders | 68,968,069.20 | 68,968,069.20 | 68,948,369.20 | 68,948,369.20 | 68,948,369.20 | 68,948,369.20 | 68,948,369.20 |
| Total Unit B Shareholders | 17,166,566.45 | 17,166,566.45 | 17,166,566.45 | 17,166,566.45 | 17,166,566.45 | 17,166,566.45 | 17,166,566.45 |
| Net Income | 4,729,461.87 | 4,293,056.96 | 4,032,447.51 | -340,869.03 | -826,074.77 | -1,226,613.33 | -1,697,346.42 |
| **Total Equity** | 90,864,266.18 | 90,427,861.27 | 90,147,551.82 | 89,806,682.79 | 89,321,477.05 | 88,920,938.49 | 88,450,205.40 |
| **TOTAL LIABILITIES & EQUITY** | 93,367,019.47 | 93,327,437.70 | 93,275,154.65 | 93,246,917.33 | 93,219,162.02 | 93,186,536.35 | 93,156,354.68 |

# GREENPOINT TACTICAL INCOME FUND LLC
## Case No:     19-29613

STATEMENT UNAUDITED DRAFT

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

Monthly Income Statement
TIF

|  | Oct 4 - 31, 19 | Nov 19 | Dec 19 | Jan 20 | Feb 20 | Mar 20 | Apr 20 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
|   **Income** | | | | | | | | |
|     **Dividend Income** | | | | | | | | |
|       Dividend Income-Summit CU | 0.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.45 |
|     **Total Dividend Income** | 0.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.45 |
|     **Unrealized G/L** | | | | | | | | |
|       Unrealized G/L-GP Rare Earth | -23,188.12 | -34,581.77 | -32,583.05 | -28,237.32 | -51,766.81 | -32,625.67 | -30,181.67 | -233,164.41 |
|     **Total Unrealized G/L** | -23,188.12 | -34,581.77 | -32,583.05 | -28,237.32 | -51,766.81 | -32,625.67 | -30,181.67 | -233,164.41 |
|   **Total Income** | -23,187.67 | -34,581.77 | -32,583.05 | -28,237.32 | -51,766.81 | -32,625.67 | -30,181.67 | -233,163.96 |
| **Gross Profit** | -23,187.67 | -34,581.77 | -32,583.05 | -28,237.32 | -51,766.81 | -32,625.67 | -30,181.67 | -233,163.96 |
|   **Expense** | | | | | | | | |
|     H / HFO Informatics Fees | 47,888.29 | 47,888.29 | 47,888.29 | 47,888.29 | 47,888.29 | 47,888.29 | 38,311.00 | 325,640.74 |
|     Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106.24 | 91.06 | 197.30 |
|     **Management Fee** | | | | | | | | |
|       Management Fee-CF | 56,500.00 | 56,500.00 | 56,500.00 | 56,500.00 | 56,500.00 | 56,500.00 | 45,200.00 | 384,200.00 |
|       Management Fee-GAM | 56,500.00 | 56,500.00 | 56,500.00 | 56,500.00 | 56,500.00 | 56,500.00 | 45,200.00 | 384,200.00 |
|     **Total Management Fee** | 113,000.00 | 113,000.00 | 113,000.00 | 113,000.00 | 113,000.00 | 113,000.00 | 90,400.00 | 768,400.00 |
|     Miscellaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 26.00 | 0.00 | 0.00 | 26.00 |
|     **Professional Fees** | | | | | | | | |
|       Professional Fees-Accounting | 2,640.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,640.79 |
|       Professional Fees-Legal | 115,000.00 | 92,484.65 | 43,000.00 | 86,975.00 | 62,111.90 | 81,330.38 | 114,214.91 | 595,116.84 |
|       Professional Fees-Tax | 0.00 | 45,000.00 | -45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     **Total Professional Fees** | 117,640.79 | 137,484.65 | -2,000.00 | 86,975.00 | 62,111.90 | 81,330.38 | 114,214.91 | 597,757.63 |
|   **Total Expense** | 278,529.08 | 298,372.94 | 158,888.29 | 247,863.29 | 223,026.19 | 242,324.91 | 243,016.97 | 1,692,021.67 |
| **Net Ordinary Income** | -301,716.75 | -332,954.71 | -191,471.34 | -276,100.61 | -274,793.00 | -274,950.58 | -273,198.64 | -1,925,185.63 |
| **Other Income/Expense** | | | | | | | | |
|   **Other Expense** | | | | | | | | |
|     Restructuring | 80,853.82 | 103,450.20 | 69,138.11 | 64,768.42 | 210,412.74 | 125,587.98 | 197,534.45 | 851,745.72 |
|   **Total Other Expense** | 80,853.82 | 103,450.20 | 69,138.11 | 64,768.42 | 210,412.74 | 125,587.98 | 197,534.45 | 851,745.72 |
| **Net Other Income** | -80,853.82 | -103,450.20 | -69,138.11 | -64,768.42 | -210,412.74 | -125,587.98 | -197,534.45 | -851,745.72 |
| **Net Income** | **-382,570.57** | **-436,404.91** | **-260,609.45** | **-340,869.03** | **-485,205.74** | **-400,538.56** | **-470,733.09** | **-2,776,931.35** |

