# UNITED STATES BANKRUPTCY COURT

<u>Eastern</u>   DISTRICT OF  <u>Wisconsin</u>

In re:

    GP Rare Earth Trading Account LLC

Debtor(s)

§
§
§
§

Case No. <u>19-29617</u>

# Monthly Operating Report

Chapter 11

Reporting Period Ended: <u>4/30/20</u>    Petition Date: <u>10/4/19</u>    Months Pending: <u>7</u>

Industry Classification: <u>6799 - Investors</u>

Reporting Method:        Accrual Basis ▪      Cash Basis ☐

Amounts reported in:        Dollars ▪      Thousands ☐      Millions ☐

Debtor's Full-Time Employees (current): <u>1</u>

Debtor's Full-Time Employees (as of date of order for relief): <u>1</u>

**Supporting Documentation** (check all that apply):

(For jointly administered debtors, any required schedules must be provided for each debtor)

- ☑ Statement of cash receipts and disbursements per debtor
- ☑ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit per debtor
- ☑ Statement of operations (profit or loss statement) per debtor
- ☐ Accounts receivable aging per debtor
- ☐ Postpetition liabilities aging per debtor
- ☐ Statement of capital assets per debtor
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☑ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ *Claire Ann Richman*

_____
Signature of Attorney or Pro Se Individual

May 15, 2020
_____
Date

Claire Ann Richman
_____
Type or Print Name

122 W. Washington Ave., Suite 850
_____
Address

Madison, WI 53703

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**GP Rare Earth Trading Account LLC**

**Case No: 19-29617**

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

Monthly Operating Report

RE

| | | |
|---|---|---|
| Prior Month End | 31-Mar | 3-Oct |
| Ending Date | 30-Apr | 30-Apr |

| Part 1: Cash Receipts and Disbursements Current Month Cumulative | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,153.55 | |
| b. Total receipts (net of transfers between accounts) | $130.00 | $46,832.73 |
| c. Total disbursements (net of transfers between accounts) | $2,290.50 | $86,792.07 |
| d. Cash balance end of month (a+b-c) | ($6.95) | |
| e. Disbursements made by third party for the benefit of the estate | $0.00 | $24,687.50 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,290.50 | $111,479.57 |

| Part 2: Asset and Liability Status Current Month | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $35,000.00 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $35,000.00 |
| c. Inventory | $0.00 |
| d Total current assets | $116,502.59 |
| e. Total assets | $71,364,644.93 |
| f. Postpetition payables (excluding taxes) | $0.00 |
| g. Postpetition payables past due (excluding taxes) | $0.00 |
| h. Postpetition taxes payable | $35.28 |
| i. Postpetition taxes past due | $0.00 |
| j. Total postpetition debt | $0.00 |
| k. Prepetition secured debt | $0.00 |
| l. Prepetition priority debt | $0.00 |
| m. Prepetition unsecured debt | $0.00 |
| n. Total liabilities (debt) | $246,872.59 |
| o. Ending equity/net worth | $71,117,772.34 |

| Part 3: Assets Sold or Transferred Current Month Cumulative | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business | $0.00 | $0.00 |

| Part 4: Income Statement (Statement of Operations) Current Month Cumulative | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net returns and allowances) | $0.00 | $4,065.00 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0.00 | ($2,818.99) |
| c. Gross profit (a-b) | $0.00 | $1,246.01 |
| d. Selling expenses | $0.00 | $0.00 |
| e. General and administrative expenses | ($2,067.00) | ($20,636.26) |
| f. Other expenses | $0.00 | $0.00 |
| g. Depreciation and/or amortization (not included in 4b) | $2,648.67 | $18,925.92 |
| h. Interest | $0.00 | $0.00 |
| i. Taxes (local, state, and federal) | $0.00 | $0.00 |
| j. Reorganization items | $14,800.00 | $118,060.90 |
| k. Profit (loss) | ($15,381.67) | ($115,104.31) |

