# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Greenpoint Tactical Income Fund LLC, and | Case No. 19-29613-gmh |
| GP Rare Earth Trading Account LLC, | Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11<br>(Jointly Administered<br>Under Case No. 19-29613) |

## NOTICE OF DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT WITH H INFORMATICS, LLC

PLEASE TAKE NOTICE that Debtor Greenpoint Tactical Income Fund LLC (**"GPTIF"**) by its attorneys Steinhilber Swanson LLP, by Michael P. Richman and Claire Ann Richman, have filed a Motion for authority to reject an executory contract with H Informatics, LLC (**"Motion"**).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the matter, then no later than **14 days from the date of this Notice**, you or your attorney must:

1. File with the Court a written objection at:

   Clerk of the U. S. Bankruptcy Court
   Room 126, Federal Courthouse
   517 E. Wisconsin Avenue
   Milwaukee, WI 53202

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any objection should state briefly the grounds for such objection and request a hearing date. Unless a written request for hearing is filed with the Court on or before the date indicated above, an order will be entered granting the relief requested in the Motion.

Dated: January 13, 2022.

STEINHILBER SWANSON LLP

By:    */s/ Michael P. Richman*
Michael P. Richman
Claire Ann Richman
Attorney for the Debtors
122 W. Washington Ave., Suite 850
Madison, WI 53703-2718
Tel: (608) 630-8990; Fax: (608) 630-8991
mrichman@steinhilberswanson.com
crichman@steinhilberswanson.com