So Ordered.

Dated: April 14, 2022



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Greenpoint Tactical Income Fund LLC, and | Case No. 19-29613-gmh |
| GP Rare Earth Trading Account LLC, | Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11 (Jointly Administered Under Case No. 19-29613) |

### ORDER APPROVING FINAL FEE APPLICATION OF LATIMER LeVAY FYOCK, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTOR[1]

Latimer LeVay Fyock, LLC ("**Applicant**") filed a Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses as Special Counsel to the

---

[1] This document is filed in relation to the joint debtor, Greenpoint Tactical Income Fund LLC.

Debtor. Applicant requested final approval and payment of fees and costs incurred from February 3, 2021, to February 21, 2022, in the total amount of $21,390. ECF No. 1343. No objections were filed.

    IT IS HEREBY ORDERED that:

    1.    The Application is approved.

    2.    Compensation to Applicant in the amount of $21,390.00 in professional fees and $0 in expenses is allowed on a final basis as a chapter 11 administrative expense of the Greenpoint Tactical Income Fund LLC pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

#####