# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| Greenpoint Tactical Income Fund LLC, and<br>GP Rare Earth Trading Account LLC, | Case No. 19-29613-gmh<br>Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11<br>(Jointly Administered<br>Under Case No. 19-29613) |

## NOTICE OF EFFECTIVE DATE OF DEBTORS' CHAPTER 11 PLANS

On May 18, 2022, the Bankruptcy Court entered an Order Confirming the Debtors' Modified Third Amended Chapter 11 Plans of Reorganization [GPTIF Doc 1470; GPRE Doc 81] (the "**Confirmation Order**"). The Confirmation Order confirmed the Modified Third Amended Chapter 11 Plan of Reorganization of Greenpoint Tactical Income Fund LLC [GPTIF Doc 1457] (the "**GPTIF Plan**") and the Modified Third Amended Chapter 11 Plan of Reorganization of GP Rare Earth Trading Account LLC [GPTIF Doc 1458] (the "**GPRE Plan**," and collectively, the "**Plans**").

The GPTIF Plan provides that the "Effective Date" is the date on which all conditions set forth in Article 5 of the GPTIF Plan are met. [GPTIF Plan § 1.30.] GPTIF Plan Article 5 provides that the Effective Date shall occur only if (a) the Debtor has cash from all available sources sufficient to make all payments required to be made on the Effective Date, unless the recipients of any payments required under the GPTIF Plan agree to receive deferred payments; (b) the Third Amended Operating Agreement has been approved by the requisite number of Interest Holders; and (c) the GPRE Plan has been confirmed and its conditions precedent are met, unless waived in writing by GPTIF. [*Id.* § 5.2.]

1

The GPRE Plan also provides that the "Effective Date" is the date on which all conditions set forth in Article 5 of the GPRE Plan are met. [GPRE Plan § 1.26.] GPRE Plan Article 5 provides that the Effective Date shall occur only if (a) the Debtor has cash from all available sources sufficient to make all payments required to be made on the Effective Date, unless the recipients of any payments required under the GPRE Plan agree to receive deferred payments; and (b) the GPTIF Plan has been confirmed and its conditions precedent are met, unless waived in writing by GPRE. [*Id.* § 5.2.]

PLEASE TAKE NOTICE that all the foregoing conditions precedent for the Effective Date of the Plans were satisfied on May 19, 2022, including the payment of all amounts required to be paid on the Effective Date. Therefore, the Effective Date for the GPTIF Plan and the GPRE Plan is May 19, 2022.

Dated: May 19, 2022.  **STEINHILBER SWANSON LLP**

By:    */s/ Michael P. Richman*
Michael P. Richman
Claire Ann Richman
122 West Washington Avenue, Suite 850
Madison, WI 53703-2732
Tel: (608) 630-8990; Fax: (608) 630-8991
mrichman@steinhilberswanson.com
crichman@steinhilberswanson.com

*Attorneys for Greenpoint Tactical Income Fund LLC and GP Rare Earth Trading Account LLC*