# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Greenpoint Tactical Income Fund, LLC and GP Rare Earth Trading Account LLC, | Case No. 19-29613-gmh<br>Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11<br>(Jointly Administered Under Case No. 19-29613) |

## NOTICE OF FOURTH AND FINAL FEE APPLICATION OF FREEBORN & PETERS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE that Freeborn & Peters LLP ("*Freeborn*"), counsel to the Official Committee of Equity Security Holders (the "*Committee*") of Greenpoint Tactical Income Fund, LLC ("*GTIF*" and together with GP Rare Earth Trading Account LLC,"*GPRE*", the "*Debtors*"), appointed in the Debtors' chapter 11 cases, has submitted to the Court their application for compensation (the "*Final Fee Application*") which seeks: (i) final approval of compensation in the amount of $1,143,443.68 for services rendered and $15,632.68 for reimbursement of expenses incurred for the period of December 9, 2019 through May 19, 2022, and (ii) authorization of payment of $107,160.84 representing all unpaid amounts due and owing to Freeborn on account of this Final Fee Application. A copy of the Final Fee Application, along with an itemized account of the fees requested, may be obtained by contacting the Committee's counsel via email at ejanczak@freeborn.com or via telephone at (312) 360-6000.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to approve the Final Fee Application, or if you would like the Court to consider your views on it, then you or your attorney must respond no later than **21 days after service of this notice or by June 15, 2022**, by filing a copy of your response with the Bankruptcy Clerk of Court, whose address is below, and serve a copy to the Committee's attorneys.

Clerk of the U. S. Bankruptcy Court
Room 126, Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any response should state briefly the grounds for such objection and request a hearing date. If you do not want the Court to approve the Final Fee Application or if you would like the Court to consider your views on it, then you or your attorney must also appear at the hearing that will be scheduled if a response is filed. If you or your attorney does not take these steps, the Court may decide that you do not oppose the Final Fee Application and may enter an order approving it without further notice or hearing.

Dated: May 24, 2022          **FREEBORN & PETERS LLP**

By: /s/ Elizabeth L. Janczak
     One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:     312.360.6000
Fax:     312.360.6520
Email:    sderousse@freeborn.com
             ejanczak@freeborn.com

*Counsel for the Committee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Greenpoint Tactical Income Fund, LLC | Case No. 19-29613-gmh |
| and GP Rare Earth Trading Account LLC, | Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11 (Jointly Administered Under Case No. 19-29613) |

## CERTIFICATE OF SERVICE

I, Elizabeth L. Janczak, an attorney, hereby certify that on May 24, 2022, I caused a true and correct copy of the foregoing **Notice of Fourth and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Equity Security Holders** and **Fourth and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Equity Security Holders**, to be filed with the Court and served upon the following parties by the manners listed.

                                                                     /s/ Elizabeth L. Janczak

## CM/ECF Service List on May 24, 2022

Kelsey Christine Boehm    kboehm@foley.com
Joseph Donald Brydges    jdbrydges@michaelbest.com, CourtMail@michaelbest.com;smbunge@michaelbest.com
Michelle S. Y. Cramer    michelle.cramer@usdoj.gov, Carrie.Jekelis@usdoj.gov
Angela D. Dodd    dodda@sec.gov, whitech@sec.gov;lynchem@sec.gov;kerstetterc@sec.gov;stockwellt@sec.gov
Devon J. Eggert    deggert@bcblaw.net, pfoster@bcblaw.net
Peyton Barkley Engel    pengel@hurleyburish.com
David J. Espin    despin@petriepettit.com
Michael S. Etkin    metkin@lowenstein.com
Jerome R. Kerkman    jkerkman@kerkmandunn.com, lewert@kerkmandunn.com; nkerkman@kerkmandunn.com
Charles J. Kerstetter    kerstetterc@sec.gov
Emil Paul Khatchatourian    ekhatchatourian@foley.com, emil-khatchatourian-1761@ecf.pacerpro.com
Matthew D. Lee    mdlee@foley.com, jbedner@foley.com
Chad R. Levanetz    clevanetz@ruderware.com, trichardson@ruderware.com
Alexander Loftus    alex@loftusandeisenberg.com
Nicholas James Loniello    nick@madlegal.com
Vincent Marriott    marriott@ballardspahr.com
Chandler W Matson    chandler@barrlaw.com

Justin M. Mertz    jmmertz@michaelbest.com, jcalmes@michaelbest.com; courtmail@michaelbest.com
Averi Anne Niemuth    aniemuth@kerkmandunn.com
Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
Benjamin P. Payne    bpayne@hansonpayne.com, hpmyecf@gmail.com; 4271203420@filings.docketbird.com; hpmyecf@gmail.com; bfenton@hansonpayne.com; hpigotnotices@gmail.com
David M. Pelletier    dpelletier@axley.com, ediehl@axley.com
Eliza M. Reyes    ereyes@steinhilberswanson.com, jlittel@steinhilberswanson.com; 5585853420@filings.docketbird.com
Claire Ann Richman    crichman@steinhilberswanson.com, bsandmire@steinhilberswanson.com, 1922193420@filings.docketbird.com
Michael P Richman    mrichman@steinhilberswanson.com, bsandmire@steinhilberswanson.com; 5378539420@filings.docketbird.com
Andrew H. Robinson    arobinson@mzmilw.com
Robert Romashko    robert.romashko@huschblackwell.com
Jennifer M Schank    jschank@fuhrmandodge.com, eburtz@fuhrmandodge.com
Evan Schmit    eschmit@kerkmandunn.com, lewert@kerkmandunn.com
Laura D. Steele    Laura.Steele@usdoj.gov
Timothy J. Stockwell    stockwellt@sec.gov
Gregory Straub    greg-straub@msn.com
Mary C. Turke    mary@turkestrauss.com
Karla M. Vehrs    vehrsk@ballardspahr.com, SummersM@ballardspahr.com
William E Wallo    wwallo@bakkenorman.com, abenson@bakkenorman.com
Heidi Lynn Ziegler    heidilynnziegler@gmail.com

