# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WISCONSIN

In re: GP Rare Earth Trading Account LLC

§
§
§
§

_____
Debtor(s)

Case No. 19-29617

Lead Case No. 19-29613

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2023

Petition Date: 10/04/2019

Plan Confirmed Date: 05/19/2022

Plan Effective Date: 05/19/2022

This Post-confirmation Report relates to: ◉ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Annette Kaja
_____
Signature of Responsible Party

11/06/2023
_____
Date

Annette Kaja
_____
Printed Name of Responsible Party

34334 Valley Road, Oconomowoc, WI 53066
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $165,636 | $1,041,645 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $165,636 | $1,041,645 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $225,353 | $26,250 | $215,518 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Steinhilber Swanson LLP | Lead Counsel | $0 | $198,833 | $0 | $189,268 |
| ii | Husch Blackwell LLP | Special Counsel | $0 | $26,520 | $26,250 | $26,250 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

| | | | | | |
|------|--|--|--|--|--|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|--|--|--|--|--|--|--|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $8 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $56,926 | $0 | $122,824 | $225,353 | 55% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $115,489 | $0 | $115,489 | $115,489 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                    Yes ◯   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:  03/31/2024

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Annette Kaja                                          Annette Kaja
_____                          _____
Signature of Responsible Party                           Printed Name of Responsible Party

Managing Member of Alluvium Fund                         11/06/2023
_____                          _____
Title                                                    Date



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Mr. Christopher Nohl
Debtor in Possession
3240 N Summit Avenue
Milwaukee WI 53211

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Acct LLC |
| Trustee Number | 690530 |
| Trustee Name | Mr. Christopher Nohl |
| | FIDUCIARY |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ███ | $80,335.43 | $35,467.12 |
| TRUSTEE CHECKING | | $0.00 | $0.00 |
| **Total** | | **$80,335.43** | **$35,467.12** |

## TRUSTEE CHECKING

**Account Number:** ███

| Enclosures | 5 | Beginning Balance | **$80,335.43** |
|---|---|---|---|
| | | +Total Additions | **$670,164.37** |
| | | -Total Subtractions | **$715,032.68** |
| | | **Ending Balance** | **$35,467.12** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 260 | 07-20 | $26,520.25 |
| 261 | 07-18 | $2,350.00 |
| 262 | 07-26 | $128.24 |
| 50212* | 07-06 | $2,422.96 |
| 50213 | 07-19 | $2,422.95 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Debits

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 07-03 | GOOGLE *GSUITE_G POS | $126.00 |
| 07-03 | Amazon web servi POS | $272.71 |
| 07-03 | ADP Tax ADP Tax 230703 CCD R4YUH | $922.57 |
| 07-07 | Amazon web servi POS | $13.00 |
| 07-12 | MALCA-AMIT USA O POS | $676.13 |
| 07-13 | Amazon web servi POS | $13.00 |
| 07-13 | WIRE TO CHRISTOPHER NOHL | $500,000.00 |
| 07-14 | ADP PAYROLL FEES ADP FEES 230714 CCD | $78.53 |
| 07-14 | WIRE TO CHRISTOPHER NOHL | $175,000.00 |
| 07-15 | WI DFI 3SB ONEST POS | $26.00 |
| 07-15 | WI DFI 3SB ONEST POS | $26.00 |
| 07-15 | WI DFI 3SB ONEST POS | $26.00 |
| 07-18 | ADP Tax ADP Tax 230718 CCD R4YUH | $922.58 |
| 07-18 | WWW.ONECLICKWI.C POS | $104.26 |
| 07-18 | Spectrum POS | $169.98 |
| 07-21 | Hubspot Inc. POS | $158.25 |
| 07-22 | WIX.COM*10666151 POS | $264.00 |
| 07-27 | MALCA-AMIT USA O POS | $1,282.75 |
| 07-28 | ADP PAYROLL FEES ADP FEES 230728 CCD | $157.06 |
| 07-28 | SQ *PRO LOCK POS | $696.28 |
| 07-28 | PAW*A-1 SECURITY POS | $232.10 |
| 07-29 | ADOBE PHOTOGPHY POS | $10.54 |
| 07-31 | ADOBE *PHOTOGPH POS | $10.54 |

