# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re: ALLUVIUM FUND LLC
fka Greenpoint Tactical Income Fund LLC

Debtor(s)

Case No. 19-29613
Lead Case No. 19-29613

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2023
Petition Date: 10/04/2019

Plan Confirmed Date: 05/19/2022
Plan Effective Date: 05/19/2022

This Post-confirmation Report relates to: ⦿ Reorganized Debtor
○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Annette Kaja
Signature of Responsible Party

01/19/2024
Date

Annette Kaja
Printed Name of Responsible Party

34334 Valley Road, Oconomowoc, WI 53066
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ALLUVIUM FUND LLC
 fka Greenpoint Tactical Income Fund LLC
Case No. 19-29613

# Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $435,065 | $6,963,335 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $435,065 | $6,963,335 |

# Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $4,679,401 | $0 | $4,065,032 |
| *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | |
| i | Steinhilber Swanson LLP | Lead Counsel | $0 | $2,306,557 | $0 | $1,732,337 |
| ii | Freeborn & Peters | Other | $0 | $1,159,076 | $0 | $1,159,076 |
| iii | Morris Anderson | Financial Professional | $0 | $672,718 | $0 | $672,718 |
| iv | Husch Blackwell LLP | Special Counsel | $0 | $26,520 | $0 | $0 |
| v | Phoenix | Other | $0 | $189,793 | $0 | $189,793 |
| vi | Clifton Larson Allen LLP | Financial Professional | $0 | $41,806 | $0 | $41,806 |
| vii | Tucker Arensberg, P.C. | Other | $0 | $87,245 | $0 | $87,245 |
| viii | Latimer LaVey Fyock, LLC | Special Counsel | $0 | $21,390 | $0 | $21,390 |
| ix | Braganca Law LLC | Special Counsel | $0 | $140,165 | $0 | $140,165 |
| x | Kopecky Schumacher Rosenber | Special Counsel | $0 | $20,502 | $0 | $20,502 |
| xi | Landsman Saldinger Carroll | Special Counsel | $0 | $13,629 | $0 | $0 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name ALLUVIUM FUND LLC
    fka Greenpoint Tactical Income Fund LLC
Case No. 19-29613

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

Debtor's Name ALLUVIUM FUND LLC    Case No. 19-29613
  fka Greenpoint Tactical Income Fund LLC

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| lxxii |  |  |  |  |  |
| lxxiii |  |  |  |  |  |
| lxxiv |  |  |  |  |  |
| lxxv |  |  |  |  |  |
| lxxvi |  |  |  |  |  |
| lxxvii |  |  |  |  |  |
| lxxviii |  |  |  |  |  |
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |
| xci |  |  |  |  |  |
| xcii |  |  |  |  |  |
| xciii |  |  |  |  |  |
| xciv |  |  |  |  |  |
| xcv |  |  |  |  |  |
| xcvi |  |  |  |  |  |
| xcvii |  |  |  |  |  |
| xcviii |  |  |  |  |  |
| xcix |  |  |  |  |  |
| c |  |  |  |  |  |
| ci |  |  |  |  |  |

|   |   |   |   | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $307,150 | $1,295,703 | $307,150 | $479,597 |
|  | *Itemized Breakdown by Firm* | | | | | | |
|  |  | Firm Name | Role | | | | |
|  | i | Braganca Law | Special Counsel | $0 | $478,278 | $0 | $0 |
|  | ii | Landsman Saldinger Carroll | Special Counsel | $0 | $34,751 | $0 | $34,751 |
|  | iii | Steinhilber Swanson LLP | Lead Counsel | $0 | $333,233 | $0 | $17,388 |
|  | iv |  |  |  |  |  |  |
|  | v |  |  |  |  |  |  |
|  | vi |  |  |  |  |  |  |

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
   fka Greenpoint Tactical Income Fund LLC

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| vii | Smith Gambrell Russell | Special Counsel | $212,062 | $268,910 | $212,062 | $212,062 |
| viii | Phoenix Management Services | Other | $61,992 | $147,435 | $61,992 | $147,435 |
| ix | Clifton Larson Allen LLP | Financial Professional | $33,096 | $33,096 | $33,096 | $67,961 |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxix |  |  |  |  |  |  |
| xl |  |  |  |  |  |  |
| xli |  |  |  |  |  |  |
| xlii |  |  |  |  |  |  |
| xliii |  |  |  |  |  |  |
| xliv |  |  |  |  |  |  |
| xlv |  |  |  |  |  |  |
| xlvi |  |  |  |  |  |  |
| xlvii |  |  |  |  |  |  |
| xlviii |  |  |  |  |  |  |

