## UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN

In re: GP Rare Earth Trading Account LLC

§
§
§
§

Debtor(s)

Case No. 19-29617

Lead Case No. 19-29613

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2023

Petition Date: 10/04/2019

Plan Confirmed Date: 05/19/2022

Plan Effective Date: 05/19/2022

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Annette Kaja
_____
Signature of Responsible Party

01/19/2024
_____
Date

Annette Kaja
_____
Printed Name of Responsible Party

34334 Valley Road, Oconomowoc, WI 53066
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $33,566 | $1,075,211 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $33,566 | $1,075,211 |

## Part 2: Preconfirmation Professional Fees and Expenses

| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| | | | $0 | $225,353 | $0 | $215,518 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Steinhilber Swanson LLP | Lead Counsel | $0 | $198,833 | $0 | $189,268 |
| ii | Husch Blackwell LLP | Special Counsel | $0 | $26,520 | $0 | $26,250 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor          *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |

| | | | | | | |
|-----|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $8 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $56,926 | $0 | $122,824 | $225,353 | 55% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $115,489 | $0 | $115,489 | $115,489 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?      Yes ◯  No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:  03/31/2024

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿  No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Annette Kaja

| Signature of Responsible Party | Annette Kaja |
| Printed Name of Responsible Party |

Managing Member of Alluvium Fund

Title

01/19/2024

Date



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Account LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▓▓▓▓ | $0.01 | $0.01 |
| TRUSTEE CHECKING | | $555,757.57 | $540,069.47 |
| **Total** | | **$555,757.58** | **$540,069.48** |

## TRUSTEE CHECKING                        Account Number: ▓▓▓▓

| Enclosures | 0 | Beginning Balance | **$0.01** |
|---|---|---|---|
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.01** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### No activity this statement period

## TRUSTEE CHECKING                        Account Number: ▓▓▓▓

| Enclosures | 2 | Beginning Balance | **$555,757.57** |
|---|---|---|---|
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $15,688.10 |
| | | **Ending Balance** | **$540,069.47** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 6004 | 10-03 | $2,422.96 |
| 6005 | 10-17 | $2,422.95 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Debits

| Date | Description | Subtractions |
|------|-------------|-------------:|
| | | $78.53 |
| 10-06 | ADP PAYROLL FEES ADP FEES 231006 CCD | $2,004.87 |
| 10-10 | WIRE TO ANNETTE KAJA | $922.58 |
| 10-10 | WIRE TO ADP | $1,639.00 |
| 10-11 | NNT WEST BEND PA POS | $328.52 |
| 10-19 | WWW.ONECLICKWI.C POS | $148.53 |
| 10-20 | ADP PAYROLL FEES ADP FEES 231020 CCD | $33.58 |
| 10-20 | AMZN Mktp US*6A3 POS | $41.99 |
| 10-23 | AMAZON.COM*XT1QH POS | $347.54 |
| 10-24 | AMZN Mktp US*I83 POS | $3,400.00 |
| 10-26 | WIRE TO COLLECTOR'S EDGE MINERALS | $272.75 |
| 10-26 | Amazon web servi POS | $278.19 |
| 10-26 | Amazon web servi POS | $13.00 |
| 10-26 | Amazon web servi POS | $922.57 |
| 10-27 | WIRE TO ADP | $10.54 |
| 10-30 | ADOBE INC. POS | $400.00 |
| 10-31 | BANK & TECH FEE | |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| | | 10-06 | $553,256.08 | 10-10 | $550,328.63 |
| 10-03 | $553,334.61 | 10-17 | $546,266.68 | 10-19 | $545,938.16 |
| 10-11 | $548,689.63 | 10-23 | $545,714.06 | 10-24 | $545,366.52 |
| 10-20 | $545,756.05 | 10-27 | $540,480.01 | 10-30 | $540,469.47 |
| 10-26 | $541,402.58 | | | | |
| 10-31 | $540,069.47 | | | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com





10/03/2023    6004    $2,422.96



10/03/2023    6004    $2,422.96

10/17/2023    6005    $2,422.95



10/17/2023    6005    $2,422.95



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Account LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▮ | $0.01 | $0.01 |
| TRUSTEE CHECKING | | $540,069.47 | $229,827.14 |
| **Total** | | **$540,069.48** | **$229,827.15** |

