# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re: ALLUVIUM FUND LLC
fka Greenpoint Tactical Income Fund LLC

Debtor(s)

Case No. 19-29613
Lead Case No. 19-29613

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2024         Petition Date: 10/04/2019

Plan Confirmed Date: 05/19/2022         Plan Effective Date: 05/19/2022

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor
○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Annette Kaja
Signature of Responsible Party

Annette Kaja
Printed Name of Responsible Party

04/17/2024
Date

34334 Valley Road, Oconomowoc, WI 53066
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: ALLUVIUM FUND LLC  fka Greenpoint Tactical Income Fund LLC

Case No. 19-29613

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $75,695 | $7,039,030 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $75,695 | $7,039,030 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $4,679,401 | $0 | $4,065,032 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Steinhilber Swanson LLP | Lead Counsel | $0 | $2,306,557 | $0 | $1,732,337 |
| ii | Freeborn & Peters | Other | $0 | $1,159,076 | $0 | $1,159,076 |
| iii | Morris Anderson | Financial Professional | $0 | $672,718 | $0 | $672,718 |
| iv | Husch Blackwell LLP | Special Counsel | $0 | $26,520 | $0 | $0 |
| v | Phoenix | Other | $0 | $189,793 | $0 | $189,793 |
| vi | Clifton Larson Allen LLP | Financial Professional | $0 | $41,806 | $0 | $41,806 |
| vii | Tucker Arensberg, P.C. | Other | $0 | $87,245 | $0 | $87,245 |
| viii | Latimer LaVey Fyock, LLC | Special Counsel | $0 | $21,390 | $0 | $21,390 |
| ix | Braganca Law LLC | Special Counsel | $0 | $140,165 | $0 | $140,165 |
| x | Kopecky Schumacher Rosenber | Special Counsel | $0 | $20,502 | $0 | $20,502 |
| xi | Landsman Saldinger Carroll | Special Counsel | $0 | $13,629 | $0 | $0 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)  Case 19-29613-gmh    Doc 1725    Filed 04/19/24    Page 2 of 18

2

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
    fka Greenpoint Tactical Income Fund LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
      fka Greenpoint Tactical Income Fund LLC

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | $193,983 | $1,011,408 | $65,225 | $544,821 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Braganca Law | Special Counsel | $0 | $0 | $0 | $0 |
| | ii | Landsman Saldinger Carroll | Special Counsel | $0 | $34,751 | $0 | $34,751 |
| | iii | Steinhilber Swanson LLP | Other | $0 | $333,233 | $0 | $17,388 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
fka Greenpoint Tactical Income Fund LLC

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Smith Gambrell Russell | Lead Counsel | $146,959 | $415,869 | $54,984 | $267,046 |
| | viii | Phoenix Management Services | Other | $38,432 | $185,867 | $8,808 | $156,242 |
| | ix | Clifton Larson Allen LLP | Financial Professional | $8,592 | $41,688 | $1,433 | $69,394 |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
   fka Greenpoint Tactical Income Fund LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name ALLUVIUM FUND LLC  
      fka Greenpoint Tactical Income Fund LLC

Case No. 19-29613

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,461,354 | $0 | $745,905 | $9,240,134 | 8% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $1,095,373 | $0 | $835,145 | $1,095,373 | 76% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?     Yes ◯   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: 03/31/2024

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ◉   No ◯

Debtor's Name ALLUVIUM FUND LLC        Case No. 19-29613
fka Greenpoint Tactical Income Fund LLC

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Annette Kaja                                       Annette Kaja
Signature of Responsible Party                         Printed Name of Responsible Party

Managing Member                                        04/17/2024
Title                                                  Date

Debtor's Name ALLUVIUM FUND LLC  Case No. 19-29613
fka Greenpoint Tactical Income Fund LLC


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name ALLUVIUM FUND LLC      Case No. 19-29613
   fka Greenpoint Tactical Income Fund LLC


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)   Case 19-29613-gmh   Doc 1725   Filed 04/19/24   Page 10 of 18




**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
January 01, 2024 - January 31, 2024
Page 1 of 2

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | ALLUVIUM |
| Case Name | Alluvium Fund, LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $51,381.53 | $106,232.08 |
| **Total** | | **$51,381.53** | **$106,232.08** |

## TRUSTEE CHECKING

Account Number:

