# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN

In re: GP Rare Earth Trading Account LLC §
§
_____ §
Debtor(s) §

Case No. 19-29617

Lead Case No. 19-29613

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2024

Petition Date: 10/04/2019

Plan Confirmed Date: 05/19/2022

Plan Effective Date: 05/19/2022

This Post-confirmation Report relates to: ◉ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Annette Kaja
_____
Signature of Responsible Party

04/17/2024
_____
Date

Annette Kaja
_____
Printed Name of Responsible Party

34334 Valley Road, Oconomowoc, WI 53066
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $26,481 | $1,101,692 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $26,481 | $1,101,692 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $225,353 | $0 | $215,518 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Steinhilber Swanson LLP | Lead Counsel | $0 | $198,833 | $0 | $189,268 |
| ii | Husch Blackwell LLP | Special Counsel | $0 | $26,520 | $0 | $26,250 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

6

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $8 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $56,926 | $0 | $122,824 | $225,353 | 55% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $115,489 | $0 | $115,489 | $115,489 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                Yes ◯   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:   03/31/2024

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?          Yes ⦿   No ◯

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Annette Kaja

Signature of Responsible Party

Managing Member of Alluvium Fund

Title

Annette Kaja

Printed Name of Responsible Party

04/17/2024

Date



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page


**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Account LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▓▓▓ | $0.01 | $0.01 |
| TRUSTEE CHECKING | | $222,192.01 | $93,113.30 |
| **Total** | | **$222,192.02** | **$93,113.31** |

## TRUSTEE CHECKING                                    Account Number: ▓▓▓

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | **$0.01** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.01** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**

## TRUSTEE CHECKING                                    Account Number: ▓▓▓

| | | | |
|---|---|---|---|
| Enclosures | 2 | Beginning Balance | **$222,192.01** |
| | | +Total Additions | $389.53 |
| | | -Total Subtractions | $129,468.24 |
| | | **Ending Balance** | **$93,113.30** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 6010 | 01-03 | $2,422.96 |
| 6011 | 01-26 | $2,431.45 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Debits

| Date | Description | Subtractions |
|---|---|---|
| 12-30 | ADOBE *PHOTOGPH POS | $10.54 |
| 01-02 | Amazon web servi POS | $278.12 |
| 01-05 | ADP PAYROLL FEES ADP FEES 240105 CCD | $78.53 |
| 01-15 | WWW.ONECLICKWI.C POS | $39.00 |
| 01-19 | ADP PAYROLL FEES ADP FEES 240119 CCD | $70.00 |
| 01-23 | WIRE TO ANNETTE KAJA | $120,000.00 |
| 01-23 | WIRE TO ADP | $1,869.19 |
| 01-26 | WI DFI WS2 CFI C POS | $40.00 |
| 01-29 | WIRE TO ADP | $277.50 |
| 01-29 | WIRE TO ADP | $1,742.77 |
| 01-30 | ADOBE INC. POS | $10.78 |
| 01-31 | ADP PAYROLL FEES ADP FEES 240131 CCD | $77.40 |
| 01-31 | BANK & TECH FEE | $120.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 01-31 | AMAZON.COM POS | $41.99 |
| 01-31 | AMZN Mktp US POS | $347.54 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-30 | $222,181.47 | 01-02 | $221,903.35 | 01-03 | $219,480.39 |
| 01-05 | $219,401.86 | 01-15 | $219,362.86 | 01-19 | $219,292.86 |
| 01-23 | $97,423.67 | 01-26 | $94,952.22 | 01-29 | $92,931.95 |
| 01-30 | $92,921.17 | 01-31 | $93,113.30 | | |

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

Period Covered:
January 01, 2024 – January 31, 2024
Page 3 of 4





| | | |
|---|---|---|
| 01/03/2024 | 6010 | $2,422.96 |
| 01/03/2024 | 6010 | $2,422.96 |
| 01/26/2024 | 6011 | $2,431.45 |
| 01/26/2024 | 6011 | $2,431.45 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
January 01, 2024 - January 31, 2024
Page 4 of 4

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | 19-29617 |
| Case Name | GP Rare Earth Trading Account LLC |
| Trustee Number | 690700 |
| Trustee Name | Annette Kaja |
| | FIDUCIARY |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | █████ | $0.01 | $0.01 |
| TRUSTEE CHECKING | █████ | $93,113.30 | $83,607.93 |
| **Total** | | **$93,113.31** | **$83,607.94** |

## TRUSTEE CHECKING                                    Account Number: ██████

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | **$0.01** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.01** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**

## TRUSTEE CHECKING                                    Account Number: ██████

| | | | |
|---|---|---|---|
| Enclosures | 3 | Beginning Balance | **$93,113.30** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $9,505.37 |
| | | **Ending Balance** | **$83,607.93** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 6012 | 02-02 | $2,431.46 |
| 6013 | 02-06 | $4,685.42 |
| 6014 | 02-01 | $277.50 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Debits

