So Ordered.

Dated: June 27, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Greenpoint Tactical Income Fund LLC      Case No. 19-29613-gmh
    n/k/a Alluvium Fund LLC, and

    GP Rare Earth Trading Account LLC,      Case No. 19-29617-gmh
                                                                                         Chapter 11
        Jointly Administered Debtors.      (Jointly Administered
                                                                                      Under Case No. 19-29613)

### ORDER GRANTING JOINT MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM OF H INFORMATICS LLC

      After the court confirmed the chapter 11 plan of Greenpoint Tactical Income Fund, LLC, now known as Alluvium Fund LLC, (the Fund), H Informatics timely requested allowance of administrative expenses under section 503(b)(1)(A) of the Bankruptcy Code. ECF No. 1504. The United States trustee and creditor U.S. Securities and Exchange Commission objected to the application. On June 4, 2024, the Fund and H Informatics filed a joint motion to allow H Informatics an administrative expense claim in the amount of $275,000 pursuant to section 503(b). ECF No. 1732. On June 4, 2024, the court ordered as follows,

> If the United States trustee or the SEC oppose the joint motion to allow administrative expense claim of H Informatics LLC, ECF No. 1732, or otherwise contend that they should be able to continue their opposition to H Informatics' administrative claim, even in the reduced amount of $275 thousand, they must file an objection to the joint motion on or before June 18, 2024; their failure to file a timely objection to the joint motion will be deemed a forfeiture of any objection to the court approving the administrative expense claim in the amount stated in the joint motion.

ECF No. 1734 (emphasis omitted). Neither the United States trustee nor the SEC objected.

Accordingly, based on the court's review of the joint motion and the record, IT IS HEREBY ORDERED as follows:

1. H Informatics' pending application for allowance of administrative expense claim (ECF No. 1504) is granted to the extent provided in this order and is otherwise denied.

2. The United States trustee and SEC are deemed to have forfeited any objection to the court approving the administrative expense claim in the amount stated in the joint motion, and their objections are overruled.

3. H Informatics is allowed a chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $275,000, which is due and owing under the Fund's plan.

4. Entry of this order and the allowance of H Informatics' administrative claim is without prejudice to any offsetting claims the Fund may have against recovery of those sums, or any counterclaims the Fund has for setoff or otherwise, or to any dispute or defense of H Informatics as to such claims or counterclaims.

# # # # #