# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Greenpoint Tactical Income Fund, LLC n/k/a Alluvium Fund LLC and GP Rare Earth Trading Account LLC, | Case No. 19-29613-gmh<br>Case No. 19-29617-gmh |
| Jointly Administered Debtors. | Chapter 11<br>(Jointly Administered Under Case No. 19-29613) |

## CERTIFICATE OF SERVICE

      I, Shelly A. DeRousse, an attorney, hereby certify that on November 10, 2025, I caused a true and correct copy of the foregoing *NOTICE OF MOTION AND MOTION TO CLARIFY PLAN OR REORGANIZATION AND CONFIRMATION ORDER* and the *ORDER GOVERNING SERVICE OF REORGANIZED DEBTOR'S MOTION TO CLARIFY PLAN AND CONFIRMATION ORDER*, to be filed with the Court and served upon the parties by the manners listed below.

Dated: November 10, 2025

**SMITH GAMBRELL & RUSSELL LLP**

By: /s/ Shelly A. DeRousse
      One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
155 N. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:    312.360.6520
Email:  sderousse@sgrlaw.com
          ejanczak@sgrlaw.com

*Counsel for the Reorganized Debtors*

**CM/ECF Service List**

Kelsey Christine Boehm    kboehm@foley.com
Joseph Donald Brydges    jdbrydges@michaelbest.com, CourtMail@michaelbest.com;smbunge@michaelbest.com
Michelle S. Y. Cramer    michelle.cramer@usdoj.gov, Carrie.Jekelis@usdoj.gov
Devon J. Eggert    deggert@bcblaw.net, pfoster@bcblaw.net

SGR/81310404.1

Peyton Barkley Engel    pengel@hurleyburish.com
David J. Espin    despin@petriepettit.com
Michael S. Etkin    metkin@lowenstein.com
Neal Jacobson    jacobsonn@sec.gov
Jerome R. Kerkman    jkerkman@kerkmandunn.com, lewert@kerkmandunn.com;nkerkman@kerkmandunn.com;cjrk11@trustesolutions.net
Charles J. Kerstetter    kerstetterc@sec.gov
Emil Paul Khatchatourian    ekhatchatourian@foley.com, emil-khatchatourian-1761@ECFpacerpro.com
Matthew D. Lee    mdlee@foley.com, jbedner@foley.com
Chad R. Levanetz    clevanetz@ruderware.com, ddulac@ruderware.com
Alexander Loftus    alex@loftusandeisenberg.com
Nicholas James Loniello    nick@madlegal.com
Vincent Marriott    marriott@ballardspahr.com
Chandler W Matson    chandler@barrlaw.com
Daniel J. McGarry    daniel.mcgarry@huschblackwell.com, jodie.wood@huschblackwell.com;daniel-mcgarry-5000@ECFpacerpro.com
Justin M. Mertz    jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com
Charles E Nelson    nelsonc@ballardspahr.com
Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
Benjamin P. Payne    bpayne@hansonpayne.com, hpmyecf@gmail.com;4271203420@filings.docketbird.com;hpmyecf@gmail.com;bfenton@hansonpayne.com;hpigotnotices@gmail.com
David M. Pelletier    dpelletier@axley.com, lkneebone@axley.com
Eliza M. Reyes    ereyes@randr.law, hstroik@randr.law;4884732420@filings.docketbird.com
Claire Ann Richman    crichman@randr.law, hstroik@randr.law;4884732420@filings.docketbird.com;dfowle@randr.law
Michael P Richman    mrichman@randr.law, hstroik@randr.law;9030248420@filings.docketbird.com
Andrew H. Robinson    arobinson@mzmilw.com
Robert Romashko    robert.romashko@huschblackwell.com, robert-romashko-7052@ECFpacerpro.com
Jennifer M Schank    jschank@fuhrmandodge.com, lstefenel@fuhrmandodge.com
Evan Schmit    eschmit@kerkmandunn.com, lewert@kerkmandunn.com
Gregory M. Schrieber    gschrieber@kerkmandunn.com, lewert@kerkmandunn.com
Christopher M. Seelen    cseelen@ruderware.com, jdawson@ruderware.com;lnimon@ruderware.com;ddulac@ruderware.com
Laura D. Steele    Laura.Steele@usdoj.gov
Timothy J. Stockwell    stockwellt@sec.gov
Gregory Straub    greg-straub@msn.com
Mary C. Turke    mary@turkestrauss.com
Karla M. Vehrs    vehrsk@ballardspahr.com, SummersM@ballardspahr.com
William E Wallo    wwallo@bakkenorman.com, kestrada@bakkenorman.com
Heidi Lynn Ziegler    heidilynnziegler@gmail.com

SGR/81310404.1

**U.S. MAIL**

Seth E. Dizard
O'Neil Cannon Hollman DeJong & Laing S.C.
111 East Wisconsin Avenue, Suite 14001
Milwaukee, Wisconsin 53202

Christopher Nohl
3240 N. Summit Ave.
Milwaukee, WI 53211

William Wallo
Bakke Norman, S.C.
7 South Dewey, Suite 220
Eau Claire WI 54701

Greenpoint Asset Management II LLC
c/o Lauren Kelly
N76 W36207 Saddlebrook Lane
Oconomowoc, WI 53066

Michael Hull
N76 W36207 Saddlebrook Lane
Oconomowoc, WI 53066

Jerome R. Kerkman
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202

Erick Hallick
24844 West Lake Forrest Lane
Shorewood, IL 60404

Andrew H. Robinson
Mallery S.C.
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202

Jessica Haskell
O'Neil Cannon Hollman DeJong & Laing S.C.
111 East Wisconsin Avenue, Suite 14001
Milwaukee, Wisconsin 53202

SGR/81310404.1