So Ordered.

Dated: March 16, 2026



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Greenpoint Tactical Income Fund LLC
n/k/a Alluvium Fund LLC, and

GP Rare Earth Trading Account LLC,

Jointly Administered Debtors.

Case No. 19-29613-gmh

Case No. 19-29617-gmh
Chapter 11
(Jointly Administered
Under Case No. 19-29613)

## ORDER DENYING THE REORGANIZED DEBTORS' MOTION TO CLARIFY PLAN AND CONFIRMATION ORDER

On November 5, 2025, Greenpoint Tactical Income Fund LLC, now known as Alluvium Fund LLC (GTIF) and GP Rare Earth Trading Account LLC (collectively, the Fund) filed a motion to "Clarify Plan of Reorganization and Confirmation Order." ECF No. 1741, at 1. On February 24, 2026, the court entered an order stating that it had reached a "tentative conclusion that the Fund's Motion . . . is not currently ripe for adjudication" and that the court would "deny the Fund's motion without prejudice on or after March 13, 2026, unless before that date, the Fund files correspondence requesting a hearing on the motion." ECF No. 1769, at 10.

The Fund did not file a request for a hearing on the motion. Accordingly, IT IS HEREBY ORDERED THAT the Fund's motion to clarify its plan of reorganization and confirmation order is DENIED without prejudice for the reasons stated in the court's February 24, 2026 order.

# # # # #