 

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
April 01, 2020 - April 30, 2020
Page 1 of 1

Mr. Christopher Nohl
Debtor in Possession
111 E. Kilbourne Ave, Fl 28
Milwaukee WI 53202

| | |
|---|---|
| Case Number | 19-29613 |
| Case Name | Greenpoint Tactical Inc Fund LLC |
| Trustee Number | 690530 |
| Trustee Name | Mr. Christopher Nohl |
| | FIDUCIARY |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | …7529 | $37.75 | $37.75 |
| **Total** | | **$37.75** | **$37.75** |

## TRUSTEE CHECKING                                     Account Number: …7529

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$37.75** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$37.75** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

No activity this statement period

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

# GP TIF 19-29613 MOR 200430

Final Audit Report							2020-05-15

| | |
|---|---|
| Created: | 2020-05-15 |
| By: | Sherri Hartenstien (RNovak@morrisanderson.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAg1gkMX_xgp7BE4w8B4BmyVS-ikCfWk6x |

## "GP TIF 19-29613 MOR 200430" History

- 📄 Document created by Sherri Hartenstien (RNovak@morrisanderson.com)
  2020-05-15 - 5:34:49 AM GMT- IP address: 73.247.253.155

- ✉️ Document emailed to Christopher Nohl (christopherjnohl@gmail.com) for signature
  2020-05-15 - 5:37:52 AM GMT

- 📄 Email viewed by Christopher Nohl (christopherjnohl@gmail.com)
  2020-05-15 - 5:43:04 AM GMT- IP address: 66.249.80.147

- ✒️ Document e-signed by Christopher Nohl (christopherjnohl@gmail.com)
  Signature Date: 2020-05-15 - 9:24:02 PM GMT - Time Source: server- IP address: 107.77.206.67

- ✉️ Document emailed to Claire Ann Richman (jsteele@steinhilberswanson.com) for signature
  2020-05-15 - 9:24:04 PM GMT

- 📄 Email viewed by Claire Ann Richman (jsteele@steinhilberswanson.com)
  2020-05-15 - 9:25:22 PM GMT- IP address: 69.130.241.1

- ✒️ Document e-signed by Claire Ann Richman (jsteele@steinhilberswanson.com)
  Signature Date: 2020-05-15 - 9:28:24 PM GMT - Time Source: server- IP address: 69.130.241.1

- ✅ Signed document emailed to Christopher Nohl (christopherjnohl@gmail.com), Sherri Hartenstien (RNovak@morrisanderson.com) and Claire Ann Richman (jsteele@steinhilberswanson.com)
  2020-05-15 - 9:28:24 PM GMT

Adobe Sign