**GP Rare Earth Trading Account LLC**

**Case No:  19-29617**

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

Monthly Operating Report

| Part 5: Professional Fees and Expenses | Approved | | Paid | |
|---|---|---|---|---|
| | Current Month | Cumulative | Current Month | Cumulative |
| a. Debtor's professional fees & expenses (bankruptcy) | $0.00 | $0.00 | $0.00 | $0.00 |
| b. Debtor's professional fees & expenses (non-bankruptcy) | $0.00 | $0.00 | $0.00 | $0.00 |
| c. All professional fees and expenses (debtor & committees) | $0.00 | $0.00 | $0.00 | $0.00 |

| Part 6: Taxes Current Month Cumulative | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0.00 | $0.00 |
| b. Postpetition income taxes paid (local, state, and federal) | $0.00 | $0.00 |
| c. Postpetition employer payroll taxes accrued | $0.00 | $0.00 |
| d. Postpetition employer payroll taxes paid [1] | $682.53 | $9,033.18 |
| e. Postpetition other taxes accrued (local, state, and federal) | $0.00 | $35.28 |
| f. Postpetition other taxes paid (local, state, and federal) | $0.00 | $0.00 |

| Part 7: Questionnaire - During this reporting period: | |
|---|---|
| a. Were any payments made on pre-petition debt (other than in the normal course, to secured creditors or lessors)? (if yes, see instructions) | No |
| b. Were any payments made outside the ordinary course of business without court approval? (if yes, see instructions) | No |
| c. Were any payments made to or on behalf of insiders? | No |
| d. Are you current on postpetition tax return filings? | Yes |
| e. Are you current on postpetition estimated tax payments? | Yes |
| f. Were all trust fund taxes remitted on a current basis? | Yes |
| g. Was there any postpetition borrowing, other than trade credit? (if yes, see instructions) | No |
| h. Were all payments made to or on behalf of professionals approved by the court? | NA |
| i. Do you have: Worker's compensation insurance? | Yes |
| If yes, are your premiums current?  (if no, see instructions) | Yes |
| Casualty/property insurance? | Yes |
| If yes, are your premiums current?  (if no, see instructions) | Yes |
| General liability insurance? | Yes |
| If yes, are your premiums current?  (if no, see instructions) | Yes |
| j. Has a plan of reorganization been filed with the court? | No |
| k. Has a disclosure statement been filed with the court? | No |
| l. Are you current with quarterly US Trustee fees? | Yes |

Notes:

[1] Includes both employer and employee taxes.

| Part 8: Individual Chapter 11 Debtors (Only) | |
|---|---|
| a. Gross income (receipts) from salary and wages | $ |
| b. Gross income (receipts) from self-employment | $ |
| c. Gross income from all other sources | $ |
| d. Total income in the reporting period (a+b+c) | $ |
| e. Self-employment related and personal expenses* | $ |
| f. Unusual or significant unanticipated expenses | $ |
| g. Total expenses in the reporting period (e+f) | $ |
| h. Difference between total income and total expenses (d-g) | $ |
| i. List the amount of all postpetition debts that are past due | $ |
| j. Are you required to pay any Domestic Support Obligations in 11 U.S.C section 1129(a)(14)? | Yes ☐  No ☐ |
| k. If yes, have all Domestic Support Obligation payments required under 11 U.S.C section 1129(a)(14) been made? | Yes ☐  No ☐ |

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report by the debtor.**

_Christopher J. Nohl (May 15, 2020)_

Signature of Debtor or Authorized Individual

**Managing Director**

Title

Christopher J. Nohl

Type or Print Name of Signer

May 15, 2020

Date

\* If there are both self-employment related and personal expenses, additional information must be provided showing the composition of each.