**U.S. Mail Service on May 25, 2022 (Notice of Fourth and Final Fee Application Only)**

See attached mailing matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 19-29613-gmh<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue May 17 11:26:10 CDT 2022 | Alexander Sharif Children's Fund<br>161 N. Clark, Suite 1600<br>35th Floor<br>Chicago, IL 60601-3338 | Amplo IRA, Ariana<br>1646 W Augusta Blvd #2<br>Chicago, IL 60622-3806 |
| Amplo IRA, Ariana<br>2550 N. Kimball Ave.<br>Chicago, IL 60647-1204 | Angela Hull<br>N76W36207 Saddlebrook Ln<br>Oconomowoc, WI 53066-1100 | Angela Hull IRA<br>N76W36207 Saddlebrook Ln<br>Oconomowoc, WI 53066-1100 |
| Angela Hull Roth IRA<br>N76W36207 Saddlebrook Ln<br>Oconomowoc, WI 53066-1100 | Anna Houden<br>307 Farwell Dr.<br>Madison WI 53704-6023 | Annette Kaja<br>34334 Valley Road<br>Oconomowoc WI 53066-4922 |
| Atty Paul R. Jacquart<br>Hansen Reynolds LLC<br>301 N. Broadway St., Ste 400<br>Milwaukee, WI 53202-2660 | Ballard Spahr LLP<br>2000 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402-2119 | Ballard Spahr LLP<br>1735 Market St.<br>51st Floor<br>Philadelphia, PA 19103-7599 |
| Barbara & Robert Holschuh<br>271 Lost Ridge Ct.<br>Green Bay WI 54302-4473 | Benjamin L Holbrook Trust<br>PO Box 27<br>North Lake, WI 53064-0027 | Benjamin L. Holbrook 2005 Trust<br>P.O. Box 27<br>North Lake, WI 53064-0027 |
| Bennett Schiller Trust<br>c/o Justin Mertz<br>100 E. Wisconsin Ave. #3300<br>Milwaukee, WI 53202-4124 | Benson IRA, Catherine<br>4335 Apple Valley<br>Bettendorf, IA 52722-2127 | Benson IRA, Steven<br>4335 Apple Valley<br>Bettendorf, IA 52722-2127 |
| Benson Roth IRA, Catherine<br>4335 Apple Valley<br>Bettendorf, IA 52722-2127 | Benson Roth IRA, Steven<br>4335 Apple Valley<br>Bettendorf, IA 52722-2127 | Benson, Catherine & Steven<br>Steven and Catherine Benson<br>4335 Apple Valley Dr.<br>Bettendorf, IA 52722-2127 |
| John E. Birkenheier<br>United States Securities and Exchange Co<br>175 W. Jackson Blvd.<br>Suite 1450<br>Chicago, IL 60604-2710 | Emily and Mark Blaskey<br>c/o Attorney Chad R. Levanetz<br>Ruder Ware, L.L.S.C<br>222 Cherry Street<br>Green Bay, WI 54301-4223 | Bock, Sheila<br>1714 Brookside Lane<br>Waunakee, WI 53597-2621 |
| Bock, Sheila, Estate of<br>c/o Attorney Melissa K. Warner<br>P.O. Box 1767<br>Madison, WI 53701-1767 | Kelsey Christine Boehm<br>Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5306 | Bonnie Draxler IRA<br>5995 Kennedy St<br>Auburndale, WI 54412-9022 |
| Bonnie Draxler Roth IRA<br>5995 Kennedy St<br>Auburndale, WI 54412-9022 | Braganca Law LLC<br>5250 Old Orchard Road<br>Suite 300<br>Skokie, IL 60077-4462 | Joseph Donald Brydges<br>Michael Best & Friedrich, LLP<br>1 S. Pinckney Street, Suite 700<br>PO Box 1806<br>Madison, WI 53701-1806 |

| | | |
|---|---|---|
| Christopher Burke<br>Lowenstein Sandler LLP<br>c/o Michael S. Etkin, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Burke Conduit IRA, Chris<br>4363 Goldfinch St<br>San Diego, CA 92103-1315 | Burke IRA, Chris<br>4363 Goldfinch St<br>San Diego, CA 92103-1315 |
| Burke, Chris<br>4363 Goldfinch St<br>San Diego, CA 92103-1315 | Busch IRA, Ruth<br>Axley Brynelson, LLP<br>c/o David M. Pelletier<br>2 East Mifflin Street, Suite 200<br>P.O. Box 1767<br>Madison, WI 53701-1767 | Busch IRA, Ruth<br>1720 Violet Pl<br>Middleton, WI 53562-3265 |
| Busch Revocable Trust<br>Axley Brynelson, LLP<br>c/o David M. Pelletier<br>2 East Mifflin Street, Suite 200<br>P.O. Box 1767<br>Madison, WI 53701-1767 | Busch Revocable Trust<br>1720 Violet Pl<br>Middleton, WI 53562-3265 | Busch Revocable Trust (Account 2)<br>Axley Brynelson, LLP<br>c/o David M. Pelletier<br>2 East Mifflin Street, Suite 200<br>P.O. Box 1767<br>Madison, WI 53701-1767 |
| Busch Revocable Trust (Account 2)<br>1720 Violet Pl<br>Middleton, WI 53562-3265 | C Lentz & R Lentz TTEE Karen J Fredricks<br>W394N5817 Courland<br>Oconomowoc, WI 53066-2126 | CLA<br>CliftonLarsonAllen LLP<br>1040 Oconomowoc Parkway<br>Oconomowoc, WI 53066-4621 |
| California Appellate Law Group LLC<br>96 Jessie Street<br>San Francisco, CA 94105-2925 | Camille Haney<br>3939 Monona Dr., Apt. 102<br>Monona, WI 53716-1176 | Evan Caplan<br>510 W. 6th St., Ste. 916<br>Los Angeles, CA 90014-1310 |
| Carrie Xander IRA<br>N7194 Hwy 69<br>Monticello, WI 53570-9502 | Carroll IRA, Jane<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 | Carroll, Jane<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 |
| Cary V. McCormick<br>a/k/a Cary V. Schmidt<br>c/o Attorney Loniello<br>131 West Wilson Street, Suite 1201<br>Madison WI 53703-3225 | Catherine L. Benson<br>(Benson IRA, Catherine)<br>4335 Apple Valley Dr.<br>Bettendorf, IA 52722-2127 | Catherine L. Benson<br>(Benson Roth IRA, Catherine)<br>4335 Apple Valley Dr.<br>Bettendorf, IA 52722-2127 |
| Chadwick Keller IRA<br>Chadwick Keller<br>2240 Michelle Ct.<br>Brookfield WI 53045-5021 | Tom Chicantek<br>S37 W35431 Hwy D<br>Dousman, WI 53118-9611 | Chicantek IRA, Thomas<br>S37W35431 Hwy D<br>Dousman, WI 53118-9611 |
| Chris Houden<br>307 Farwell Dr.<br>Madison WI 53704-6023 | Chris Houden<br>Foley & Lardner c/o Matthew D. Lee<br>150 E. Gilman Street<br>Madison, WI 53703-1499 | Chris Houden GST<br>Chris Houden<br>307 Farwell Dr.<br>Madison WI 53704-6023 |
| Chris Houden Roth IRA<br>Chris Houden<br>307 Farwell Dr.<br>Madison WI 53704-6023 | Chris Houdin<br>Foley & Lardner<br>c/o Rachel Blise<br>777 East Wisconsin Ave.<br>Milwaukee, WI 53202-5306 | Christopher & Rebecca Guendel<br>7160 S. Woelfel Rd.<br>Franklin WI 53132-1900 |