## Credits

| Date | Description | Additions |
|------|-------------|----------:|
| 07-06 | Square Inc 230706P2 230706 PPD | $123.33 |
| 07-12 | WIRE FROM MIRANDA GROUP COMPANY L | $670,000.00 |
| 07-31 | Square Inc 230731P2 230731 PPD | $41.04 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 07-03 | $79,014.15 | 07-06 | $76,714.52 | 07-07 | $76,701.52 |
| 07-12 | $746,025.39 | 07-13 | $246,012.39 | 07-14 | $70,933.86 |
| 07-15 | $70,855.86 | 07-18 | $67,309.04 | 07-19 | $64,886.09 |
| 07-20 | $38,365.84 | 07-21 | $38,207.59 | 07-22 | $37,943.59 |
| 07-26 | $37,815.35 | 07-27 | $36,532.60 | 07-28 | $35,447.16 |
| 07-29 | $35,436.62 | 07-31 | $35,467.12 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Member
**FDIC**

## TRUSTEE CHECKING

**Account Number:** ████████

| Enclosures | 0 | | |
|---|---|---|---|
| | | **Beginning Balance** | **$0.00** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com





| Date | Check # | Amount |
|---|---|---|
| 07/20/2023 | 260 | $26,520.25 |
| 07/20/2023 | 260 | $26,520.25 |
| 07/18/2023 | 261 | $2,350.00 |
| 07/18/2023 | 261 | $2,350.00 |
| 07/26/2023 | 262 | $128.24 |
| 07/26/2023 | 262 | $128.24 |
| 07/06/2023 | 50212 | $2,422.96 |
| 07/06/2023 | 50212 | $2,422.96 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com







| 07/19/2023 | 50213 | $2,422.95 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
August 01, 2023 – August 31, 2023
Page 1 of 4
19-29617

Mr. Christopher Nohl
Debtor in Possession
3240 N Summit Avenue
Milwaukee WI 53211

Case Number
Case Name
Trustee Number
Trustee Name

GP Rare Earth Trading Acct LLC

690530

Mr. Christopher Nohl
FIDUCIARY

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▇▇▇▇ | $35,467.12 | $595,389.97 |
| TRUSTEE CHECKING | | $0.00 | $0.00 |
| **Total** | | **$35,467.12** | **$595,389.97** |

## TRUSTEE CHECKING

**Account Number:** ▇▇▇▇

| Enclosures | 2 | | |
|---|---|---|---|
| | | Beginning Balance | **$35,467.12** |
| | | +Total Additions | $671,000.00 |
| | | -Total Subtractions | $111,077.15 |
| | | **Ending Balance** | **$595,389.97** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 50214 | 08-02 | $2,422.96 |
| 50215 | 08-18 | $2,422.95 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-01 | IDNS POS | $60.00 |
| 08-01 | ISA FEE | $0.60 |
| 08-01 | GOOGLE*GSUITE GR POS | $126.00 |
| 08-03 | Amazon web servi POS | $278.18 |
| 08-04 | WIRE TO Christopher Nohl | $5,400.00 |
| 08-04 | IN *MARSHALL BUI POS | $2,499.75 |
| 08-08 | WIRE TO ADP | $922.57 |
| 08-15 | WWW.ONECLICKWI.C POS | $104.26 |
| 08-17 | WIRE TO Nathan T Romano | $67,500.00 |
| 08-17 | WIRE TO CHRISTOPHER NOHL | $25,000.00 |
| 08-17 | Spectrum POS | $169.98 |
| 08-21 | WIRE TO ADP | $922.58 |
| 08-21 | Hubspot Inc. POS | $158.25 |
| 08-25 | ADP PAYROLL FEES ADP FEES 230825 CCD | $78.53 |
| 08-29 | WIRE TO MILE HIGH MINERAL CLEANIN | $3,000.00 |
| 08-30 | ADOBE *PHOTOGPH POS | $10.54 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 08-15 | WIRE FROM MIRANDA GROUP COMPANY L | $100,000.00 |
| 08-15 | WIRE FROM MIRANDA GROUP COMPANY L | $570,000.00 |
| 08-18 | DEP 100028 | $1,000.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-01 | $35,280.52 | 08-02 | $32,857.56 | 08-03 | $32,579.38 |
| 08-04 | $24,679.63 | 08-08 | $23,757.06 | 08-15 | $693,652.80 |
| 08-17 | $600,982.82 | 08-18 | $599,559.87 | 08-21 | $598,479.04 |
| 08-25 | $598,400.51 | 08-29 | $595,400.51 | 08-30 | $595,389.97 |