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
fka Greenpoint Tactical Income Fund LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name ALLUVIUM FUND LLC  
    fka Greenpoint Tactical Income Fund LLC

Case No. 19-29613

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,461,354 | $0 | $745,905 | $9,240,134 | 8% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $1,095,373 | $0 | $835,145 | $1,095,373 | 76% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?     Yes ◯   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: 03/31/2024

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ◯

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
fka Greenpoint Tactical Income Fund LLC

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Annette Kaja  Annette Kaja
Signature of Responsible Party  Printed Name of Responsible Party

Managing Member  01/19/2024
Title  Date

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
fka Greenpoint Tactical Income Fund LLC


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)  Case 19-29613-gmh   Doc 1702   Filed 01/23/24   Page 9 of 14
9

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
fka Greenpoint Tactical Income Fund LLC


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
October 01, 2023 - October 31, 2023
Page 1 of 1

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | ALLUVIUM |
| Case Name | Alluvium Fund, LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▮▮▮▮ | $185,385.32 | $78,439.85 |
| Total | | $185,385.32 | $78,439.85 |

## TRUSTEE CHECKING

Account Number: ▮▮▮▮

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $185,385.32 |
| | +Total Additions | $0.00 |
| | -Total Subtractions | $106,945.47 |
| | Ending Balance | $78,439.85 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 10-10 | WIRE TO ALLUVIUM GOVERNANCE BOARD | $20,000.00 |
| 10-10 | WIRE TO SMITH, GAMBRELL, RUSSELL, | $56,847.97 |
| 10-10 | WIRE TO CLIFTONLARSONALLEN LLP | $29,977.50 |
| 10-31 | BANK & TECH FEE | $120.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-10 | $78,559.85 | 10-31 | $78,439.85 | | |

In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Member
FDIC

Period Covered:
November 01, 2023 - November 30, 2023
Page 1 of 2

ALLUVIUM
Alluvium Fund, LLC
690700
Annette Kaja
FIDUCIARY

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

Case Number
Case Name
Trustee Number
Trustee Name

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $78,439.85 | $171,052.87 |
| Total | | $78,439.85 | $171,052.87 |

## TRUSTEE CHECKING         Account Number:

| Enclosures | 0 | Beginning Balance | $78,439.85 |
|---|---|---|---|
| | | +Total Additions | $301,061.25 |
| | | -Total Subtractions | $208,448.23 |
| | | Ending Balance | $171,052.87 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 11-09 | WI DFI WS2 CFI C POS | $10.00 |
| 11-10 | WIRE TO AMK Consulting LLC | $34,811.83 |
| 11-10 | WIRE TO PHOENIX MANAGEMENT | $27,869.66 |
| 11-22 | WIRE TO CREAM CITY REPORTING, LLC | $1,061.25 |
| 11-25 | BEST BUY 00 POS | $556.49 |
| 11-27 | WIRE TO Cream City Reporting LLC | $1,061.25 |
| 11-28 | TOOMEY REPORTING POS | $2,597.75 |
| 11-28 | WIRE TO SMITH GAMBRELL RUSSELL | $140,080.00 |
| 11-30 | BANK & TECH FEE | $400.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 11-10 | WIRE FROM ANNETTE KAJA | $300,000.00 |
| 11-24 | WIRE FROM ANNETTE KAJA | $1,061.25 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-09 | $78,429.85 | 11-10 | $315,748.36 | 11-22 | $314,687.11 |
| 11-24 | $315,748.36 | 11-25 | $315,191.87 | 11-27 | $314,130.62 |
| 11-28 | $171,452.87 | 11-30 | $171,052.87 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
November 01, 2023 - November 30, 2023
Page 2 of 2

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Member
FDIC

Period Covered:
December 01, 2023 - December 31, 2023
Page 1 of 1

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | ALLUVIUM |
| Case Name | Alluvium Fund, LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

☏ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $171,052.87 | $51,381.53 |
| Total | | $171,052.87 | $51,381.53 |

## TRUSTEE CHECKING

**Account Number:**

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $171,052.87 |
| | +Total Additions | $0.00 |
| | -Total Subtractions | $119,671.34 |
| | **Ending Balance** | **$51,381.53** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 12-07 | WIRE TO PHOENIX MANAGEMENT SERVIC | $30,818.25 |
| 12-08 | CLIFTON LARSON A POS | $3,167.22 |
| 12-29 | BANK & TECH FEE | $400.00 |
| 12-29 | WIRE TO PHOENIX MANAGEMENT SERVIC | $13,303.75 |
| 12-29 | WIRE TO SMITH GAMBRELL RUSSELL | $71,982.12 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-07 | $140,234.62 | 12-08 | $137,067.40 | 12-29 | $51,381.53 |

In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.