## TRUSTEE CHECKING

**Account Number:** ▮

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | **$0.01** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.01** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**

## TRUSTEE CHECKING

**Account Number:** ▮

| | | | |
|---|---|---|---|
| Enclosures | 2 | Beginning Balance | **$540,069.47** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $310,242.33 |
| | | **Ending Balance** | **$229,827.14** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 6006 | 11-03 | $2,422.96 |
| 6007 | 11-17 | $2,422.95 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Debits

| Date | Description | Subtractions |
|------|-------------|-------------|
| 11-02 | Amazon web servi POS | $278.18 |
| 11-03 | IN *ELITE PROPER POS | $661.25 |
| 11-06 | Spectrum POS | $169.98 |
| 11-08 | SQ *THE SUNNYWOO POS | $650.00 |
| 11-09 | WI DFI WS2 CFI C POS | $10.00 |
| 11-09 | MALCA-AMIT USA O POS | $1,100.00 |
| 11-10 | ADP PAYROLL FEES ADP FEES 231110 CCD | $78.53 |
| 11-10 | WIRE TO ADP | $922.58 |
| 11-10 | WIRE TO Alluvium Fund LLC | $300,000.00 |
| 11-17 | ADP PAYROLL FEES ADP FEES 231117 CCD | $70.00 |
| 11-20 | WWW.ONECLICKWLC POS | $44.26 |
| 11-24 | ADP PAYROLL FEES ADP FEES 231124 CCD | $78.53 |
| 11-24 | WIRE TO ADP | $922.57 |
| 11-29 | ADOBE *PHOTOGPH POS | $10.54 |
| 11-30 | BANK & TECH FEE | $400.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-02 | $539,791.29 | 11-03 | $536,707.08 | 11-06 | $536,537.10 |
| 11-08 | $535,887.10 | 11-09 | $534,777.10 | 11-10 | $233,775.99 |
| 11-17 | $231,283.04 | 11-20 | $231,238.78 | 11-24 | $230,237.68 |
| 11-29 | $230,227.14 | 11-30 | $229,827.14 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com





| 11/03/2023 | 6006 | $2,422.96 |
| 11/03/2023 | 6006 | $2,422.96 |
| 11/17/2023 | 6007 | $2,422.95 |
| 11/17/2023 | 6007 | $2,422.95 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | 19-29613 |
| Case Name | GP Rare Earth Trading Account LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ███ | $0.01 | $0.01 |
| TRUSTEE CHECKING | | $229,827.14 | $222,192.01 |
| **Total** | | **$229,827.15** | **$222,192.02** |

## TRUSTEE CHECKING                                 Account Number: █████

| Enclosures | 0 | Beginning Balance | $0.01 |
|---|---|---|---|
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.01** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**

## TRUSTEE CHECKING                                 Account Number: █████

| Enclosures | 2 | Beginning Balance | $229,827.14 |
|---|---|---|---|
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $7,635.13 |
| | | **Ending Balance** | **$222,192.01** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 6008 | 12-04 | $2,422.96 |
| 6009 | 12-18 | $2,422.95 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| 12-04 | Amazon web servi POS | $272.75 |
| 12-08 | ADP PAYROLL FEES ADP FEES 231208 CCD | $78.53 |
| 12-11 | WIRE TO ADP | $922.58 |
| 12-15 | WWW.ONECLICKWI.C POS | $44.26 |
| 12-22 | WIRE TO ADP | $922.57 |
| 12-22 | ADP PAYROLL FEES ADP FEES 231222 CCD | $148.53 |
| 12-29 | BANK & TECH FEE | $400.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-04 | $227,131.43 | 12-08 | $227,052.90 | 12-11 | $226,130.32 |
| 12-15 | $226,086.06 | 12-18 | $223,663.11 | 12-22 | $222,592.01 |
| 12-29 | $222,192.01 | | | | |

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

Period Covered:
December 01, 2023 - December 31, 2023
Page 3 of 4






12/04/2023    6008    $2,422.96      12/04/2023    6008    $2,422.96




12/18/2023    6009    $2,422.95      12/18/2023    6009    $2,422.95