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $51,381.53 |
| | +Total Additions | $120,000.00 |
| | -Total Subtractions | $65,149.45 |
| | Ending Balance | $106,232.08 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 01-11 | JIMMY JOHNS - 30 POS | $52.66 |
| 01-12 | Amazon.com*RT8YZ POS | $38.43 |
| 01-23 | WIRE TO NUVIEW TRUST COMPANY | $9,622.00 |
| 01-23 | WIRE TO SMITH GAMBRELL RUSSELL | $54,983.56 |
| 01-26 | WI DFI 3SB ONEST POS | $26.00 |
| 01-30 | NAME-CHEAP.COM* POS | $26.80 |
| 01-31 | BANK & TECH FEE | $400.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 01-23 | WIRE FROM ANNETTE KAJA | $120,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-11 | $51,328.87 | 01-12 | $51,290.44 | 01-23 | $106,684.88 |
| 01-26 | $106,658.88 | 01-30 | $106,632.08 | 01-31 | $106,232.08 |




**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

Period Covered:
January 01, 2024 - January 31, 2024
Page 2 of 2

**In case of errors or questions about your account** telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

 

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
February 01, 2024 - February 29, 2024
Page 1 of 2

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | ALLUVIUM |
| Case Name | Alluvium Fund, LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ■■■■ | $106,232.08 | $95,715.62 |
| **Total** | | **$106,232.08** | **$95,715.62** |

## TRUSTEE CHECKING                                       Account Number: ■■■■

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $106,232.08 |
| | +Total Additions | $0.00 |
| | -Total Subtractions | $10,516.46 |
| | **Ending Balance** | **$95,715.62** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 02-08 | CLIFTON LARSON A POS | $1,433.25 |
| 02-13 | WIRE TO PHOENIX MANAGEMENT | $8,807.50 |
| 02-21 | Amazon.com*Rl53C POS | $115.49 |
| 02-23 | TST* MO'S IRISH POS | $40.22 |
| 02-29 | BANK & TECH FEE | $120.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-08 | $104,798.83 | 02-13 | $95,991.33 | 02-21 | $95,875.84 |
| 02-23 | $95,835.62 | 02-29 | $95,715.62 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
February 01, 2024 - February 29, 2024
Page 2 of 2

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.




**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member **FDIC**

Period Covered:
March 01, 2024 - March 31, 2024
Page 1 of 1

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | ALLUVIUM |
| Case Name | Alluvium Fund, LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $95,715.62 | $0.00 |
| **Total** | | **$95,715.62** | **$0.00** |

## TRUSTEE CHECKING                                          Account Number:

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $95,715.62 |
| | +Total Additions | $0.00 |
| | -Total Subtractions | $95,715.62 |
| | **Ending Balance** | **$0.00** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-01 | GOOGLE GSUITE_a POS | $16.88 |
| 03-01 | NAME-CHEAP.COM* POS | $7.88 |
| 03-01 | NAME-CHEAP.COM* POS | $4.48 |
| 03-07 | WIRE TO ANNETTE KAJA-ALLUVIUM FUN | $95,686.38 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-01 | $95,686.38 | 03-07 | $0.00 | | |

In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



ALLUVIUM FUND LLC
34334 VALLEY RD
OCONOMOWOC WI 53066-4922

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington Unlimited Plus Checking        Account: -------8416

| Statement Activity From: 03/01/24 to 03/31/24 | | Beginning Balance | $0.00 |
|---|---|---|---|
| | | Credits (+) | 95,688.34 |
| | | Wire Transfer Credits | 95,686.38 |
| Days in Statement Period | 31 | Interest Earned | 1.96 |
| | | Total Service Charges (-) | 0.00 |
| Average Ledger Balance* | 77,166.43 | Ending Balance | $95,688.34 |
| Average Collected Balance* | 77,166.43 | | |

*The above balances correspond to the service charge cycle for this account.

Average Percentage Yield Earned this period 0.029%

## Other Credits (+)        Account:-------8416

| Date | Amount | Description |
|---|---|---|
| 03/07 | 95,686.38 | INCOMING FEDWIRE TRANSFER |
| 03/29 | 1.96 | INTEREST PAYMENT |

## Service Charge Summary        Account:-------8416

| Previous Month Service Charges (-) | $0.00 |
|---|---|
| Total Service Charges (-) | $0.00 |

## Balance Activity        Account:-------8416

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/29 | 0.00 | 03/07 | 95,686.38 | 03/29 | 95,688.34 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⦿®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



## IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

i. New language has been added to the Business Account Charges Form to further explain the Personal Checking Account Relationship benefit on your Unlimited Plus Business Checking account. Section 6 of your Business Account Charges Form is now replaced with the following:

Personal Checking Account Relationship Benefit
The business can avoid the monthly checking maintenance fee for any statement period on this checking account when a business owner maintains a personal Huntington Platinum Perks Checking Account, Private Client Checking Account, or a SmartInvest Checking Account through that same statement period. Business ownership for the purposes of this benefit is defined as a 25% or greater beneficial ownership interest and is determined by information in Huntington's client records. To update business ownership information please contact (800) 480-2001 or visit your nearest branch. To remove the benefit of a personal relationship, the owner of the personal checking account will need to contact (800) 480-2001.

Please retain this information for your records.