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 02-02 | ADP PAYROLL FEES ADP FEES 240202 CCD | $157.06 |
| 02-02 | Amazon web servi POS | $278.17 |
| 02-09 | ADP PAYROLL FEES ADP FEES 240209 CCD | $143.90 |
| 02-15 | WWW.ONECLICKWI.C POS | $39.00 |
| 02-16 | ADP PAYROLL FEES ADP FEES 240216 CCD | $70.00 |
| 02-23 | WIRE TO ADP | $1,292.08 |
| 02-28 | Adobe POS | $10.78 |
| 02-29 | BANK & TECH FEE | $120.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 02-01 | $92,835.80 | 02-02 | $89,969.11 | 02-06 | $85,283.69 |
| 02-09 | $85,139.79 | 02-15 | $85,100.79 | 02-16 | $85,030.79 |
| 02-23 | $83,738.71 | 02-28 | $83,727.93 | 02-29 | $83,607.93 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com





| 02/02/2024 | 6012 | $2,431.46 |
| 02/06/2024 | 6013 | $4,685.42 |
| 02/01/2024 | 6014 | $277.50 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
March 01, 2024 - March 31, 2024
Page 1 of 4
19-29617
GP Rare Earth Trading Account LLC
690700
Annette Kaja
FIDUCIARY

Annette Kaja
34334 Valley Rd
Oconomowoc WI 53066

| | |
|---|---|
| Case Number | |
| Case Name | GP Rare Earth Trading Account LLC |
| Trustee Number | |
| Trustee Name | Annette Kaja |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $0.01 | $0.01 |
| TRUSTEE CHECKING | | $83,607.93 | $0.57 |
| **Total** | | **$83,607.94** | **$0.58** |

## TRUSTEE CHECKING

**Account Number:** ▓▓▓▓▓▓

| Enclosures | 0 | Beginning Balance | **$0.01** |
|---|---|---|---|
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.01** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

No activity this statement period

## TRUSTEE CHECKING

**Account Number:** ▓▓▓▓▓▓

| Enclosures | 1 | Beginning Balance | **$83,607.93** |
|---|---|---|---|
| | | +Total Additions | $317.07 |
| | | -Total Subtractions | $83,924.43 |
| | | **Ending Balance** | **$0.57** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| | | $4,962.92 |
| 6015 | 03-04 | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Period Covered:
March 01, 2024 - March 31, 2024
Page 2 of 4

## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| 03-02 | Amazon web servi POS | $298.56 |
| 03-04 | WIRE TO ADP | $439.17 |
| 03-07 | WIRE TO ANNETTE KAJA-GPRE TRADING | $78,184.78 |
| 03-15 | WWW.ONECLICKWI.C POS | $39.00 |

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 03-05 | ADP Tax ADP Tax 240305 CCD R4YUH | $277.50 |
| 03-08 | ADP PAYROLL FEES ADP FEES 240308 CCD | $39.57 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-02 | $83,309.37 | 03-04 | $77,907.28 | 03-05 | $78,184.78 |
| 03-07 | $0.00 | 03-08 | $39.57 | 03-15 | $0.57 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com





03/04/2024        6015        $4,962.92



03/04/2024        6015        $4,962.92



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



GP RARE EARTH TRADING ACCOUNT LLC
34334 VALLEY RD
OCONOMOWOC WI 53066-4922

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
  businessresources

## *Huntington Unlimited Plus Checking*          Account: -------8403

| | | |
|---|---|---|
| **Statement Activity From:** | **Beginning Balance** | **$0.00** |
| **03/01/24 to 03/31/24** | **Credits (+)** | **78,186.37** |
| | Wire Transfer Credits | 78,184.78 |
| Days in Statement Period 31 | Interest Earned | 1.59 |
| | **Debits (-)** | **1,767.70** |
| Average Ledger Balance* 62,755.64 | Electronic Withdrawals | 39.57 |
| Average Collected Balance* 62,755.64 | Wire Transfer Debits | 1,728.13 |
| * The above balances correspond to the | **Total Service Charges (-)** | **0.00** |
| service charge cycle for this account. | **Ending Balance** | **$76,418.67** |

*Average Percentage Yield Earned this period 0.029%*

## *Other Credits* (+)                                 *Account:-------8403*

| Date | Amount | Description |
|---|---|---|
| 03/07 | 78,184.78 | INCOMING FEDWIRE TRANSFER |
| 03/29 | 1.59 | INTEREST PAYMENT |

## *Other Debits* (-)                                  *Account:-------8403*

| Date | Amount | Description |
|---|---|---|
| 03/18 | 39.57 | ADP PAYROLL FEES ADP FEES  240318 445071449495 |
| 03/27 | 1,728.13 | OUTGOING FEDWIRE TRANSFER - MANUAL |

## *Service Charge Summary*                            *Account:-------8403*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| **Total Service Charges (-)** | **$0.00** |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬡®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



## *Balance Activity*

*Account:-------8403*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/29 | 0.00 | 03/18 | 78,145.21 | 03/29 | 76,418.67 |
| 03/07 | 78,184.78 | 03/27 | 76,417.08 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)**

i. New language has been added to the Business Account Charges Form to further explain the Personal Checking Account Relationship benefit on your Unlimited Plus Business Checking account. Section 6 of your Business Account Charges Form is now replaced with the following:

> Personal Checking Account Relationship Benefit
> The business can avoid the monthly checking maintenance fee for any statement period on this checking account when a business owner maintains a personal Huntington Platinum Perks Checking Account, Private Client Checking Account, or a SmartInvest Checking Account through that same statement period. Business ownership for the purposes of this benefit is defined as a 25% or greater beneficial ownership interest and is determined by information in Huntington's client records. To update business ownership information please contact (800) 480-2001 or visit your nearest branch. To remove the benefit of a personal relationship, the owner of the personal checking account will need to contact (800) 480-2001.

Please retain this information for your records.