# GP Rare Earth Trading Account LLC

## Case No: 19-29617

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

## Receipts and Disbursements

| Type | Posted Date | Serial Number | Counterparty | Notes | Receipt | Disbursement |
|------|-------------|---------------|--------------|-------|---------|--------------|
| Check | 4/1/2020 | | ADP, LLC | Payroll Taxes | | 682.53 |
| Check | 4/6/2020 | 50142 | Kim Markert | Wages | | 1,474.52 |
| Check | 4/7/2020 | | D&S Technologies LLC | Utilities Expense | | 55.71 |
| Deposit | 4/9/2020 | | Historic Third Ward Association | Marketing Expense | 130.00 | |
| Check | 4/10/2020 | | ADP, LLC | ADP Payroll Fees | | 67.20 |
| Check | 4/29/2020 | | Adobe | Hardware/Software Licenses | | 10.54 |
| Excluding Transfers | | | | | 130.00 | 2,290.50 |

Prepared by MorrisAnderson & Associates, Ltd.
Confidential

5/12/2020

## GP Rare Earth Trading Account LLC

**Case No:** 19-29617

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

## Monthly Balance Sheet
RE

| | Oct 31, 19 | Nov 30, 19 | Dec 31, 19 | Jan 31, 20 | Feb 29, 20 | Mar 31, 20 | Apr 30, 20 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| **Checking/Savings** | | | | | | | |
| **Cash at Bank** | | | | | | | |
| PayPal | 1,110.54 | 0.00 | 0.00 | 0.00 | -92.54 | -92.54 | -92.54 |
| **Total Cash at Bank** | 1,110.54 | 0.00 | 0.00 | 0.00 | -92.54 | -92.54 | -92.54 |
| Checking at Metropolitan Comme | 13,795.62 | 31,650.54 | 14,406.65 | 8,335.03 | 624.07 | 2,246.09 | 85.59 |
| **Total Checking/Savings** | 14,906.16 | 31,650.54 | 14,406.65 | 8,335.03 | 531.53 | 2,153.55 | -6.95 |
| **Accounts Receivable** | | | | | | | |
| *Accounts Receivable | 21,547.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Accounts Receivable** | 21,547.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other Current Assets** | | | | | | | |
| **Accounts Receivable** | | | | | | | |
| Receivable -Stolowitz_Voelter | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 |
| **Total Accounts Receivable** | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 |
| **Due to/from Related Parties** | | | | | | | |
| Due to/from Chrysalis Lapidary | -1,200.61 | -1,200.61 | -1,200.61 | -1,200.61 | -1,200.61 | -1,200.61 | -1,200.61 |
| Due to/from GP Model Solutions | 976.00 | 976.00 | 976.00 | 976.00 | 976.00 | 976.00 | 976.00 |
| Due to/from GTIF | 73,451.15 | 68,451.15 | 68,451.15 | 68,451.15 | 68,451.15 | 68,451.15 | 68,451.15 |
| **Total Due to/from Related Parties** | 73,226.54 | 68,226.54 | 68,226.54 | 68,226.54 | 68,226.54 | 68,226.54 | 68,226.54 |
| Prepaid Services | 13,283.00 | 13,283.00 | 13,283.00 | 13,283.00 | 13,283.00 | 13,283.00 | 13,283.00 |
| **Total Other Current Assets** | 121,509.54 | 116,509.54 | 116,509.54 | 116,509.54 | 116,509.54 | 116,509.54 | 116,509.54 |
| **Total Current Assets** | 157,963.20 | 148,160.08 | 130,916.19 | 124,844.57 | 117,041.07 | 118,663.09 | 116,502.59 |
| **Other Assets** | | | | | | | |
| **Fixed Assets** | | | | | | | |
| **Comp and Photography Equip** | | | | | | | |
| Comp and Photography Equip-A/D | -45,165.27 | -45,165.27 | -45,165.27 | -45,165.27 | -45,165.27 | -45,165.27 | -45,165.27 |
| Comp and Photography Equip-Cost | 45,165.27 | 45,165.27 | 45,165.27 | 45,165.27 | 45,165.27 | 45,165.27 | 45,165.27 |