| | | |
|---|---|---|
| Christopher Burke<br>c/o Michael Elkin<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland NJ 07068-1791 | Christopher Burke Conduit IRA<br>aka NuView IRA FBO Christopher Burke IRA<br>Lowenstein Sandler LLP c/o Michael Elkin<br>One Lowenstein Drive<br>Roseland NJ 07068-1791 | Christopher Burke IRA<br>aka NuView IRA FBO Christopher Burke IRA<br>Lowenstein Sandler LLP c/o Michael Elkin<br>One Lowenstein Drive<br>Roseland NJ 07068-1791 |
| Chrysalis Financial LLC<br>3240 N. Summitt Avenue<br>Milwaukee, WI 53211-3151 | Chrysalis Financial LLC<br>3240 North Summit Avenue<br>Milwaukee, WI 53211-3151 | Chrysalis Financial, LLC<br>c/o: William E. Wallo<br>Bakke Norman, S.C.<br>130 S. Barstow Street, Suite 1C<br>Eau Claire, WI 54701-3650 |
| Chrysalis Lapidary Company LLC<br>2340 N. Summit Avenue<br>Milwaukee WI 53211-5321 | Chrysalis Lapidary Company LLC<br>3240 N. Summit Avenue<br>Milwaukee, WI 53211-3151 | Collector's Edge Minerals Inc.<br>490 Orchard Street<br>Golden, CO 80401-5531 |
| David & Suzanne Connolly<br>4520 N. Wildwood Avenue<br>Shorewood, WI 53211-1409 | Connolly IRA, David<br>4520 N Wildwood Ave<br>Shorewood, WI 53211-1409 | Connolly IRA, Suzanne<br>4520 N Wildwood Ave<br>Shorewood, WI 53211-1409 |
| Connolly Roth IRA, Suzanne<br>4520 N Wildwood Ave<br>Shorewood, WI 53211-1409 | Connolly, David<br>4520 N Wildwood Ave<br>Shorewood, WI 53211-1409 | Connors SEP, Dennis<br>E7190 Eagle Ridge<br>Reedsburg, WI 53959-9447 |
| Connors, Hilary<br>E7190 Eagle Ridge<br>Reedsburg, WI 53959-9447 | Connors, Tanner<br>E7190 Eagle Ridge<br>Reedsburg, WI 53959-9447 | Connors, Terri<br>E7190 Eagle Ridge<br>Reedsburg, WI 53959-9447 |
| Craig Steven Lentz<br>W394N5817 Courland<br>Oconomowoc, WI 53066-2126 | Daniel Barnes Revocable Trust<br>228 W Main St<br>Evansville, WI 53536-1019 | David Connolly IRA<br>4520 N Wildwood Avenue<br>Shorewood, WI 53211-1409 |
| Davis, Khris Revocable Trust<br>1209 Dahlia Ct<br>Mishawaka, IN 46545-8902 | Shelly A. DeRousse<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606-6679 | Dean & Karen Voeks JT<br>Axley Brynelson, LLP<br>c/o David M. Pelletier<br>2 East Mifflin Street, Suite 200<br>P.O. Box 1767<br>Madison, WI 53701-1767 |
| Dean & Karen Voeks JT<br>E12793 W Point Dr<br>Merrimac, WI 53561-9786 | Dean Voeks IRA<br>Axley Brynelson, LLP<br>c/o David M. Pelletier<br>2 East Mifflin Street, Suite 200<br>P.O. Box 1767<br>Madison, WI 53701-1767 | Dean Voeks IRA<br>E12793 W Point Dr<br>Merrimac, WI 53561-9786 |
| Dean Voeks IRA<br>c/o Attorney David M. Pelletier<br>Axley Brynelson, LLP<br>2 E. Mifflin St. Suite 200<br>Madison, WI 53701-9997 | Dean and Karen Voeks<br>c/o Attorney David M. Pelletier<br>Axley Brynelson, LLP<br>2 E. Mifflin St. Suite 200<br>Madison, WI 53701-9997 | Deanna Schneider<br>Stoltmann Law Offices<br>161 N. Clark, Suite 1600<br>CHICAGO, IL 60601-3338 |

| | | |
|---|---|---|
| Debra Houden<br>307 Farwell Dr.<br>Madison WI 53704-6023 | Debra Houden IRA<br>Debra Houden<br>307 Farwell Dr.<br>Madison WI 53704-6023 | Department Of Workforce Development<br>Division Of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 |
| Dillon Schiller Ind Prop Trust<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 | Dillon Schiller Trust<br>c/o Justin Mertz<br>100 E. Wisconsin Ave. #3300<br>Milwaukee, WI 53202-4124 | Angela D. Dodd<br>Securities & Exchange Commission<br>175 W. Jackson Blvd.<br>Suite 1450<br>Chicago, IL 60604-2710 |
| Duff & Phelps, LLC<br>311 South Wacker Dr., Suite 4200<br>Chicago, IL 60606-6622 | Duff & Phelps, LLC<br>167 N. Green St., 12th Floor<br>Chicago, IL 60607-2303 | Emily Blaskey<br>2004 E. Willson Drive<br>Altonna WI 54720-1403 |
| Peyton Barkley Engel<br>Hurley Burish, S.C.<br>33 E. Main St., Suite 400<br>P.O. Box 1528<br>Madison, WI 53701-1528 | Eric Weiss<br>3934 N Hickory Ln.<br>Oconomowoc, WI 53066-4537 | Eric Weiss<br>c/o Michael D. Huitink<br>Sorrentino Burkert Risch LLC<br>675 N Barker Road, Suite 300<br>Brookfield, WI 53045-5911 |
| Erick Hallic<br>7484 Summit Ridge Road<br>Middleton, WI 53562-5313 | Erick J. Hallick<br>24844 W. Lake Forrest Lane<br>Shorewood, IL 60404-8197 | Erick J. Hallick<br>7484 Summit Ridge Road<br>Middleton, WI 53562-5313 |
| David J. Espin<br>Petrie & Pettit<br>250 E. Wisconsin Ave.<br>Suite 1000<br>Milwaukee, WI 53202-4297 | Michael S. Etkin<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | James M. Ewens<br>Box 25<br>North Lake, WI 53064-0025 |
| Jane Ewens<br>P.O. Box 27<br>North Lake, WI 53064-0027 | Susan Ewens<br>26 Analisa Lane<br>Walnut Creek, CA 94596-8605 | Ewens Revocable Trust, Jane<br>PO Box 27<br>North Lake, WI 53064-0027 |
| Ewens Trust, Susan<br>26 Analisa Lane<br>Walnut Creek CA 94596-8605 | Ewens, Jim<br>PO Box 25<br>North Lake, WI 53064-0025 | Ewens, Susan<br>26 Analisa Lane<br>Walnut Creek, CA 94596-8605 |
| Ewens, Susan Roth<br>26 Analisa Lane<br>Walnut Creek, CA 94596-8605 | F. Michael Kluiber<br>15005 Hushing Brae Ct.<br>Brookfield, WI 53005-2682 | First Business Trust & Investment TTEE,<br>Attn: Kevin Pomarnke<br>401 Charmany Dr<br>Madison, WI 53719-1272 |
| John Fish<br>315 Lakewood Blvd<br>Madision, WI 53704-5917 | Judith K. Fitzgerald Ret.<br>Tucker Arensberg, P.C.<br>1 PPG Place, Suite 1500<br>Pittsburgh, PA 15222-5413 | Fleer, Wendy<br>9306 Windy Pt<br>Verona, WI 53593-7912 |