## TRUSTEE CHECKING

**Account Number:** ████████

| Enclosures | 0 | | |
|------------|---|---|---|
| | | **Beginning Balance** | $0.00 |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | $0.00 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com







| 08/02/2023 | 50214 | $2,422.96 |
|---|---|---|



| 08/18/2023 | 50215 | $2,422.95 |
|---|---|---|



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Mr. Christopher Nohl
Debtor in Possession
3240 N Summit Avenue
Milwaukee WI 53211

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Acct LLC |
| Trustee Number | 690530 |
| Trustee Name | Mr. Christopher Nohl |
| | FIDUCIARY |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
|   TRUSTEE CHECKING | ██████ | $595,389.97 | $0.00 |
|   TRUSTEE CHECKING | | $0.00 | $0.00 |
| **Total** | | **$595,389.97** | **$0.00** |

## TRUSTEE CHECKING          Account Number: ██████

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $595,389.97 |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $595,389.97 |
| | | **Ending Balance** | **$0.00** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 09-01 | WIRE TO ANNETTE KAJA | $95,389.97 |
| 09-01 | WIRE TO ANNETTE KAJA | $499,874.00 |
| 09-02 | GOOGLE *GSUITE_G POS | $126.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-01 | $126.00 | 09-02 | $0.00 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member **FDIC**

## TRUSTEE CHECKING

**Account Number:** ███████

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$0.00** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### No activity this statement period

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com

As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Account LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▆▆▆▆ | $0.00 | $0.01 |
| TRUSTEE CHECKING | | $0.00 | $555,757.57 |
| **Total** | | **$0.00** | **$555,757.58** |

## TRUSTEE CHECKING                                              **Account Number:** ▆▆▆▆

| Enclosures | 0 | Beginning Balance | **$0.00** |
|---|---|---|---|
| | | +Total Additions | $0.01 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.01** |

*\* Indicates a Skip in Check Number(s)*
*"E" Indicate an Electronic Check*

### Credits

| Date | Description | Additions |
|---|---|---|
| 09-08 | Transfer from 0317 to 0309 | $0.01 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-08 | $0.01 | | | | |

## TRUSTEE CHECKING                                              **Account Number:** ▆▆▆▆

| Enclosures | 2 | Beginning Balance | **$0.00** |
|---|---|---|---|
| | | +Total Additions | $595,283.97 |
| | | -Total Subtractions | $39,526.40 |
| | | **Ending Balance** | **$555,757.57** |

*\* Indicates a Skip in Check Number(s)*
*"E" Indicate an Electronic Check*

### Checks

| Check # | Date | Amount |
|---|---|---|
| 6002 | 09-18 | $2,422.96 |
| 6003 | 09-18 | $2,422.95 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Debits

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 09-05 | WIRE TRANSFER FEE | $10.00 |
| 09-05 | WIRE TRANSFER FEE | $10.00 |
| 09-08 | Transfer from 0317 to 0309 | $0.01 |
| 09-12 | WIRE TO MALCA-AMIT USA LLC | $1,295.25 |
| 09-12 | WIRE TO █████████████ | $18,360.00 |
| 09-13 | WIRE TO ADP | $1,845.15 |
| 09-15 | ADP PAYROLL FEES ADP FEES 230915 CCD | $78.53 |
| 09-21 | WIRE TO █████████████ | $5,005.00 |
| 09-22 | WIRE TO MARSHALL BUILDING LLC | $2,499.75 |
| 09-22 | ADP PAYROLL FEES ADP FEES 230922 CCD | $183.53 |
| 09-25 | WIRE TO KEVIN SCHULTZ | $2,788.00 |
| 09-26 | WIRE TO CHAD RYAN OLSZEWSKI | $1,282.70 |
| 09-26 | WIRE TO ADP | $922.57 |
| 09-29 | BANK & TECH FEE | $400.00 |

## Credits

| Date | Description | Additions |
|------|-------------|----------:|
| 09-05 | WIRE FROM CHRISTOPHER NOHL | $95,389.97 |
| 09-05 | WIRE FROM CHRISTOPHER NOHL | $499,874.00 |
| 09-05 | WIRE FEE REVERSAL | $20.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09-05 | $595,263.97 | 09-08 | $595,263.96 | 09-12 | $575,608.71 |
| 09-13 | $573,763.56 | 09-15 | $573,685.03 | 09-18 | $568,839.12 |
| 09-21 | $563,834.12 | 09-22 | $561,150.84 | 09-25 | $558,362.84 |
| 09-26 | $556,157.57 | 09-29 | $555,757.57 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com







| 09/18/2023 | 6002 | $2,422.96 |
|---|---|---|





| 09/18/2023 | 6003 | $2,422.95 |
|---|---|---|



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.