| **Total Comp and Photography Equip** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gladiator Vault** | | | | | | | |
| Gladiator Vault-A/D | -145,733.13 | -148,010.21 | -150,287.29 | -152,564.37 | -154,841.45 | -157,118.53 | -159,395.61 |
| Gladiator Vault-Cost | 191,274.88 | 191,274.88 | 191,274.88 | 191,274.88 | 191,274.88 | 191,274.88 | 191,274.88 |
| **Total Gladiator Vault** | 45,541.75 | 43,264.67 | 40,987.59 | 38,710.51 | 36,433.43 | 34,156.35 | 31,879.27 |
| **Leasehold Improvements** | | | | | | | |
| Leasehold Improvements-A/D | -6,943.14 | -7,065.68 | -7,188.22 | -7,301.87 | -7,415.52 | -7,529.17 | -7,642.82 |
| Leasehold Improvements-Cost | 19,804.67 | 19,804.67 | 19,804.67 | 19,804.67 | 19,804.67 | 19,804.67 | 19,804.67 |
| **Total Leasehold Improvements** | 12,861.53 | 12,738.99 | 12,616.45 | 12,502.80 | 12,389.15 | 12,275.50 | 12,161.85 |
| **Office Furniture** | | | | | | | |
| Office Furniture-A/D | -23,081.87 | -23,459.33 | -23,836.79 | -24,094.73 | -24,352.67 | -24,610.61 | -24,868.55 |
| Office Furniture-Cost | 41,746.60 | 41,746.60 | 41,746.60 | 41,746.60 | 41,746.60 | 41,746.60 | 41,746.60 |
| **Total Office Furniture** | 18,664.73 | 18,287.27 | 17,909.81 | 17,651.87 | 17,393.93 | 17,135.99 | 16,878.05 |
| **Total Fixed Assets** | 77,068.01 | 74,290.93 | 71,513.85 | 68,865.18 | 66,216.51 | 63,567.84 | 60,919.17 |
| **Physical Assets Inventory** | | | | | | | |
| **Fine Minerals Inventory** | | | | | | | |
| Fine Minerals Inventory-Cost | 21,191,903.41 | 21,191,903.41 | 21,191,656.62 | 21,190,609.81 | 21,190,608.81 | 21,191,858.81 | 21,191,858.81 |
| Fine Minerals Inventory-MTM | 42,947,398.24 | 42,947,398.24 | 42,947,398.24 | 42,945,873.85 | 42,945,873.85 | 42,945,873.85 | 42,945,873.85 |
| **Total Fine Minerals Inventory** | 64,139,301.65 | 64,139,301.65 | 64,139,054.86 | 64,136,483.66 | 64,136,482.66 | 64,137,732.66 | 64,137,732.66 |
| **Precious Gems Inventory** | | | | | | | |
| Precious Gems Inventory-Cost | 1,643,824.36 | 1,643,824.36 | 1,643,824.36 | 1,643,824.36 | 1,643,824.36 | 1,643,824.36 | 1,643,824.36 |
| Precious Gems Inventory-MTM | 5,246,851.49 | 5,246,851.49 | 5,246,851.49 | 5,246,851.49 | 5,246,851.49 | 5,246,851.49 | 5,246,851.49 |
| **Total Precious Gems Inventory** | 6,890,675.85 | 6,890,675.85 | 6,890,675.85 | 6,890,675.85 | 6,890,675.85 | 6,890,675.85 | 6,890,675.85 |
| Rough Stone Inventory-Cost | 142,332.99 | 142,332.99 | 142,332.99 | 142,332.99 | 142,332.99 | 142,332.99 | 142,332.99 |
| **Total Physical Assets Inventory** | 71,172,310.49 | 71,172,310.49 | 71,172,063.70 | 71,169,492.50 | 71,169,491.50 | 71,170,741.50 | 71,170,741.50 |
| **Prepaid Assets** | | | | | | | |
| Work in Progress-Artwork | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 |
| Prepaid Assets - Other | 0.00 | 21,926.67 | 13,704.17 | 5,481.67 | 21,926.67 | 13,704.17 | 5,481.67 |
| **Total Prepaid Assets** | 11,000.00 | 32,926.67 | 24,704.17 | 16,481.67 | 32,926.67 | 24,704.17 | 16,481.67 |
| **Total Other Assets** | 71,260,378.50 | 71,279,528.09 | 71,268,281.72 | 71,254,839.35 | 71,268,634.68 | 71,259,013.51 | 71,248,142.34 |
| **TOTAL ASSETS** | **71,418,341.70** | **71,427,688.17** | **71,399,197.91** | **71,379,683.92** | **71,385,675.75** | **71,377,676.60** | **71,364,644.93** |