Fleer, Wendy IRA  
9306 Windy Pt  
Verona, WI 53593-7912

Mary Fong Walker  
PO Box 2620  
FallBrook, CA 92088-2620

Forrest Woolworth  
4026 Birch Ave.  
Madison, WI 53711-1605

Francis Bogner IRA  
Murphy Desmond SC,c/o Kristin K. Beilke  
33 E. Main Street, Suite 500  
PO Box 2038  
Madison WI 53701-2038

Frank Carlson  
N54W38930 Islandale Dr  
Oconomowoc, WI 53066-2101

Frank Carlson (Account 2)  
N54W38930 Islandale Dr  
Oconomowoc, WI 53066-2101

Frank Carlson IRA  
N54W38930 Islandale Dr  
Oconomowoc, WI 53066-2101

Frank Carlson Roth IRA  
N54W38930 Islandale Dr  
Oconomowoc, WI 53066-2101

Frank Carlson SEP IRA  
N54W38930 Islandale Dr  
Oconomowoc, WI 53066-2101

Freeborn & Peters LLP  
311 S. Wacker Drive, Suite 3000  
Chicago, IL 60606-6679

Fruechtl, Vicki  
5052 49th Avenue N  
Saint Petersburg, FL 33709-5914

GP Rare Earth Trading Account LLC  
3240 N Summit Ave  
Milwaukee, WI 53211-3151

Genna McCormick Trust  
c/o Justin Mertz  
100 E. Wisconsin Ave. #3300  
Milwaukee, WI 53202-4124

Geoff Vine  
105 4th St  
Waunakee, WI 53597-1311

Geoff Vine  
5133 John Wilkinson Rd.  
Mazomanie WI 53560-9343

Geoffrey C. Vine  
5133 John Wilkinson Rd.  
Mazomanie, WI 53560-9343

Georgia Schiller Trust  
c/o Justin M. Mertz  
100 E. Wisconsin Avenue #3300  
Milwaukee, WI 53202-4124

Shannon Graewin  
3240 N. Summit Avenue  
Milwaukee, WI 53211-3151

Green Bro Pointers S.A.  
1era Ave 6-27 zona 14  
Colonia Navarra Interior C  
Guatemala City, N/A Guatemala

Greenpoint Asset Management II LLC  
N76 W36207 Saddlebrook Lane  
Oconomowoc, WI 53066-1100

Greenpoint Asset Management II LLC  
22 E Mifflin St Ste 302  
Madison, WI 53703-4243

Greenpoint Asset Management II LLC  
Lauren Kelley, Registered Agent  
22 E. Mifflin St., Suite 302  
Madison, WI 53703-4243

Greenpoint Tactical Income Fund LLC  
3240 N Summit Ave  
Milwaukee, WI 53211-3151

Greenpoint Tactical Income Fund LLC  
111 E. Kilbourne Ave., FL 28  
Milwaukee, WI 53202-6647

Greenpoint Tactical Income Funding LLC  
111 E. Kilbourne Ave., FL 28  
Milwaukee, WI 53202-6647

Gregory Orlick IRA  
906 Westham Pkwy  
Henrico, VA 23229-6736

Christopher Guendel  
7160 S. Woelfel Rd.  
Franklin, WI 53132-1900

Guendel, Christopher & Rebecca  
7160 S Woelfel Rd  
Franklin, WI 53132-1900

H Informatics LLC  
N76W36207 Saddlebrook Ln  
Oconomowoc, WI 53066-1100

H Informatics, LLC  
Bakke Norman, S.C.  
c/o: William E. Wallo  
130 S. Barstow Street, Suite 1C  
Eau Claire, WI 54701-3650

| | | |
|---|---|---|
| Eric Hallick<br>Mallery & Zimmerman, S.C.<br>c/o Andrew Robinson<br>731 North Jackson Street<br>Milwaukee, WI 53202-4613 | Hallick IRA, Erick<br>24844 W. Lake Forrest Lane<br>Shorewood, IL 60404-8197 | Hallick IRA, Erick<br>7484 Summit Ridge Road<br>Middleton, WI 53562-5313 |
| Hallick, Erick<br>24844 W. Lake Forrest Lane<br>Shorewood, IL 60404-8197 | Hallick, Erick<br>7484 Summit Ridge Road<br>Middleton, WI 53562-5313 | Camille Haney<br>MICHAEL BEST & FRIEDRICH LLP<br>c/o Justin M. Mertz<br>790 N. Water Street, #2500<br>Milwaukee, WI 53202-4108 |
| Haney, Camille<br>3939 Monona Drive #102<br>Monona, WI 53716-1176 | Heidi Lynn Ziegler<br>300 Carlsbad Village Drive<br>Suite 108-35<br>Carlsbad, CA 92008-2900 | Christopher Houden Sr.<br>307 Farwell Drive<br>Madison, WI 53704-6023 |
| Houden GST, Chris<br>307 Farwell Dr<br>Madison, WI 53704-6023 | Houden IRA, Debra<br>307 Farwell Dr<br>Madison, WI 53704-6023 | Houden Life Insurance Trust<br>307 Farwell Dr.<br>Madison WI 53704-6023 |
| Houden Living Trust, Timothy<br>1678 Rutherford Ridge<br>Ogden, UT 84403-4400 | Houden, Chris<br>307 Farwell Dr<br>Madison, WI 53704-6023 | Houden, Debra<br>307 Farwell Dr<br>Madison, WI 53704-6023 |
| Houden, Jeff<br>4984 Borcher's Beach Rd<br>Waunakee, WI 53597-9174 | Michael G Hull<br>N76WW36207 Saddlebrook Ln<br>Oconomowoc, WI 53066 | Hull, Judith<br>4740 Keystone Crossing Apt 220<br>Eau Claire, WI 54701-2823 |
| Hurley Burish, S.C.<br>P.O. Box 1528<br>Madison, WI 53701-1528 | Hurley Burish, S.C.<br>33 E. Main Street, Suite 400<br>Madison, WI 53703-3095 | Husch Blackwell<br>555 E. Wells Street, Suite 1900<br>Milwaukee, WI 53202-3819 |
| Husch Blackwell LLP<br>Attn: Mark T. Benedict<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112-2551 | Iavarone Law Firm<br>3629 Keenan Lane<br>Glenview, IL 60026-1103 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Central Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JD McCormick Company LLC<br>c/o Justin Mertz<br>100 E. Wisconsin Ave. #3300<br>Milwaukee, WI 53202-4124 | JD McCormick Company LLC 401(k)<br>101 N Mills St<br>Madison, WI 53715-1136 |
| JD McCormick Company, LLC<br>Michael Best & Friedrich LLP<br>One South Pinckney Street, Suite 700<br>P.O. Box 1806<br>Madison, WI 53701-1806 | Elizabeth L. Janczak<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606-6679 | Jane Ewens Revocable Trust<br>P.O. Box 27<br>North Lake, WI 53064-0027 |