Prepared by Morris-Anderson & Associates, Ltd.
Confidential

**GP Rare Earth Trading Account LLC**

**Case No:** 19-29617

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

## Monthly Balance Sheet

RE

| | Oct 31, 19 | Nov 30, 19 | Dec 31, 19 | Jan 31, 20 | Feb 29, 20 | Mar 31, 20 | Apr 30, 20 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES & EQUITY** | | | | | | | |
| Liabilities | | | | | | | |
| Current Liabilities | | | | | | | |
| Accounts Payable | | | | | | | |
| *Accounts Payable | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Accounts Payable** | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Current Liabilities | | | | | | | |
| Accrued Payroll | 3,948.35 | 2,664.04 | 2,664.04 | 2,664.04 | 2,664.04 | 2,664.04 | 2,664.04 |
| Accrued Rent | 2,122.58 | 4,472.58 | 0.00 | 2,350.00 | 2,350.00 | 4,700.00 | 7,050.00 |
| Prepetition Liabilities STC | 120,353.94 | 120,353.94 | 120,353.94 | 119,712.37 | 119,712.37 | 119,712.37 | 119,712.37 |
| Prof Fees Liability | 15,504.90 | 36,367.45 | 46,151.98 | 53,164.08 | 86,234.38 | 102,610.90 | 117,410.90 |
| Sales Tax Payable | 0.00 | 0.00 | 31.64 | 34.44 | 35.28 | 35.28 | 35.28 |
| **Total Other Current Liabilities** | 141,929.77 | 163,858.01 | 169,201.60 | 177,924.93 | 210,996.07 | 229,722.59 | 246,872.59 |
| **Total Current Liabilities** | 143,179.77 | 165,108.01 | 169,201.60 | 177,924.93 | 210,996.07 | 229,722.59 | 246,872.59 |
| **Total Liabilities** | 143,179.77 | 165,108.01 | 169,201.60 | 177,924.93 | 210,996.07 | 229,722.59 | 246,872.59 |
| Equity | | | | | | | |
| Members' Equity | | | | | | | |
| Greenpoint Tactical Income Fund | | | | | | | |
| Paid in Capital-Contributions | 26,541,701.54 | 26,563,701.54 | 26,563,701.54 | 26,563,701.54 | 26,588,389.04 | 26,594,289.04 | 26,594,289.04 |
| Paid in Capital-Withdrawals | -4,169,396.44 | -4,169,396.44 | -4,169,396.44 | -4,169,396.44 | -4,169,396.44 | -4,169,396.44 | -4,169,396.44 |
| **Total Greenpoint Tactical Income Fund** | 22,372,305.10 | 22,394,305.10 | 22,394,305.10 | 22,394,305.10 | 22,418,992.60 | 22,424,892.60 | 22,424,892.60 |
| **Total Members' Equity** | 22,372,305.10 | 22,394,305.10 | 22,394,305.10 | 22,394,305.10 | 22,418,992.60 | 22,424,892.60 | 22,424,892.60 |
| Retained Earnings | 46,565,967.68 | 46,565,967.68 | 46,565,967.68 | 48,835,691.21 | 48,835,691.21 | 48,835,691.21 | 48,835,691.21 |
| Net Income | 2,336,889.15 | 2,302,307.38 | 2,269,723.53 | -28,237.32 | -80,004.13 | -112,629.80 | -142,811.47 |
| **Total Equity** | 71,275,161.93 | 71,262,580.16 | 71,229,996.31 | 71,201,758.99 | 71,174,679.68 | 71,147,954.01 | 71,117,772.34 |
| **TOTAL LIABILITIES & EQUITY** | **71,418,341.70** | **71,427,688.17** | **71,399,197.91** | **71,379,683.92** | **71,385,675.75** | **71,377,676.60** | **71,364,644.93** |