| | | |
|---|---|---|
| Jane Ewens and<br>Jane Ewens Revocable Trust<br>P.O. Box 27<br>North Lake, WI 53064-0027 | Jannah Mather<br>W3247 Yellow Banks Trail<br>Nekoosa, WI 54457-9401 | Jannah Mather IRA<br>W3247 Yellowbanks Tr<br>Nekoosa, WI 54457-9401 |
| Jean Holtz IRA<br>301 Holtz St.<br>Rock Springs, WI 53961-9701 | Jean Holtz Roth<br>301 Holtz St<br>Rock Springs, WI 53961-9701 | Jean Holtz Roth IRA<br>301 Holtz St.<br>Rock Springs, WI 53961-9701 |
| Jeff Houden<br>4984 Borcher's Beach Rd.<br>Waunakee WI 53597-9174 | Jeff Houden GST<br>4984 Borcher's Beach Rd.<br>Waunakee, WI 53597-9174 | Jeffry Huser IRA<br>2455 Lake Rd<br>Junction City, WI 54443-9691 |
| John Fish<br>315 Lakewood Blvd<br>Madison, WI 53704-5917 | John Fish IRA<br>315 Lakewood Blvd<br>Madison, WI 53704-5917 | John Markson<br>3517 Strawberry Loop<br>Middleton, WI 53562-1186 |
| Joseph McCormick<br>3310 Lake Mendota Dr.<br>Madison, WI 53705-1469 | Joseph McCormick<br>3310 Lake Mendota Dr.<br>Suite 3300<br>Madison, WI 53705-1469 | Joseph McCormick<br>c/o Justin M. Mertz<br>100 E. Wisconsin Ave. #3300<br>Milwaukee, WI 53202-4124 |
| Judith S. Hull<br>4740 Keystone Xing #220<br>Eau Claire WI 54701-2823 | Justin Mertz<br>100 E. Wisconsin Ave.<br>Suite 3300<br>Milwaukee, WI 53202-4124 | Kaja IRA, Annette<br>2400 Faire Lakes Parkway<br>Hartland, WI 53029-8353 |
| Kaja IRA, Annette<br>34334 Valley Road<br>Oconomowoc, WI 53066-4922 | Kaja Roth IRA, Annette<br>2400 Faire Lakes Parkway<br>Hartland, WI 53029-8353 | Kaja Roth IRA, Annette<br>34334 Valley Road<br>Oconomowoc, WI 53066-4922 |
| Kaja, Annette<br>2400 Faire Lakes Parkway<br>Hartland, WI 53029-8353 | Kaja, Annette<br>34334 Valley Road<br>Oconomowoc, WI 53066-4922 | Kaja, Annette (Account 2)<br>2400 Faire Lakes Parkway<br>Hartland, WI 53029-8353 |
| Kaja, Annette (Account 2)<br>34334 Valley Road<br>Oconomowoc, WI 53066-4922 | Kaja, Annette (Account 3)<br>2400 Faire Lakes Parkway<br>Hartland, WI 53029-8353 | Kaja, Annette (Account 3)<br>34334 Valley Road<br>Oconomowoc, WI 53066-4922 |
| Karen Fredrickson Ttee of Rebecca Lenz<br>W394N5835 Courtland<br>Oconomowoc, WI 53066-2126 | Karen J Fredrickson TTEE Rebecca Lentz I<br>W356N6725 E. Stonewood Drive<br>Oconomowoc, WI 53066-6215 | Karen Voeks IRA<br>c/o Attorney David M. Pelletier<br>Axley Brynelson, LLP<br>2 E. Mifflin St. Suite 200<br>Madison, WI 53701-9997 |