Prepared by Mort Henderson & Associates, LLC.
Confidential

# GP Rare Earth Trading Account LLC

STATEMENT UNAUDITED DRAFT

**Case No:**    19-29617

111 E. KILBOURN AVENUE - FLOOR 28; MILWAUKEE, WI 53202

## Monthly Income Statement

RE

| | Oct 4 - 31, 19 | Nov 19 | Dec 19 | Jan 20 | Feb 20 | Mar 20 | Apr 20 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| Dividend Income | 0.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.24 |
| Miscellaneous Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Realized G/L** | | | | | | | | |
| **Realized G/L-Fine Minerals** | | | | | | | | |
| Cost of Goods Sold-Fine Mineral | 0.00 | 0.00 | -246.79 | -2,571.20 | -1.00 | 0.00 | 0.00 | -2,818.99 |
| Gross Proceeds-Fine Minerals | 0.00 | 0.00 | 565.00 | 3,485.00 | 15.00 | 0.00 | 0.00 | 4,065.00 |
| **Total Realized G/L-Fine Minerals** | 0.00 | 0.00 | 318.21 | 913.80 | 14.00 | 0.00 | 0.00 | 1,246.01 |
| **Total Realized G/L** | 0.00 | 0.00 | 318.21 | 913.80 | 14.00 | 0.00 | 0.00 | 1,246.01 |
| **Total Income** | 0.24 | 0.00 | 318.21 | 913.80 | 14.00 | 0.00 | 0.00 | 1,246.25 |
| **Expense** | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 15.61 | 93.54 | 20.51 | 0.00 | 0.00 | 129.66 |
| Depreciation Expense | 2,777.08 | 2,777.08 | 2,777.08 | 2,648.67 | 2,648.67 | 2,648.67 | 2,648.67 | 18,925.92 |
| Educational Materials | 0.00 | 0.00 | 0.00 | 0.00 | 92.54 | 0.00 | 0.00 | 92.54 |
| Hardware/Software Licenses | 0.00 | 10.55 | 10.55 | 10.55 | 10.55 | 10.55 | 10.54 | 63.29 |
| Marketing Expense | 0.00 | 0.00 | 0.00 | 880.00 | 130.00 | 0.00 | -130.00 | 880.00 |
| Miscellaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 96.51 | 12.61 | 0.00 | 0.00 | 26.67 | 0.00 | 135.79 |
| **Payroll Expenses** | | | | | | | | |
| ADP Payroll Fees | 823.67 | 268.80 | 209.40 | 214.20 | 134.40 | 134.40 | 67.20 | 1,852.07 |
| Insurance | -2,256.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,256.00 |
| Payroll Taxes | 850.88 | 1,472.95 | 1,701.76 | 2,764.02 | 705.34 | 855.70 | 682.53 | 9,033.18 |
| Wages | 3,191.88 | 3,680.74 | 3,680.74 | 3,682.32 | 3,682.32 | 1,842.30 | 1,474.52 | 21,234.82 |
| **Total Payroll Expenses** | 2,610.43 | 5,422.49 | 5,591.90 | 6,660.54 | 4,522.06 | 2,832.40 | 2,224.25 | 29,864.07 |
| **Phy Asset Storage & Safekeeping** | | | | | | | | |
| Insurance Expense | 0.00 | 2,740.83 | 8,222.50 | 8,222.50 | 8,222.50 | 8,222.50 | 8,222.50 | 43,853.33 |
| Phy Asset Storage and Display | 9.80 | 0.00 | 14.70 | 0.00 | 0.00 | 0.00 | 0.00 | 24.50 |
| Rent Expense | 2,122.58 | 2,350.00 | 2,350.00 | 2,350.00 | 2,350.00 | 2,350.00 | 2,350.00 | 16,222.58 |
| Security Expense | 0.00 | 266.05 | 617.31 | 1,815.85 | 0.00 | 0.00 | 0.00 | 2,699.21 |
| Utilities Expense | 163.57 | 55.71 | 187.52 | 214.07 | 193.68 | 158.36 | 55.71 | 1,028.62 |
| **Total Phy Asset Storage & Safekeeping** | 2,295.95 | 5,412.59 | 11,392.03 | 12,602.42 | 10,766.18 | 10,730.86 | 10,628.21 | 63,828.24 |
| Postage and Delivery | 0.00 | 0.00 | 7.90 | -6.70 | 0.00 | 0.00 | 0.00 | 1.20 |
| **Travel & Entertainment Expenses** | | | | | | | | |
| Travel Expense-Transportation | 0.00 | 0.00 | 2,429.85 | 0.00 | 0.00 | 0.00 | 0.00 | 2,429.85 |
| **Total Travel & Entertainment Expenses** | 0.00 | 0.00 | 2,429.85 | 0.00 | 0.00 | 0.00 | 0.00 | 2,429.85 |
| **Total Expense** | 7,683.46 | 13,719.22 | 23,117.53 | 22,139.02 | 18,060.51 | 16,249.15 | 15,381.67 | 116,350.56 |
| **Net Ordinary Income** | -7,683.22 | -13,719.22 | -22,799.32 | -21,225.22 | -18,046.51 | -16,249.15 | -15,381.67 | -115,104.31 |
| **Other Income/Expense** | | | | | | | | |
| **Other Expense** | | | | | | | | |
| Restructuring | 15,504.90 | 20,862.55 | 9,784.53 | 7,012.10 | 33,720.30 | 16,376.52 | 14,800.00 | 118,060.90 |
| **Total Other Expense** | 15,504.90 | 20,862.55 | 9,784.53 | 7,012.10 | 33,720.30 | 16,376.52 | 14,800.00 | 118,060.90 |
| **Net Other Income** | -15,504.90 | -20,862.55 | -9,784.53 | -7,012.10 | -33,720.30 | -16,376.52 | -14,800.00 | -118,060.90 |
| **Net Income** | **-23,188.12** | **-34,581.77** | **-32,583.85** | **-28,237.32** | **-51,766.81** | **-32,625.67** | **-30,181.67** | **-233,165.21** |