| | | |
|---|---|---|
| Karen Voeks JT<br>c/o Attorney David M. Pelletier<br>Axley Brynelson, LLP<br>2 E. Mifflin St. Suite 200<br>Madison, WI 53701-9997 | Karen Voeks JT<br>E12793 W. Point Drive<br>Merrimac, WI 53561-9786 | Katie McCormick Trust<br>c/o Justin Mertz<br>100 E. Wisconsin Ave. #3300<br>Milwaukee, WI 53202-4124 |
| Keller IRA, Chadwick<br>2116 N 115th St<br>Wauwatosa, WI 53226-2221 | Keller IRA, Chadwick<br>2240 Michelle Court<br>Brookfield WI 53045-5021 | Kelly IRA, Lauren<br>206 Karen Ct<br>Madison, WI 53705-5025 |
| Kenneth Loehrke<br>8255 County Road T<br>P.O. Box 5<br>Larsen, WI 54947-0005 | Kenneth Loehrke<br>N41 W27660 Ishnala Trail<br>Pewaukee WI 53072-2160 | (p)KENT LOEHRKE<br>21846 S WEATHER EDGE CIRCLE<br>LANNON WI 53046-9628 |
| Jerome R. Kerkman<br>Kerkman & Dunn<br>839 N. Jefferson Street<br>Milwaukee, WI 53202-3740 | Charles J. Kerstetter<br>United States Securities and Exchange Co<br>175 W. Jackson Blvd.<br>Suite 1450<br>Chicago, IL 60604-2710 | Emil Paul Khatchatourian<br>Foley & Lardner LLP<br>321 N Clark St<br>Ste 2800<br>Chicago, IL 60654-5313 |
| Khris Davis Revocable Trust<br>Khris Davis<br>1209 Dahila Ct.<br>Mishawaka IN 46545-8902 | Kim E. Markert<br>17750 Country Lane<br>Brookfield, WI 53045-2627 | Kim Markert IRA<br>17750 Country Lane<br>Brookfield, WI 53045-2627 |
| Kindschi Family Trust<br>E12793 W Point Dr<br>Merrimac, WI 53561-9786 | Kindschi Family Trust dated February 6, 2001<br>c/o Attorney David M. Pelletier<br>Axley Brynelson, LLP<br>2 E. Mifflin St. Suite 200<br>Madison, WI 53701-9997 | Kluiber, Michael<br>15005 Hushing Brae Ct<br>Brookfield, WI 53005-2682 |
| Kneeland, Chris<br>604 Midway Dr<br>Reedsburg, WI 53959-1589 | Koenen, Mary & Larry<br>3850 Archdale St.<br>Melbourne, FL 32940-7796 | Koenen, Mary & Larry<br>6118 SE Split Oak Trail<br>Hobe Sound, FL 33455-8316 |
| Kravit, Hovel & Krawczyk, S.C.<br>825 N. Jefferson Street, 5th Floor<br>Milwaukee, WI 53202-3737 | Landsman Law Firm, LLC<br>33 N. Lasalle Street, Suite 1400<br>Chicago, IL 60602-2610 | Landsman Saldinger Carroll, PLLC<br>161 N Clark Street, Suite 1600<br>Chicago, IL 60601-3338 |
| Larry Koenen IRA<br>3850 Archdale St.<br>Melbourne, FL 32940-7796 | Larry Koenen IRA<br>6118 SE Split Oak Trail<br>Hobe Sound, FL 33455-8316 | Latimer LeVay Fyock, LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, IL 60603-5128 |
| (p)LAURE PIENTKA<br>8207 N WISNER ST<br>NILES IL 60714-2438 | Lauren Kelly<br>206 Karen Ct.<br>Madison WI 53705-5025 | Lauren Kelly IRA<br>206 Karen Ct.<br>Madison WI 53705-5025 |

| | | |
|---|---|---|
| Matthew D. Lee<br>Foley & Lardner LLP<br>150 East Gilman Street<br>P.O. Box 1497<br>Madison, WI 53701-1497 | Chad R. Levanetz<br>Ruder Ware, L.L.S.C.<br>130 N. Adams Street<br>Green Bay, WI 54301-5010 | Lillegard IRA, Robert<br>320 E Pleasant St Unit 305<br>Oconomowoc, WI 53066-3011 |
| Lillegard, Robert<br>320 E Pleasant St Unit 305<br>Oconomowoc, WI 53066-3011 | Loerhke Kenneth<br>8255 County Road T<br>PO Box 5<br>Larsen, WI 54947-0005 | Loerhke, Kenneth<br>8255 County Rd T<br>Larsen, WI 54947-9754 |
| Alexander Loftus<br>Loftus & Eisenberg, Ltd.<br>161 N. Clark, Suite 1600<br>Chicago, IL 60603-1002 | Nicholas James Loniello<br>Loniello & Associates<br>131 West Wilson Street<br>Suite 1201<br>Madison, WI 53703-3225 | Marcus Budil<br>c/o Paul S. Harter, P.C.<br>1599 E. Orangewood Ave, #125<br>Phoenix, AZ 85020-5159 |
| Mark Blaskey IRA<br>2004 E. Willson Dr<br>Altoona, WI 54720-1403 | Mark Solomon<br>c/o Michael S. Etkin<br>One Lowenstein Drive<br>Roseland NJ 07068-1740 | Steve and Kim Markert<br>Petrie + Pettit, S.C.<br>250 E. Wisconsin Ave., Suite 1000<br>Milwaukee, WI 53202-4297 |
| Vincent Marriott III<br>Ballard Spahr LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103-7599 | Marvin Holtz IRA<br>301 Holtz St<br>Rock Springs, WI 53961-9701 | Marvin Holtz Roth<br>301 Holtz St<br>Rock Springs, WI 53961-9701 |
| Marvin Holtz, Roth IRA<br>301 Holtz St.<br>Rock Springs, WI 53961-9701 | Marvin and Jean Holtz<br>301 Holtz St.<br>Rock Springs, WI 53961-9701 | Mary Koenen IRA<br>3850 Archdale St.<br>Melbourne, FL 32940-7796 |
| Mary Koenen IRA<br>6118 SE Split Oak Trail<br>Hobe Sound, FL 33455-8316 | Mary Olsen<br>221 2nd Ave N<br>Edmonds, WA 98020-3103 | Chandler W Matson<br>Barr Law Group<br>125 Mountain Road<br>Stowe, VT 05672-4630 |
| McCabe, Shannon - IRA<br>500 North Ridge Dr<br>Waunakee, WI 53597-3131 | Joseph McCormick<br>Michael Best & Friedrich LLP<br>One South Pinckney Street, Suite 700<br>P.O. Box 1806<br>Madison, WI 53701-1806 | McCormick Ind Pty Trust, Genna<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 |
| McCormick Ind Pty Trust, Katie<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 | McCormick, Cary<br>4881 Enchanted Valley Rd<br>Middleton, WI 53562-4118 | McCormick, Joseph<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 |
| Justin M. Mertz<br>Michael Best & Friedrich LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202-4108 | Michael D. Huitink<br>c/o Sorrentino Burkert Risch LLC<br>675 N Barker Road, Suite 300<br>Brookfield, WI 53045-5911 | Michael Hull Roth IRA<br>N76W36207 Saddlebrook Ln<br>Oconomowoc, WI 53066-1100 |