Prepared by Morris Anderson & Associates, Ltd.
Confidential

5/12/2020

Page 3 of 3



## Statement for April 2020

GP Rare Earth Trading Account LLC
111 E KILBOURN AVE
FLOOR 28
53202 MILWAUKEE

## Balance Summary (4/1/20 - 4/30/20)

|     | Available beginning | Available ending | Withheld beginning | Withheld ending |
|-----|--------------------:|-----------------:|-------------------:|----------------:|
| USD | -92.54 | -92.54 | 0.00 | 0.00 |

*-- There are no transactions for this month --*

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Mr. Christopher Nohl
Debtor in Possession
111 E. Kilbourne Ave, Fl 28
Milwaukee WI 53202

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Acct LLC |
| Trustee Number | 690530 |
| Trustee Name | Mr. Christopher Nohl |
| | FIDUCIARY |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ...7537 | $2,246.09 | $85.59 |
| **Total** | | **$2,246.09** | **$85.59** |

## TRUSTEE CHECKING                             Account Number: ...7537

| Enclosures | 1 | Beginning Balance | $2,246.09 |
|---|---|---|---|
| | | +Total Additions | $130.00 |
| | | -Total Subtractions | $2,290.50 |
| | | **Ending Balance** | **$85.59** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| | 04-06 | $1,474.52 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 04-01 | ADP Tax ADP Tax 200401 CCD | $682.53 |
| 04-07 | D & S TEHNOLOGIE POS | $55.71 |
| 04-10 | ADP PAYROLL FEES ADP - FEES 200410 | $67.20 |
| 04-29 | Adobe Inc POS | $10.54 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 04-09 | HISTORIC THIRD W POS | $130.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-01 | $1,563.56 | 04-06 | $89.04 | 04-07 | $33.33 |
| 04-09 | $163.33 | 04-10 | $96.13 | 04-29 | $85.59 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**

As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.