| | | |
|---|---|---|
| Michael J. Liccar & Co., CPA's<br>300 S. Wacker Drive, Suite 2220<br>Chicago, IL 60606-6701 | Michael J. Liccar & Company, LLC<br>Liccar<br>300 S. Wacker Drive, Suite 2220<br>Chicago, IL 60606-6701 | Milwaukee Co Deputy Sheriff's Assn<br>821 W State St Room 408<br>Milwaukee, WI 53233-1427 |
| Milwaukee Deputy Sheriffs' Association<br>Attorney Graham P. Wiemer<br>MacGillis Wiemer, LLC<br>11040 W Bluemound Rd, Suite 100<br>Milwaukee WI 53226-4154 | Monty Schmidt<br>255 B Sunnyside Avenue<br>Ottawa Ontario K1S OR4<br>Canada | MorrisAnderson & Associates Ltd<br>55 W Monroe St<br>Suite 2350<br>Chicago, IL 60603-5114 |
| Murphy Desmond S.C.<br>Atty Steve Morgan<br>PO Box 2038<br>MADISON 53701-2038 | Murphy Desmond S.C.<br>Atty. Steve Morgan<br>33 E. Main Street, Ste 500<br>Madison, WI 53703-2287 | NAV Consulting, Inc.<br>1 Trans Am Plaza Drive<br>Suite 400<br>Oakbrook Terrace, IL 60181-4283 |
| Averi Anne Niemuth<br>Kerkman & Dunn<br>839 North Jefferson St.<br>Suite 400<br>Milwaukee, WI 53202-3744 | Nu View IRA, Inc.<br>f/b/o Mark Blaskey<br>c/o Mark Blaskey<br>2004 E. Willson Drive<br>Altonna WI 54720-1403 | NuView IRA FBO Tierney Sharif<br>161 N. Clark , Suite 1600<br>Chicago, IL 60601-3338 |
| NuView IRA Kim Markert<br>Steve and Kim Markert<br>17750 Country Lane<br>Brookfield, WI 53045-2627 | NuView Kim Markert IRA<br>17750 Country Lane<br>Brookfield, WI 53045-2627 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| Official Committee of Equity Security Holder<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606-6679 | Paul Shekoski<br>4314 Carlisle Drive<br>Crystal Lake IL 60012-2125 | Paul Shekoski IRA<br>4314 Carlisle Dr<br>Crystal Lake, IL 60012-2125 |
| Benjamin P. Payne<br>Hanson & Payne, LLC<br>740 N. James Lovell St.<br>Milwaukee, WI 53233-2408 | David M. Pelletier<br>Axley Brynelson, LLP<br>2 E Mifflin St.<br>PO Box 1767<br>Madison, WI 53701-1767 | Phoenix Management Services<br>110 Commons Court<br>Chadds Ford, PA 19317-9716 |
| Pientka, Laure<br>8207 N Wisner St<br>Niles, IL 60714-2438 | Paul Pongratz<br>11790 North Road<br>Auburndale, WI 54412-9523 | Pongratz IRA, Paul<br>11790 North Rd<br>Auburndale, WI 54412-9523 |
| Pongratz IRA, Petrine<br>11790 North Rd<br>Auburndale, WI 54412-9523 | Pongratz Roth IRA, Paul<br>11790 North Rd<br>Auburndale, WI 54412-9523 | Pongratz Roth IRA, Petrine<br>11790 North Rd<br>Auburndale, WI 54412-9523 |
| Pongratz, Paul<br>11790 North Rd<br>Auburndale, WI 54412-9523 | Eliza M. Reyes<br>Steinhilber Swanson LLP<br>122 W. Washington Ave.<br>Suite 850<br>Madison, WI 53703-2732 | Richard & Lila Poore<br>PO Box 562<br>Red Lodge MT 59068-0562 |

| | | |
|---|---|---|
| Claire Ann Richman<br>Steinhilber Swanson LLP<br>122 West Washington Avenue<br>Suite 850<br>Madison, WI 53703-2732 | Michael P Richman<br>Steinhilber Swanson LLP<br>122 W. Washington Ave., Suite 850<br>Madison, WI 53703-2732 | Rita Leis<br>Attorney Michelle Angell<br>Krekeler Strother S.C.<br>29001 W. Beltline Hwy., Ste 301<br>Madison WI 53713 |
| Rita Leis IRA<br>S6730 County Rd PF<br>North Freedom, WI 53951-9625 | Robert D. Lillegard<br>320 E. Pleasant St. #305<br>Oconomowoc WI 53066-3011 | Robert H. Busch and Ruth A. Busch Amended an<br>c/o David M. Pelletier<br>Axley Brynelson, LLP<br>2 E. Mifflin St. Suite 200<br>Madison, WI 53701-9997 |
| Andrew H. Robinson<br>Mallery & Zimmerman, S.C.<br>731 North Jackson Street<br>Suite 900<br>Milwaukee, WI 53202-4613 | Rock Springs Public Library<br>Dorothy Elfers Library Support Fund<br>Village of Rock Springs, Jean Holtz<br>P.O Box 246<br>Rock Springs, WI 53961-0246 | Rock Springs Public Library<br>Dorthy Elferns Library Support Fund<br>P.O Box 246<br>Rocksprings, WI 53961-0246 |
| Rock Springs Public Library<br>PO Box 246<br>Rock Springs, WI 53961-0246 | Robert Romashko<br>Husch Blackwell LLP<br>120 South Riverside Plaza<br>Suite 2200<br>Chicago, IL 60606-3912 | Ruth Busch IRA<br>c/o David M. Pelletier<br>Axley Brynelson, LLP<br>2 E. Mifflin St. Suite 200<br>Madison, WI 53703-4269 |
| Sara A. Holbrook 2005 Trust<br>P.O. Box 27<br>North Lake, WI 53064-0027 | Sarah A Holbrook Trust<br>PO Box 27<br>North Lake, WI 53064-0027 | Sarah A. Holbrook 2005 Trust<br>P.O. Box 27<br>North Lake, WI 53064-0027 |
| Schachner, Carol<br>3000 Galloway Ridge Apt E108<br>Pittsboro, NC 27312-8666 | Jennifer M Schank<br>Fuhrman & Dodge S.C.<br>2501 Parmenter Street<br>Suite 100a<br>Middleton, WI 53562-2675 | Schiller Ind Pty Trust, Bennett<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 |
| Schiller Ind Pty Trust, Georgia<br>3310 Lake Mendota Dr<br>Madison, WI 53705-1469 | Cary Schmidt<br>c/o Loniello & Associates<br>131 W. Wilson Street<br>Suite 1201<br>Madison, WI 53703-3225 | Schmidt, Monty<br>1103-1035 Bank St<br>Ottawa, ON K1S5K3 |
| Schmidt, Monty<br>255B Sunnyside Avenue<br>Ottawa, ON K1S 0R4<br>CANADA | Evan Schmit<br>Kerkman & Dunn<br>839 North Jefferson Street, Suite 400<br>Milwaukee, WI 53202-3744 | Deanna Schneider<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark St., Suite 1600<br>Chicago, IL 60601-3338 |
| Schneider, Deanna<br>150 S Marquette St<br>Madison, WI 53704-5713 | Shannon McCabe<br>500 North Ridge Dr<br>Waunakee, WI 53597-3131 | Tierney Sharif<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark St., Suite 1600<br>Chicago, IL 60601-3338 |
| Sharif IRA, Tierney<br>12000 Iron Horse Lane #12114<br>Franklin TN 37069-1488 | Sharif, Alexander Children's Trust<br>225 N Columbus Dr #5904<br>Chicago, IL 60601-5259 | Sharif, Tierney<br>12000 Iron Horse Lane #12114<br>Franklin TN 37069-1488 |

Mark Solomon
c/o Lowenstein Sandler LLP
Attn: Michael S. Etkin, Esq.
One Lowenstein Drive
Roseland, NJ 07068-1791

Solomon, Mark
129 South Nardo Avenue
Solana Beach, CA 92075-2020

Sonya & Gregory Orlick
906 Westham Pkwy
Henrico, VA 23229-6736

Sonya Orlick IRA
906 Westham Pkwy
Henrico, VA 23229-6736

Laura D. Steele
Office of the U.S. Trustee
517 E. Wisconsin Ave. #430
Milwaukee, WI 53202-4510

Steinhilber Swanson LLP
122 West Washington Avenue
Suite 850
Madison, WI 53703-2732

Steven R. Benson
(Benson IRA, Steven)
4335 Apple Valley Dr.
Bettendorf, IA 52722-2127

Steven R. Benson
(Benson Roth IRA, Steven)
4335 Apple Valley Dr.
Bettendorf, IA 52722-2127

Timothy J. Stockwell
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Nicholas Stolowitz
125 Mountain Road
Stowe, VT 05672-4630

Susan Ewans
26 Analisa Lane
Walnut Creek, CA 94596-8605

Susan Ewens
and Susan Ewens Trust and Roth
26 Analisa Lane
Walnut Creek CA 94596-8605

Suzanne Connolly IRA
4520 N Wildwood Avenue
Shorewood, WI 53211-1409

Suzanne Connolly Roth IRA
4520 N Wildwood Avenue
Shorewood, WI 53211-1409

The Estate of Sheila D. Bock
c/o Axley Brynelson, LLP
Attorney Melissa Warner
2 E. Mifflin St. Suite 200
Madison, WI 53703-4269

Thomas (Tom) Chicantek
S37 W35431 County Rd. D
Dousman, WI 53118-9611

Thomas Holtz
PO Box 429
Lake Delton, WI 53940-0429

Thomas Holtz IRA
PO Box 429
Lake Delton, WI 53940-0429

Tierney Sharif
12000 Iron Horse Lane #12114
Franklin TN 37069-1488

Timothy S. Houden Living Trust
1678 Rutherford Ridge Road
Ogden UT 84403-4400

Mary C. Turke
Turke & Strauss LLP
613 Williamson Sstreet
Suite 201
Madison, WI 53703-3515

U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Ste. 1450
Chicago, IL 60604-2710

United States Attorney's Office
517 E. Wisconsin Ave.
Room 530
Milwaukee, WI 53202-4509

United States Attorney, Attention, Susan M.
Room 530 Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202-4500

United States Securities and Exchange Commis
175 W. Jackson Blvd.
Suite 1450
Chicago, IL 60604-2710

Karla M. Vehrs
Ballard Spahr LLP
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

Vicki Fruechtl IRA
5052 - 49th Ave North
St Petersburg FL 33709-5914

Vicki Fruechtl and Laure Pientka
Joint Account
5052 49th Ave North
St. Petersburg FL 33709-5914

Jim Walker
PO Box 2620
FallBrook, CA 92088-2620

William E Wallo
7 South Dewey Street, Suite 220
Eau Claire, WI 54701-4990

| | | |
|---|---|---|
| Wendy Fleer<br>c/o Justin Mertz<br>100 E. Wisconsin Ave. #3300<br>Milwaukee, WI 53202-4124 | Wendy Fleer IRA<br>c/o Justin Mertz<br>100 E. Wisconsin Ave. #3300<br>Milwaukee, WI 53202-4124 | Christopher H. White<br>175 W. Jackson Blvd., Suite 1450<br>Chicago, IL 60604-2710 |
| Wisconsin Department Of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept of Workforce Development<br>Attn: Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 | Wisconsin Dept. Of Revenue<br>Special Procedures Unit<br>P.O. Box 8902<br>Madison, WI 53708-8902 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Kent Loehrke<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 | (d)Kent Loehrke IRA<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 | (d)Kent and Wynne Loehrke<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 |
| Laure L. Pientra Living Trust<br>U/A/D 02-01-06<br>Laure Pientra<br>8207 N. Wisner St.<br>Niles FL 60714 | (d)Laure Pientra IRA<br>8207 N Wisner St.<br>Niles FL 60714 | (d)Kent Loehrke<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 |
| (d)Wynne Loehrke<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 | (d)Loehrke Family Charitable Foundation<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 | (d)Loehrke Family Charitable Foundation<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 |
| (d)Loehrke IRA, Kent<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 | (d)Loehrke, Kent<br>21846 S Weather Edge Circle<br>Lannon, WI 53046 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Benjamin L. Holbrook 2005 Trust<br>P.O. Box 27<br>North Lake, WI 53064-0027 | (u)Cary V. McCormick, aka Cary V. Schmidt<br>(removed address per docs 880<br>and 884) | (d)Chadwick Keller IRA<br>Chadwick Keller<br>2240 Michelle Ct.<br>Brookfield WI 53045-5021 |
| (d)Chris Houden<br>307 Farwell Dr.<br>Madison WI 53704-6023 | (d)David & Suzanne Connolly<br>4520 N Wildwood Avenue<br>Shorewood, WI 53211-1409 | (d)Erick J. Hallick<br>24844 W. Lake Forrest Lane<br>Shorewood, IL 60404-8197 |

(d)Ewens Trust, Susan
26 Analisa Lane
Walnut Creek, CA 94596-8605

(d)Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6679

(u)Georgia Schiller Trust


(d)Christopher Houden Sr.
307 Farwell Drive
Madison, WI 53704-6023

(d)James M. Ewens
Box 25
North Lake, WI 53064-0025

(d)Jane Ewens
P.O. Box 27
North Lake, WI 53064-0027


(u)Joseph McCormick

(d)Kenneth Loehrke
8255 County Road T
P.O. Box 5
Larsen, WI 54947-0005

(d)Marvin Holtz, IRA
301 Holtz St.
Rock Springs, WI 53961-9701


(d)MorrisAnderson & Associates Ltd
55 W Monroe St., Suite 2350
Chicago, IL 60603-5114

(d)Shannon Graewin
3240 N. Summit Avenue
Milwaukee WI 53211-3151

(d)Susan Ewens
26 Analisa Lane
Walnut Creek CA 94596-8605


(d)Eric Weiss
3934 N Hickory Ln.
Oconomowoc, WI 53066-4537

(d)Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

(d)Heidi Lynn Ziegler
300 Carlsbad Village Drive, Suite 108-35
Carlsbad, CA 92008-2900


End of Label Matrix
Mailable recipients   365
Bypassed recipients    21
Total                 386